UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SAYLOR,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>GUICE OFFSHORE LLC,<br><br>　　　　　　　Defendant(s). | Case No. 2:23−cv−03447−MRA−MAR<br><br>**PLAINTIFF'S WITNESS LIST** |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Oscar Balderas | Will testify what he saw and heard regarding captain and crew's treatment of Plaintiff. Unique in that he is the only witness to some of Duane Graves' comments about Plaintiff. | 1.0 | 0.5 | |
| Robert Carline, Captain, Guice Offshore LLC | Will testify what he saw and heard regarding crew members' work performance and the captain and crew's treatment of Plaintiff. Unique in that he is the only witness other than Plaintiff to some of his own and Plaintiff's work performance. | 1.5 | 0.5 | |
| Duane Graves, Captain, Guice Offshore LLC | Will testify what he saw and heard regarding crew members' work performance; his own and the crew's treatment of Plaintiff; reasons for Plaintiff's termination. Unique in that he is the only witness other than Plaintiff to a key conversation between him and Plaintiff; the only witness to the reasons for Plaintiff's termination. | 3.0 | 1.0 | |
| Lois Marie Holman | Will testify what she saw and heard regarding Plaintiff's emotional distress during and after his employment with Defendant. Unique in that she is the only witness to some of Plaintiff's emotional distress. | 1.0 | 0.5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Cliff Johnson, Operations Manager, Guice Offshore LLC | Will testify what he heard and said regarding Plaintiff's work performance and Defendant's reasons for termination.<br>Unique in that he is the only witness other than Plaintiff to the conversation in which he terminated Plaintiff. | 1.0 | 0.5 | |
| LaDonna Saylor | Will testify what she saw and heard regarding Plaintiff's emotional distress during and after his employment with Defendant.<br>Unique in that she is the only witness to some of Plaintiff's emotional distress. | 1.0 | 0.5 | |
| LaFaun Saylor | Will testify what she saw and heard regarding Plaintiff's emotional distress during and after his employment with Defendant.<br>Unique in that she is the only witness to much of Plaintiff's emotional distress. | 2.0 | 0.5 | |
| Thomas Saylor, Plaintiff | Will testify what he saw and heard regarding his work performance, the captain and crew's treatment of him, his damages, and his emotional distress.<br>Unique in that he is the only witness to much of his own work performance and the captain and crew's treatment of him. | 4.0 | 2.0 | |

*Indicates that witness will be called only if the need arises.