1  GOMM LAW
2  Russell Gomm, SBN 231056
   russell@gomm.law
3  510 N Darwood Ave
4  San Dimas, CA 91773
   Tel: 213.254.5759
5
6  Attorneys for Plaintiff
   THOMAS SAYLOR
7
8
                UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10
11 THOMAS SAYLOR, an           Case No. 2:23-cv-03447 MRA (MARx)
   individual,
12                             **DECLARATION OF RUSSELL
        Plaintiff,             GOMM IN SUPPORT OF
13                             PLAINTIFF'S OPPOSITION TO
   vs.                         DEFENDANT'S MOTION IN
14                             LIMINE NO. 3**
15 GUICE OFFSHORE LLC, a
   corporation, et al.,        (Filed concurrently with Plaintiff's
16                             Opposition to Defendant's Motion in
        Defendants.            Limine No. 3)
17
18
19         **DECLARATION OF RUSSELL GOMM**
20      I, Russell Gomm, hereby declare as follows:
21      1.   I am counsel of record for plaintiff Thomas Saylor
22 ("Plaintiff") in this matter. I have personal knowledge of the facts set forth
23 herein and, if sworn as a witness, could and would testify competently
24 thereto.
25

2. Attached hereto as Exhibit A is a true and correct copy of documents Bates numbered SAYLOR000142–312 that were produced to counsel for Defendant in this matter on October 30, 2023. These documents comprise income statements from Plaintiff's self-employment with Lyft and Uber from May 2023 to October 2023.

3. Attached hereto as Exhibit B is a true and correct copy of documents Bates numbered SAYLOR000470–868 that were produced to counsel for Defendant in this matter on September 3, 2024. These documents comprise income statements from Plaintiff's self-employment with Lyft and Uber from October 2023 to September 2024.

4. Attached hereto as Exhibit C is a true and correct copy of documents Bates numbered SAYLOR000869–870 that were produced to counsel for Defendant in this matter on September 10, 2024. These documents are photos of the ship that Plaintiff worked on, from Defendant's public website at "https://www.guiceoffshore.com/fleet/go-quest/."

5. Attached hereto as Exhibit D is a true and correct copy of a document Bates numbered SAYLOR000871 that was produced to counsel for Defendant in this matter on September 10, 2024. This document is a photo of the ship that Plaintiff worked on, from the public website "https://space-offshore.com/go-quest/."

6. Attached hereto as Exhibit E is a true and correct copy of a document Bates numbered SAYLOR000872 that was produced to counsel for Defendant in this matter on September 10, 2024. This document is a photo of the ship that Plaintiff worked on, from the public

1  website "https://x.com/SpaceOffshore/status/1444397382003793927/
2  photo/1."
3      I declare under the laws of the United States that the foregoing is
4  true and correct.
5  Dated: September 26, 2024           /s/ Russell Gomm
                                        Russell Gomm

DECLARATION OF RUSSELL GOMM IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3
Page 3