# Exhibit B

# Uber



**Thomas Saylor**

+16618745492        vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Sep 25, 4:00 AM | $0.00 |
| **Your earnings** | **$69.57** |
| For details, see: Breakdown of Your earnings | |

| | |
|---|---|
| **Ending balance at Mon, Oct 2, 4:00 AM** | **$69.57** |

# Uber

## Breakdown of Your earnings

| Fare | $69.57 |
|---|---|
| Fare | $59.02 |
| Cancellation | $5.70 |
| Time at Stop | $1.01 |
| UberX Priority | $3.50 |
| Wait Time at Pickup | $0.34 |

| Your earnings | $69.57 |
|---|---|

# Uber

Weekly Statement
Sep 25, 2023 4 AM – Oct 2, 2023 4 AM

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                       **$118.15**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                                   **-$1.39**
Customer paid $116.76 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

CA Driver Benefits***                                                                                    -$5.53

Region or City Fee                                                                                       -$0.70

**Other expenses such as commercial auto insurance**                                                     **-$35.40**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                        **-$69.57**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                              **$5.56**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement<br>
Sep 25, 2023 4 AM – Oct 2, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Balance |
|---|---|---|---|
| Sat, Sep 30<br>2:06 PM | **UberX**<br>Sep 30 1:37 PM | $7.63 | **$7.63**<br>$69.57 |
| Sat, Sep 30<br>1:42 PM | **UberX**<br>Sep 30 1:29 PM | $5.71 | **$5.71**<br>$61.94 |
| Fri, Sep 29<br>2:41 PM | **UberX Priority**<br>Sep 29 2:06 PM | $16.04 | **$16.04**<br>$56.23 |
| Fri, Sep 29<br>10:27 AM | **UberX**<br>Sep 29 9:53 AM | $12.48 | **$12.48**<br>$40.19 |
| Wed, Sep 27<br>11:50 AM | **UberX**<br>Sep 27 11:29 AM | $8.32 | **$8.32**<br>$27.71 |
| Tue, Sep 26<br>2:39 PM | **UberX**<br>Sep 26 2:17 PM | $7.31 | **$7.31**<br>$19.39 |
| Tue, Sep 26<br>10:47 AM | **UberX**<br>Sep 26 10:28 AM | $6.38 | **$6.38**<br>$12.08 |
| Mon, Sep 25<br>11:30 AM | **UberX**<br>Sep 25 10:00 AM | $5.70 | **$5.70**<br>$5.70 |



**Uber**

Weekly Statement
Oct 23, 2023 4 AM – Oct 30, 2023 4 AM

**Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Oct 23, 4:00 AM** | $0.00 |
| **Your earnings** | $67.62 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |
| **Payouts** | $66.77 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Sun, Oct 29, 4:00 PM | $66.77 |
| **Ending balance at Mon, Oct 30, 4:00 AM** | $0.00 |

# Uber

Weekly Statement
Oct 23, 2023 4 AM – Oct 30, 2023 4 AM

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$59.62** |
| Fare | $38.47 |
| Base | $0.83 |
| Distance | $16.40 |
| Time | $3.80 |
| Wait Time at Pickup | $0.12 |
| **Tip** | **$8.00** |

| | |
|---|---:|
| **Your earnings** | **$67.62** |

# Uber

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | -$0.85 |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | -$0.85 |

# Uber

Weekly Statement
Oct 23, 2023 4 AM – Oct 30, 2023 4 AM

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                           **$99.84**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                                       **-$1.14**
Promotion to bring more customers to the Uber platform

**Tip**                                                                                                      **$8.00**
Customer paid $106.70 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                                -$3.65

    Region or City Fee                                                                     -$0.40

**Other expenses such as commercial auto insurance**                                                         **-$26.93**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                            **-$67.62**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                                  **$8.10**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Oct 23, 2023 4 AM – Oct 30, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|-----------|-------|---------------|--------------------|---------|---------|
| Sun, Oct 29<br>4:00 PM | **Transferred To Bank Account**<br>Oct 29 4:00 PM | | | -$66.77 | **-$66.77**<br>$0.00 |
| Sun, Oct 29<br>4:00 PM | **Instant Pay Fees**<br>Oct 29 4:00 PM | | -$0.85 | | **-$0.85**<br>$66.77 |
| Thu, Oct 26<br>3:10 PM | **Tip**<br>Oct 26 2:41 PM | $8.00 | | | **$8.00**<br>$67.62 |
| Thu, Oct 26<br>3:10 PM | **UberX**<br>Oct 26 2:41 PM | $11.55 | | | **$11.55**<br>$59.62 |
| Thu, Oct 26<br>11:23 AM | **UberX**<br>Oct 26 10:58 AM | $9.56 | | | **$9.56**<br>$48.07 |
| Wed, Oct 25<br>1:18 PM | **UberX**<br>Oct 25 12:35 PM | $21.15 | | | **$21.15**<br>$38.51 |
| Wed, Oct 25<br>10:17 AM | **UberX**<br>Oct 25 9:53 AM | $17.36 | | | **$17.36**<br>$17.36 |



# Uber

**Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Oct 30, 4:00 AM** | $0.00 |
| **Your earnings**<br>For details, see: Breakdown of Your earnings | $231.90 |
| **Refunds & Expenses**<br>For details, see: Breakdown of Refunds & Expenses | -$0.85 |
| **Payouts**<br>This amount was withdrawn from your balance | $215.72 |
| Transferred to your bank account on Fri, Nov 3, 5:08 PM | $215.72 |
| **Ending balance at Mon, Nov 6, 4:00 AM** | $15.33 |

# Uber

Weekly Statement
Oct 30, 2023 4 AM – Nov 6, 2023 4 AM

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$212.52** |
| Fare | $151.90 |
| Base | $0.83 |
| Distance | $57.59 |
| Time | $13.20 |
| Shared Rides Match Savings | -$11.00 |
| **Other earnings** | **$11.00** |
| Shared Rides Service Fee Adjustment | $11.00 |
| **Tip** | **$8.38** |

| | |
|---|---:|
| **Your earnings** | **$231.90** |

**Uber**

Weekly Statement
Oct 30, 2023 4 AM – Nov 6, 2023 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | **-$0.85** |

Exhibit B
Page 186

# Uber

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price                                                                 $354.08
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Customer promotion                                                            -$11.00
Promotion to bring more customers to the Uber platform

### Tip                                                                               $8.38
Customer paid $351.46 after any promotions, tips, etc.

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| | |
|---|---|
| CA Driver Benefits*** | -$5.23 |
| Region or City Fee | -$0.60 |

### Other expenses such as commercial auto insurance                           -$77.34
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings                                                                -$231.90
Total money you made this week with Uber including tips

### Weekly Uber service fee                                                       $36.39
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Oct 30, 2023 4 AM – Nov 6, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Nov 4<br>12:59 PM | **UberX**<br>Nov 4 12:24 PM | $15.33 | | | **$15.33**<br>$15.33 |
| Fri, Nov 3<br>5:08 PM | **Transferred To Bank Account**<br>Nov 3 5:08 PM | | | -$215.72 | **-$215.72**<br>$0.00 |
| Fri, Nov 3<br>5:08 PM | **Instant Pay Fees**<br>Nov 3 5:08 PM | | -$0.85 | | **-$0.85**<br>$215.72 |
| Thu, Nov 2<br>1:19 PM | **UberX Share**<br>Nov 2 12:52 PM | $13.50 | | | **$13.50**<br>$216.57 |
| Thu, Nov 2<br>11:10 AM | **Tip**<br>Nov 2 9:58 AM | $8.38 | | | **$8.38**<br>$203.07 |
| Thu, Nov 2<br>10:44 AM | **UberX**<br>Nov 2 9:12 AM | $84.01 | | | **$84.01**<br>$194.69 |
| Wed, Nov 1<br>10:41 AM | **UberX**<br>Nov 1 8:33 AM | $71.62 | | | **$71.62**<br>$110.68 |
| Tue, Oct 31<br>10:25 AM | **UberX**<br>Oct 31 9:21 AM | $39.06 | | | **$39.06**<br>$39.06 |

**Uber**



Weekly Statement
Nov 6, 2023 4 AM – Nov 13, 2023 4 AM

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---:|
| **Starting balance at Mon, Nov 6, 4:00 AM** | $15.33 |
| **Your earnings** | $42.64 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---:|
| **Payouts** | $57.12 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Nov 6, 4:00 AM | $15.33 |
| Transferred to your bank account on Thu, Nov 9, 12:49 PM | $41.79 |

| | |
|---|---:|
| **Ending balance at Mon, Nov 13, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$32.64** |
| Fare | $32.64 |
| **Tip** | **$10.00** |

| | |
|---|---|
| **Your earnings** | **$42.64** |

**Uber**

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | **-$0.85** |

# Uber

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                    **$51.93**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                                               **$10.00**
Customer paid $61.93 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                         -$1.58

    Region or City Fee                                                             -$0.20

**Other expenses such as commercial auto insurance**                                                  **-$14.03**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                     **-$42.64**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                           **$3.48**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Thomas Saylor

**Exhibit B**
**Page 192**



Weekly Statement
Nov 6, 2023 4 AM – Nov 13, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Nov 9<br>12:49 PM | **Transferred To Bank Account**<br>Nov 9 12:49 PM | | | -$41.79 | **-$41.79**<br>$0.00 |
| Thu, Nov 9<br>12:49 PM | **Instant Pay Fees**<br>Nov 9 12:49 PM | | -$0.85 | | **-$0.85**<br>$41.79 |
| Tue, Nov 7<br>2:43 PM | **UberX**<br>Nov 7 2:24 PM | $7.61 | | | **$7.61**<br>$42.64 |
| Mon, Nov 6<br>3:19 PM | **Tip**<br>Nov 6 2:43 PM | $10.00 | | | **$10.00**<br>$35.03 |
| Mon, Nov 6<br>3:18 PM | **UberXL**<br>Nov 6 2:43 PM | $25.03 | | | **$25.03**<br>$25.03 |
| Mon, Nov 6<br>4:00 AM | **Transferred To Bank Account**<br>Nov 6 4:00 AM | | | -$15.33 | **-$15.33**<br>$0.00 |



**Uber**

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Nov 13, 4:00 AM** | $0.00 |
| **Your earnings** | $217.67 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$1.70 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $215.97 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Sat, Nov 18, 2:37 AM | $145.45 |
| Transferred to your bank account on Sat, Nov 18, 8:02 PM | $70.52 |

| | |
|---|---|
| **Ending balance at Mon, Nov 20, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$197.11** |
| Fare | $192.51 |
| Wait Time at Pickup | $4.60 |
| **Other earnings** | **$15.50** |
| Prop 22 earnings guarantee | $15.50 |
| **Tip** | **$5.06** |

| | |
|---|---|
| **Your earnings** | **$217.67** |

# Uber

Weekly Statement
Nov 13, 2023 4 AM – Nov 20, 2023 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |
| | |
| **Refunds & Expenses** | **-$1.70** |

# Uber

Weekly Statement
Nov 13, 2023 4 AM – Nov 20, 2023 4 AM

## Weekly Uber service fee summary

**!** This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                      **$363.79**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                                       **$5.06**
Customer paid $368.85 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                        -$9.48

    Region or City Fee                                                            -$1.10

**Other expenses such as commercial auto insurance**                          **-$86.46**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                         **-$217.67**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                             **$54.14**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Nov 13, 2023 4 AM – Nov 20, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Nov 18 8:02 PM | Transferred To Bank Account Nov 18 8:02 PM | | | -$70.52 | -$70.52 $0.00 |
| Sat, Nov 18 8:02 PM | Instant Pay Fees Nov 18 8:02 PM | | -$0.85 | | -$0.85 $70.52 |
| Sat, Nov 18 12:34 PM | UberXL Nov 18 11:20 AM | $71.37 | | | $71.37 $71.37 |
| Sat, Nov 18 2:37 AM | Transferred To Bank Account Nov 18 2:37 AM | | | -$145.45 | -$145.45 $0.00 |
| Sat, Nov 18 2:37 AM | Instant Pay Fees Nov 18 2:37 AM | | -$0.85 | | -$0.85 $145.45 |
| Thu, Nov 16 10:18 AM | UberX Nov 16 9:52 AM | $6.14 | | | $6.14 $146.30 |
| Thu, Nov 16 9:54 AM | UberX Nov 16 9:26 AM | $8.48 | | | $8.48 $140.16 |
| Wed, Nov 15 1:33 PM | Tip Nov 15 1:04 PM | $1.00 | | | $1.00 $131.68 |
| Wed, Nov 15 1:26 PM | Comfort Nov 15 1:04 PM | $7.42 | | | $7.42 $130.68 |
| Wed, Nov 15 1:23 PM | Prop 22 Earnings Guarantees payments for earnings period Oct 30, 2023 - Nov 13, 2023 Nov 13 8:00 PM | $15.50 | | | $15.50 $123.26 |

Thomas Saylor

Exhibit B
Page 198



Weekly Statement
**Nov 13, 2023 4 AM – Nov 20, 2023 4 AM**

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Nov 15 10:24 AM | **UberXL** Nov 15 9:51 AM | $11.88 | | | **$11.88** $107.76 |
| Wed, Nov 15 9:38 AM | **Comfort** Nov 15 9:22 AM | $5.86 | | | **$5.86** $95.88 |
| Tue, Nov 14 1:40 PM | **Tip** Nov 14 12:50 PM | $4.06 | | | **$4.06** $90.02 |
| Tue, Nov 14 1:39 PM | **Connect Express** Nov 14 12:50 PM | $16.25 | | | **$16.25** $85.96 |
| Tue, Nov 14 12:45 PM | **Comfort** Nov 14 11:48 AM | $21.11 | | | **$21.11** $69.71 |
| Tue, Nov 14 11:48 AM | **UberXL** Nov 14 11:13 AM | $11.45 | | | **$11.45** $48.60 |
| Tue, Nov 14 11:16 AM | **UberX Share** Nov 14 10:35 AM | $19.64 | | | **$19.64** $37.15 |
| Mon, Nov 13 1:21 PM | **UberX** Nov 13 12:53 PM | $6.15 | | | **$6.15** $17.51 |
| Mon, Nov 13 9:59 AM | **UberX Share** Nov 13 9:30 AM | $11.36 | | | **$11.36** $11.36 |

Thomas Saylor

Exhibit B
Page 199



# Uber

**Thomas Saylor**

+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Nov 27, 4:00 AM** | **$0.00** |
| **Your earnings** | **$199.64** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$1.70** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $197.94 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Nov 29, 5:49 PM | $153.94 |
| Transferred to your bank account on Sat, Dec 2, 12:44 AM | $44.00 |

| | |
|---|---|
| **Ending balance at Mon, Dec 4, 4:00 AM** | **$0.00** |

**Uber**

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$188.21** |
| Fare | $180.27 |
| Base | $1.19 |
| Distance | $2.31 |
| Minimum Fare Supplement | $2.02 |
| Time | $0.99 |
| Wait Time at Pickup | $1.43 |
| **Other earnings** | **$0.83** |
| Prop 22 earnings guarantee | $0.83 |
| **Tip** | **$10.60** |

| | |
|---|---|
| **Your earnings** | **$199.64** |

# Uber

Weekly Statement
Nov 27, 2023 4 AM – Dec 4, 2023 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---:|
| **Refunds & Expenses** | **-$1.70** |

# Uber

Weekly Statement
Nov 27, 2023 4 AM – Dec 4, 2023 4 AM

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                               **$297.53**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                          **$10.60**
Customer paid $308.13 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                     -$3.65

    Region or City Fee                                         -$0.30

**Other expenses such as commercial auto insurance**                             **-$35.15**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                **-$199.64**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                      **$69.39**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
**Nov 27, 2023 4 AM – Dec 4, 2023 4 AM**

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Dec 2 12:44 AM | **Transferred To Bank Account** Dec 2 12:44 AM | | | -$44.00 | **-$44.00** $0.00 |
| Sat, Dec 2 12:44 AM | **Instant Pay Fees** Dec 2 12:44 AM | | -$0.85 | | **-$0.85** $44.00 |
| Fri, Dec 1 12:52 PM | **Tip** Dec 1 12:01 PM | $5.60 | | | **$5.60** $44.85 |
| Fri, Dec 1 12:51 PM | **Connect Express** Dec 1 12:01 PM | $17.37 | | | **$17.37** $39.25 |
| Thu, Nov 30 2:49 PM | **Tip** Nov 30 2:10 PM | $5.00 | | | **$5.00** $21.88 |
| Thu, Nov 30 2:40 PM | **UberXL** Nov 30 2:10 PM | $10.37 | | | **$10.37** $16.88 |
| Thu, Nov 30 9:17 AM | **Comfort** Nov 30 9:02 AM | $6.51 | | | **$6.51** $6.51 |
| Wed, Nov 29 5:49 PM | **Transferred To Bank Account** Nov 29 5:49 PM | | | -$153.94 | **-$153.94** $0.00 |
| Wed, Nov 29 5:49 PM | **Instant Pay Fees** Nov 29 5:49 PM | | -$0.85 | | **-$0.85** $153.94 |
| Wed, Nov 29 11:10 AM | **Prop 22 Earnings** Guarantees payments for earnings period Nov 13, 2023 - Nov 27, 2023 Nov 27 8:00 PM | $0.83 | | | **$0.83** $154.79 |



Weekly Statement
**Nov 27, 2023 4 AM – Dec 4, 2023 4 AM**

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Nov 28 | **Comfort** | $153.96 | | | **$153.96** |
| 3:14 PM | Nov 28 12:10 PM | | | | $153.96 |



**Uber**

Weekly Statement
Dec 4, 2023 4 AM – Dec 11, 2023 4 AM

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---:|
| **Starting balance at Mon, Dec 4, 4:00 AM** | $0.00 |
| **Your earnings** | $67.56 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---:|
| **Payouts** | $66.71 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Fri, Dec 8, 7:15 PM | $66.71 |

| | |
|---|---:|
| **Ending balance at Mon, Dec 11, 4:00 AM** | $0.00 |

# Uber

Weekly Statement
Dec 4, 2023 4 AM – Dec 11, 2023 4 AM

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$60.50** |
| Fare | $56.36 |
| UberX Priority | $3.50 |
| Wait Time at Pickup | $0.64 |
| **Tip** | **$7.06** |

| | |
|---|---:|
| **Your earnings** | **$67.56** |

Thomas Saylor

Exhibit B
Page 207

# Uber

Weekly Statement
Dec 4, 2023 4 AM – Dec 11, 2023 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | -$0.85 |
| Instant Pay Fees | -$0.85 |

| | |
|---|---:|
| **Refunds & Expenses** | -$0.85 |

**Uber**

# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                        **$90.24**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                    **-$2.08**
Promotion to bring more customers to the Uber platform

**Tip**                                                                                   **$7.06**
Customer paid $95.22 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

CA Driver Benefits***                                                                     -$2.37

Region or City Fee                                                                        -$0.30

**Other expenses such as commercial auto insurance**                                      **-$22.51**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                         **-$67.56**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                               **$2.48**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Dec 4, 2023 4 AM – Dec 11, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Dec 8<br>7:15 PM | **Transferred To Bank Account**<br>Dec 8 7:15 PM | | | -$66.71 | **-$66.71**<br>$0.00 |
| Fri, Dec 8<br>7:15 PM | **Instant Pay Fees**<br>Dec 8 7:15 PM | | -$0.85 | | **-$0.85**<br>$66.71 |
| Fri, Dec 8<br>11:25 AM | **Tip**<br>Dec 8 10:40 AM | $4.06 | | | **$4.06**<br>$67.56 |
| Fri, Dec 8<br>11:19 AM | **UberX**<br>Dec 8 10:40 AM | $24.08 | | | **$24.08**<br>$63.50 |
| Tue, Dec 5<br>4:16 PM | **Tip**<br>Dec 5 3:34 PM | $3.00 | | | **$3.00**<br>$39.42 |
| Tue, Dec 5<br>3:49 PM | **UberX Priority**<br>Dec 5 3:34 PM | $7.14 | | | **$7.14**<br>$36.42 |
| Tue, Dec 5<br>11:31 AM | **UberXL**<br>Dec 5 10:41 AM | $29.28 | | | **$29.28**<br>$29.28 |



**Uber**

Weekly Statement
Dec 11, 2023 4 AM – Dec 18, 2023 4 AM

**Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Dec 11, 4:00 AM** | $0.00 |
| **Your earnings** | $44.97 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |
| **Payouts** | $44.12 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Fri, Dec 15, 6:42 AM | $44.12 |

| | |
|---|---|
| **Ending balance at Mon, Dec 18, 4:00 AM** | $0.00 |

**Uber**

Weekly Statement
Dec 11, 2023 4 AM – Dec 18, 2023 4 AM

## Breakdown of Your earnings

| Fare | | $41.97 |
|---|---|---|
| | Fare | $28.93 |
| | Base | $0.83 |
| | Distance | $9.59 |
| | Time | $2.62 |
| **Tip** | | **$3.00** |

| **Your earnings** | **$44.97** |
|---|---|

# Uber

## Breakdown of Refunds & Expenses

| **Expenses** | **-$0.85** |
|---|---|
| Instant Pay Fees | -$0.85 |

| **Refunds & Expenses** | **-$0.85** |
|---|---|

# Uber

Weekly Statement
Dec 11, 2023 4 AM – Dec 18, 2023 4 AM

## Weekly Uber service fee summary

⦿ This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                          **$87.54**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                      **-$6.33**
Promotion to bring more customers to the Uber platform

**Tip**                                                                                      **$3.00**
Customer paid $84.21 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                -$2.86

    Region or City Fee                                                    -$0.30

**Other expenses such as commercial auto insurance**                                        **-$25.38**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                           **-$44.97**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                  **$10.70**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Dec 11, 2023 4 AM – Dec 18, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|-----------|-------|---------------|--------------------|---------|---------|
| Fri, Dec 15 6:42 AM | **Transferred To Bank Account** Dec 15 6:42 AM | | | −$44.12 | **−$44.12** $0.00 |
| Fri, Dec 15 6:42 AM | **Instant Pay Fees** Dec 15 6:42 AM | | −$0.85 | | **−$0.85** $44.12 |
| Wed, Dec 13 12:35 PM | **UberX** Dec 13 12:05 PM | $14.35 | | | **$14.35** $44.97 |
| Tue, Dec 12 11:16 AM | **Tip** Dec 12 10:41 AM | $3.00 | | | **$3.00** $30.62 |
| Tue, Dec 12 11:10 AM | **UberX** Dec 12 10:41 AM | $14.58 | | | **$14.58** $27.62 |
| Mon, Dec 11 9:18 AM | **UberX** Dec 11 8:47 AM | $13.04 | | | **$13.04** $13.04 |



**Uber**

Weekly Statement
Dec 18, 2023 4 AM – Dec 25, 2023 4 AM

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Dec 18, 4:00 AM | $0.00 |
| **Your earnings** | **$77.84** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$0.85** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **$76.99** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Fri, Dec 22, 6:41 PM | $76.99 |

| | |
|---|---|
| Ending balance at Mon, Dec 25, 4:00 AM | $0.00 |

Exhibit B
Page 216

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$66.46** |
| Fare | $62.33 |
| Cancellation | $3.89 |
| Wait Time at Pickup | $0.24 |
| **Tip** | **$11.38** |

| | |
|---|---|
| **Your earnings** | **$77.84** |

**Uber**

Weekly Statement
Dec 18, 2023 4 AM – Dec 25, 2023 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | **-$0.85** |

# Uber

Weekly Statement
Dec 18, 2023 4 AM – Dec 25, 2023 4 AM

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                              **$112.15**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                          **$11.38**
Customer paid $123.53 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                        -$2.37

    Region or City Fee                                             -$0.30

**Other expenses such as commercial auto insurance**                            **-$28.01**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                               **-$77.84**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                      **$15.01**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Dec 18, 2023 4 AM – Dec 25, 2023 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Dec 22 6:41 PM | **Transferred To Bank Account** <br> Dec 22 6:41 PM | | | -$76.99 | **-$76.99** <br> $0.00 |
| Fri, Dec 22 6:41 PM | **Instant Pay Fees** <br> Dec 22 6:41 PM | | -$0.85 | | **-$0.85** <br> $76.99 |
| Fri, Dec 22 11:36 AM | **UberX** <br> Dec 22 11:21 AM | $3.89 | | | **$3.89** <br> $77.84 |
| Fri, Dec 22 11:25 AM | **UberX** <br> Dec 22 11:04 AM | $6.22 | | | **$6.22** <br> $73.95 |
| Wed, Dec 20 9:55 AM | **UberX** <br> Dec 20 9:27 AM | $10.23 | | | **$10.23** <br> $67.73 |
| Tue, Dec 19 12:56 PM | **Tip** <br> Dec 19 10:49 AM | $11.38 | | | **$11.38** <br> $57.50 |
| Tue, Dec 19 12:55 PM | **UberX** <br> Dec 19 10:49 AM | $46.12 | | | **$46.12** <br> $46.12 |

 **Uber**

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Dec 25, 4:00 AM** | $0.00 |
| **Your earnings** | $107.07 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$1.70 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $105.37 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Thu, Dec 28, 6:29 PM | $89.52 |
| Transferred to your bank account on Sat, Dec 30, 9:17 PM | $15.85 |

| | |
|---|---|
| **Ending balance at Mon, Jan 1, 4:00 AM** | $0.00 |

**Uber**

Weekly Statement
Dec 25, 2023 4 AM – Jan 1, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$56.62** |
| Fare | $35.02 |
| Base | $0.83 |
| Distance | $17.52 |
| Time | $3.25 |
| **Other earnings** | **$44.15** |
| Prop 22 earnings guarantee | $44.15 |
| **Tip** | **$6.30** |

| | |
|---|---:|
| **Your earnings** | **$107.07** |

Thomas Saylor

Exhibit B
Page 222

# Uber

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | -$1.70 |
| Instant Pay Fees | -$1.70 |

| | |
|---|---:|
| **Refunds & Expenses** | -$1.70 |

**Uber**

Weekly Statement
Dec 25, 2023 4 AM – Jan 1, 2024 4 AM

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                **$104.36**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                               **$6.30**
Customer paid $110.66 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                      -$3.65

    Region or City Fee                                          -$0.40

**Other expenses such as commercial auto insurance**          **-$28.46**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                               **-$107.07**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                      **-$28.92**
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Dec 25, 2023 4 AM – Jan 1, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|-----------|-------|---------------|--------------------|---------|---------|
| Sat, Dec 30 9:17 PM | **Transferred To Bank Account** <br> Dec 30 9:17 PM | | | -$15.85 | **-$15.85** <br> $0.00 |
| Sat, Dec 30 9:17 PM | **Instant Pay Fees** <br> Dec 30 9:17 PM | | -$0.85 | | **-$0.85** <br> $15.85 |
| Sat, Dec 30 11:21 AM | **Tip** <br> Dec 30 10:41 AM | $3.30 | | | **$3.30** <br> $16.70 |
| Sat, Dec 30 11:21 AM | **UberX Share** <br> Dec 30 10:41 AM | $13.40 | | | **$13.40** <br> $13.40 |
| Thu, Dec 28 6:29 PM | **Transferred To Bank Account** <br> Dec 28 6:29 PM | | | -$89.52 | **-$89.52** <br> $0.00 |
| Thu, Dec 28 6:29 PM | **Instant Pay Fees** <br> Dec 28 6:29 PM | | -$0.85 | | **-$0.85** <br> $89.52 |
| Wed, Dec 27 3:28 PM | **UberX** <br> Dec 27 3:04 PM | $11.78 | | | **$11.78** <br> $90.37 |
| Wed, Dec 27 10:47 AM | **Prop 22 Earnings** <br> Guarantees payments for earnings period Dec 11, 2023 - Dec 25, 2023 <br> Dec 25 8:00 PM | $44.15 | | | **$44.15** <br> $78.59 |
| Wed, Dec 27 9:51 AM | **UberX** <br> Dec 27 9:30 AM | $21.60 | | | **$21.60** <br> $34.44 |
| Tue, Dec 26 2:11 PM | **Tip** <br> Dec 26 1:32 PM | $3.00 | | | **$3.00** <br> $12.84 |

Thomas Saylor

SAYLOR000520

Exhibit B
Page 225



Weekly Statement
Dec 25, 2023 4 AM – Jan 1, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Dec 26 | UberX Share | $9.84 | | | $9.84 |
| 2:03 PM | Dec 26 1:32 PM | | | | $9.84 |

 **Uber**

**Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jan 1, 4:00 AM** | $0.00 |
| **Your earnings** | $129.73 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$2.55 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $127.18 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Jan 3, 5:16 PM | $15.28 |
| Transferred to your bank account on Sun, Jan 7, 6:17 AM | $57.90 |
| Transferred to your bank account on Sun, Jan 7, 1:35 PM | $54.00 |

| | |
|---|---|
| **Ending balance at Mon, Jan 8, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$118.00** |
| Fare | $60.81 |
| Base | $0.83 |
| Distance | $45.61 |
| Time | $8.41 |
| Time at Stop | $0.43 |
| Wait Time at Pickup | $1.91 |
| **Tip** | **$11.73** |

| | |
|---|---|
| **Your earnings** | **$129.73** |

Uber

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$2.55** |
| Instant Pay Fees | -$2.55 |

| | |
|---|---|
| **Refunds & Expenses** | **-$2.55** |

Exhibit B
Page 229

# Uber

Weekly Statement
Jan 1, 2024 4 AM – Jan 8, 2024 4 AM

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**    **$213.45**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**    **-$1.06**
Promotion to bring more customers to the Uber platform

**Tip**    **$11.73**
Customer paid $224.12 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***    -$6.02

    Region or City Fee    -$0.70

**Other expenses such as commercial auto insurance**    **-$47.04**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**    **-$129.73**
Total money you made this week with Uber including tips

**Weekly Uber service fee**    **$40.63**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Jan 1, 2024 4 AM – Jan 8, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sun, Jan 7 1:35 PM | Transferred To Bank Account<br>Jan 7 1:35 PM | | | -$54.00 | **-$54.00**<br>$0.00 |
| Sun, Jan 7 1:35 PM | Instant Pay Fees<br>Jan 7 1:35 PM | | -$0.85 | | **-$0.85**<br>$54.00 |
| Sun, Jan 7 1:32 PM | UberX<br>Jan 7 12:03 PM | $54.85 | | | **$54.85**<br>$54.85 |
| Sun, Jan 7 6:17 AM | Transferred To Bank Account<br>Jan 7 6:17 AM | | | -$57.90 | **-$57.90**<br>$0.00 |
| Sun, Jan 7 6:17 AM | Instant Pay Fees<br>Jan 7 6:17 AM | | -$0.85 | | **-$0.85**<br>$57.90 |
| Sat, Jan 6 11:40 AM | Tip<br>Jan 6 9:48 AM | $4.75 | | | **$4.75**<br>$58.75 |
| Sat, Jan 6 10:59 AM | UberX<br>Jan 6 10:31 AM | $9.78 | | | **$9.78**<br>$54.00 |
| Sat, Jan 6 10:24 AM | UberXL<br>Jan 6 9:48 AM | $17.34 | | | **$17.34**<br>$44.22 |
| Thu, Jan 4 11:07 AM | UberX<br>Jan 4 10:36 AM | $10.61 | | | **$10.61**<br>$26.88 |
| Thu, Jan 4 10:24 AM | Tip<br>Jan 4 10:04 AM | $4.98 | | | **$4.98**<br>$16.27 |



Weekly Statement
**Jan 1, 2024 4 AM – Jan 8, 2024 4 AM**

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Jan 4<br>10:24 AM | UberX<br>Jan 4 10:04 AM | $11.29 | | | **$11.29**<br>$11.29 |
| Wed, Jan 3<br>5:16 PM | Transferred To Bank Account<br>Jan 3 5:16 PM | | | -$15.28 | **-$15.28**<br>$0.00 |
| Wed, Jan 3<br>5:16 PM | Instant Pay Fees<br>Jan 3 5:16 PM | | -$0.85 | | **-$0.85**<br>$15.28 |
| Tue, Jan 2<br>11:18 AM | UberX<br>Jan 2 10:59 AM | $6.59 | | | **$6.59**<br>$16.13 |
| Tue, Jan 2<br>10:54 AM | Tip<br>Jan 2 10:36 AM | $2.00 | | | **$2.00**<br>$9.54 |
| Tue, Jan 2<br>10:54 AM | UberX<br>Jan 2 10:36 AM | $7.54 | | | **$7.54**<br>$7.54 |

Thomas Saylor

Exhibit B
Page 232

# Uber



**Thomas Saylor**

+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jan 8, 4:00 AM** | $0.00 |
| **Your earnings**<br>For details, see: Breakdown of Your earnings | $79.92 |
| **Refunds & Expenses**<br>For details, see: Breakdown of Refunds & Expenses | -$1.70 |

| | |
|---|---|
| **Payouts**<br>This amount was withdrawn from your balance | $78.22 |
| Transferred to your bank account on Wed, Jan 10, 6:10 PM | $58.36 |
| Transferred to your bank account on Thu, Jan 11, 5:33 PM | $19.86 |

| | |
|---|---|
| **Ending balance at Mon, Jan 15, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$48.36** |
| Fare | $48.32 |
| Wait Time at Pickup | $0.04 |
| **Other earnings** | **$22.56** |
| Prop 22 earnings guarantee | $22.56 |
| **Tip** | **$9.00** |

| | |
|---|---|
| **Your earnings** | **$79.92** |

# Uber

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---:|
| **Refunds & Expenses** | **-$1.70** |

**Uber**

Weekly Statement
Jan 8, 2024 4 AM – Jan 15, 2024 4 AM

# Weekly Uber service fee summary

> • This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                   **$95.87**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                              **$9.00**
Customer paid $104.87 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                        -$3.16

    Region or City Fee                                            -$0.40

**Other expenses such as commercial auto insurance**                                 **-$28.04**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                    **-$79.92**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                          **-$6.65**
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Jan 8, 2024 4 AM – Jan 15, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Jan 11 5:33 PM | Transferred To Bank Account Jan 11 5:33 PM | | | -$19.86 | -$19.86 $0.00 |
| Thu, Jan 11 5:33 PM | Instant Pay Fees Jan 11 5:33 PM | | -$0.85 | | -$0.85 $19.86 |
| Thu, Jan 11 12:38 PM | Tip Jan 11 11:03 AM | $1.00 | | | $1.00 $20.71 |
| Thu, Jan 11 11:18 AM | UberX Jan 11 11:03 AM | $6.13 | | | $6.13 $19.71 |
| Thu, Jan 11 10:32 AM | UberX Jan 11 10:02 AM | $13.58 | | | $13.58 $13.58 |
| Wed, Jan 10 6:10 PM | Transferred To Bank Account Jan 10 6:10 PM | | | -$58.36 | -$58.36 $0.00 |
| Wed, Jan 10 6:10 PM | Instant Pay Fees Jan 10 6:10 PM | | -$0.85 | | -$0.85 $58.36 |
| Wed, Jan 10 10:37 AM | Prop 22 Earnings Guarantees payments for earnings period Dec 25, 2023 - Jan 08, 2024 Jan 8 8:00 PM | $22.56 | | | $22.56 $59.21 |
| Tue, Jan 9 1:06 PM | Comfort Jan 9 12:43 PM | $10.98 | | | $10.98 $36.65 |
| Mon, Jan 8 5:24 PM | Tip Jan 8 4:36 PM | $8.00 | | | $8.00 $25.67 |

Exhibit B
Page 237



Weekly Statement
**Jan 8, 2024 4 AM – Jan 15, 2024 4 AM**

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Mon, Jan 8 | **UberX** | $17.67 | | | **$17.67** |
| 5:23 PM | Jan 8 4:36 PM | | | | $17.67 |

Exhibit B
Page 238



**Uber**

Weekly Statement
Jan 15, 2024 4 AM – Jan 22, 2024 4 AM

**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Jan 15, 4:00 AM | $0.00 |
| **Your earnings** | **$219.69** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$2.55** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $217.14 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Jan 17, 4:18 PM | $96.72 |
| Transferred to your bank account on Thu, Jan 18, 7:46 PM | $107.63 |
| Transferred to your bank account on Sun, Jan 21, 6:19 AM | $12.79 |

| | |
|---|---|
| Ending balance at Mon, Jan 22, 4:00 AM | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$193.34** |
| Fare | $170.63 |
| Base | $0.83 |
| Cancellation | $3.89 |
| Distance | $10.21 |
| Time | $2.60 |
| UberX Priority | $3.50 |
| Wait Time at Pickup | $1.68 |
| **Tip** | **$26.35** |

| | |
|---|---|
| **Your earnings** | **$219.69** |

**Uber**

Weekly Statement
Jan 15, 2024 4 AM – Jan 22, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$2.55** |
| Instant Pay Fees | -$2.55 |

| | |
|---|---|
| **Refunds & Expenses** | **-$2.55** |



Weekly Statement
Jan 15, 2024 4 AM – Jan 22, 2024 4 AM

# Weekly Uber service fee summary

● This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                        **$331.45**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                    **–$18.52**
Promotion to bring more customers to the Uber platform

**Tip**                                                                                    **$26.35**
Customer paid $339.28 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                               –$7.60

    Region or City Fee                                                   –$0.90

**Other expenses such as commercial auto insurance**                                       **–$70.45**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                          **–$219.69**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                **$40.64**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement<br>Jan 15, 2024 4 AM – Jan 22, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sun, Jan 21<br>6:19 AM | **Transferred To Bank Account**<br>Jan 21 6:19 AM | | | -$12.79 | **-$12.79**<br>$0.00 |
| Sun, Jan 21<br>6:19 AM | **Instant Pay Fees**<br>Jan 21 6:19 AM | | -$0.85 | | **-$0.85**<br>$12.79 |
| Sat, Jan 20<br>10:08 AM | **UberX**<br>Jan 20 9:38 AM | $13.64 | | | **$13.64**<br>$13.64 |
| Thu, Jan 18<br>7:46 PM | **Transferred To Bank Account**<br>Jan 18 7:46 PM | | | -$107.63 | **-$107.63**<br>$0.00 |
| Thu, Jan 18<br>7:46 PM | **Instant Pay Fees**<br>Jan 18 7:46 PM | | -$0.85 | | **-$0.85**<br>$107.63 |
| Thu, Jan 18<br>2:52 PM | **UberX**<br>Jan 18 1:32 PM | $40.11 | | | **$40.11**<br>$108.48 |
| Thu, Jan 18<br>1:43 PM | **UberXL**<br>Jan 18 1:08 PM | $17.92 | | | **$17.92**<br>$68.37 |
| Thu, Jan 18<br>12:44 PM | **Tip**<br>Jan 18 11:56 AM | $6.28 | | | **$6.28**<br>$50.45 |
| Thu, Jan 18<br>12:42 PM | **UberXL**<br>Jan 18 11:56 AM | $24.24 | | | **$24.24**<br>$44.17 |
| Thu, Jan 18<br>10:31 AM | **UberX**<br>Jan 18 10:15 AM | $10.97 | | | **$10.97**<br>$19.93 |



Weekly Statement
Jan 15, 2024 4 AM – Jan 22, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Jan 18<br>10:04 AM | **UberX**<br>Jan 18 9:44 AM | $8.96 | | | **$8.96**<br>$8.96 |
| Wed, Jan 17<br>4:18 PM | **Transferred To Bank Account**<br>Jan 17 4:18 PM | | | -$96.72 | **-$96.72**<br>$0.00 |
| Wed, Jan 17<br>4:18 PM | **Instant Pay Fees**<br>Jan 17 4:18 PM | | -$0.85 | | **-$0.85**<br>$96.72 |
| Wed, Jan 17<br>2:41 PM | **UberX Share**<br>Jan 17 2:34 PM | $3.89 | | | **$3.89**<br>$97.57 |
| Mon, Jan 15<br>2:02 PM | **UberX Priority**<br>Jan 15 1:50 PM | $10.01 | | | **$10.01**<br>$93.68 |
| Mon, Jan 15<br>10:44 AM | **Tip**<br>Jan 15 9:54 AM | $20.07 | | | **$20.07**<br>$83.67 |
| Mon, Jan 15<br>10:42 AM | **UberXL**<br>Jan 15 9:54 AM | $57.53 | | | **$57.53**<br>$63.60 |
| Mon, Jan 15<br>9:54 AM | **UberX Share**<br>Jan 15 9:35 AM | $6.07 | | | **$6.07**<br>$6.07 |

# Uber

Weekly Statement
Jan 22, 2024 4 AM – Jan 29, 2024 4 AM

 **Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Jan 22, 4:00 AM | $0.00 |
| **Your earnings** | **$84.46** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$2.55** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **$81.91** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Jan 24, 4:15 PM | $7.17 |
| Transferred to your bank account on Fri, Jan 26, 2:23 AM | $9.97 |
| Transferred to your bank account on Sun, Jan 28, 4:21 AM | $64.77 |

| | |
|---|---|
| Ending balance at Mon, Jan 29, 4:00 AM | $0.00 |

# Uber

## Breakdown of Your earnings

| **Fare** | **$84.46** |
|---|---|
| Fare | $60.81 |
| Base | $0.83 |
| Distance | $18.05 |
| Time | $4.48 |
| Wait Time at Pickup | $0.29 |

| **Your earnings** | **$84.46** |
|---|---|

Thomas Saylor

Exhibit B

Page 246

Uber

Weekly Statement
Jan 22, 2024 4 AM – Jan 29, 2024 4 AM

## Breakdown of Refunds & Expenses

| **Expenses** | **-$2.55** |
|---|---|
| Instant Pay Fees | -$2.55 |

| **Refunds & Expenses** | **-$2.55** |
|---|---|

# Uber

Weekly Statement
Jan 22, 2024 4 AM – Jan 29, 2024 4 AM

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price** **$166.81**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion** **-$4.70**
Customer paid $162.11 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| | |
|---|---|
| CA Driver Benefits*** | -$6.02 |
| Region or City Fee | -$0.70 |

**Other expenses such as commercial auto insurance** **-$46.36**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings** **-$84.46**
Total money you made this week with Uber including tips

**Weekly Uber service fee** **$24.57**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Thomas Saylor

Exhibit B
Page 248



Weekly Statement
Jan 22, 2024 4 AM – Jan 29, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sun, Jan 28<br>4:21 AM | **Transferred To Bank Account**<br>Jan 28 4:21 AM | | | -$64.77 | **-$64.77**<br>$0.00 |
| Sun, Jan 28<br>4:21 AM | **Instant Pay Fees**<br>Jan 28 4:21 AM | | -$0.85 | | **-$0.85**<br>$64.77 |
| Sat, Jan 27<br>2:58 PM | **Comfort**<br>Jan 27 2:25 PM | $13.98 | | | **$13.98**<br>$65.62 |
| Sat, Jan 27<br>12:53 PM | **UberX**<br>Jan 27 12:31 PM | $8.56 | | | **$8.56**<br>$51.64 |
| Sat, Jan 27<br>11:23 AM | **UberX**<br>Jan 27 10:56 AM | $11.28 | | | **$11.28**<br>$43.08 |
| Sat, Jan 27<br>10:32 AM | **UberX**<br>Jan 27 9:37 AM | $23.36 | | | **$23.36**<br>$31.80 |
| Fri, Jan 26<br>3:18 PM | **UberX Share**<br>Jan 26 2:50 PM | $8.44 | | | **$8.44**<br>$8.44 |
| Fri, Jan 26<br>2:23 AM | **Transferred To Bank Account**<br>Jan 26 2:23 AM | | | -$9.97 | **-$9.97**<br>$0.00 |
| Fri, Jan 26<br>2:23 AM | **Instant Pay Fees**<br>Jan 26 2:23 AM | | -$0.85 | | **-$0.85**<br>$9.97 |
| Thu, Jan 25<br>12:37 PM | **UberX**<br>Jan 25 12:01 PM | $10.82 | | | **$10.82**<br>$10.82 |



Weekly Statement
Jan 22, 2024 4 AM – Jan 29, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Jan 24 4:15 PM | **Transferred To Bank Account** Jan 24 4:15 PM | | | -$7.17 | **-$7.17** $0.00 |
| Wed, Jan 24 4:15 PM | **Instant Pay Fees** Jan 24 4:15 PM | | -$0.85 | | **-$0.85** $7.17 |
| Mon, Jan 22 11:56 AM | **UberX** Jan 22 11:38 AM | $8.02 | | | **$8.02** $8.02 |

Thomas Saylor

Exhibit B
Page 250



# Uber

**Weekly Statement**
Jan 29, 2024 4 AM – Feb 5, 2024 4 AM

**Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jan 29, 4:00 AM** | **$0.00** |
| **Your earnings** | **$106.47** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$1.70** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $104.77 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Fri, Feb 2, 6:44 AM | $82.15 |
| Transferred to your bank account on Fri, Feb 2, 4:19 PM | $22.62 |

| | |
|---|---|
| **Ending balance at Mon, Feb 5, 4:00 AM** | **$0.00** |

**Uber**

## Breakdown of Your earnings

| Fare | $106.47 |
|---|---|
| Fare | $50.01 |
| Base | $2.02 |
| Distance | $42.22 |
| Minimum Fare Supplement | $1.22 |
| Time | $10.69 |
| Wait Time at Pickup | $0.31 |

| Your earnings | $106.47 |
|---|---|

Uber

Weekly Statement
Jan 29, 2024 4 AM – Feb 5, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---:|
| **Refunds & Expenses** | **-$1.70** |

# Uber

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price                                              $200.23
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| | |
|---|---|
| CA Driver Benefits*** | -$6.51 |
| Region or City Fee | -$0.70 |

### Other expenses such as commercial auto insurance          -$44.13
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings                                              -$106.47
Total money you made this week with Uber including tips

### Weekly Uber service fee                                     $42.42
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Jan 29, 2024 4 AM – Feb 5, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Feb 2 4:19 PM | **Transferred To Bank Account** Feb 2 4:19 PM | | | -$22.62 | **-$22.62** $0.00 |
| Fri, Feb 2 4:19 PM | **Instant Pay Fees** Feb 2 4:19 PM | | -$0.85 | | **-$0.85** $22.62 |
| Fri, Feb 2 11:18 AM | **UberXL** Feb 2 11:04 AM | $10.28 | | | **$10.28** $23.47 |
| Fri, Feb 2 10:38 AM | **UberX** Feb 2 10:13 AM | $9.77 | | | **$9.77** $13.19 |
| Fri, Feb 2 8:59 AM | **UberX** Feb 2 8:40 AM | $3.42 | | | **$3.42** $3.42 |
| Fri, Feb 2 6:44 AM | **Transferred To Bank Account** Feb 2 6:44 AM | | | -$82.15 | **-$82.15** $0.00 |
| Fri, Feb 2 6:44 AM | **Instant Pay Fees** Feb 2 6:44 AM | | -$0.85 | | **-$0.85** $82.15 |
| Wed, Jan 31 10:17 AM | **Comfort** Jan 31 9:01 AM | $53.04 | | | **$53.04** $83.00 |
| Tue, Jan 30 10:06 AM | **UberX** Jan 30 9:48 AM | $9.43 | | | **$9.43** $29.96 |
| Mon, Jan 29 11:43 AM | **UberX** Jan 29 11:10 AM | $11.73 | | | **$11.73** $20.53 |



Weekly Statement
**Jan 29, 2024 4 AM – Feb 5, 2024 4 AM**

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Mon, Jan 29 | **UberX** | $8.80 | | | **$8.80** |
| 10:37 AM | Jan 29 10:10 AM | | | | $8.80 |

# Uber



**Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Feb 5, 4:00 AM** | $0.00 |
| **Your earnings** | **$106.28** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$1.70** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $104.58 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Thu, Feb 8, 8:37 AM | $29.23 |
| Transferred to your bank account on Fri, Feb 9, 8:30 PM | $75.35 |

| | |
|---|---|
| **Ending balance at Mon, Feb 12, 4:00 AM** | $0.00 |

Exhibit B
Page 257

# Uber

Weekly Statement
Feb 5, 2024 4 AM – Feb 12, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$63.61** |
| Base | $0.83 |
| Distance | $52.82 |
| Time | $9.96 |
| **Other earnings** | **$30.08** |
| Prop 22 earnings guarantee | $30.08 |
| **Tip** | **$12.59** |

| | |
|---|---|
| **Your earnings** | **$106.28** |

# Uber

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---|
| **Refunds & Expenses** | **-$1.70** |

# Uber

## Weekly Uber service fee summary

• This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                     **$93.99**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                                 **–$10.00**
Promotion to bring more customers to the Uber platform

**Tip**                                                                                                **$12.59**
Customer paid $96.58 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                          –$1.28

    Region or City Fee                                                               –$0.10

**Other expenses such as commercial auto insurance**                                                   **–$7.95**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                      **–$106.28**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                            **–$19.03**
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Thomas Saylor
SAYLOR000555

Exhibit B
Page 260



Weekly Statement
**Feb 5, 2024 4 AM – Feb 12, 2024 4 AM**

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Feb 9 8:30 PM | **Transferred To Bank Account** Feb 9 8:30 PM | | | -$75.35 | **-$75.35** $0.00 |
| Fri, Feb 9 8:30 PM | **Instant Pay Fees** Feb 9 8:30 PM | | -$0.85 | | **-$0.85** $75.35 |
| Fri, Feb 9 10:47 AM | **Tip** Feb 9 9:13 AM | $12.59 | | | **$12.59** $76.20 |
| Fri, Feb 9 10:38 AM | **UberX** Feb 9 9:13 AM | $63.61 | | | **$63.61** $63.61 |
| Thu, Feb 8 8:37 AM | **Transferred To Bank Account** Feb 8 8:37 AM | | | -$29.23 | **-$29.23** $0.00 |
| Thu, Feb 8 8:37 AM | **Instant Pay Fees** Feb 8 8:37 AM | | -$0.85 | | **-$0.85** $29.23 |
| Wed, Feb 7 11:15 AM | **Prop 22 Earnings** Guarantees payments for earnings period Jan 22, 2024 – Feb 05, 2024 Feb 5 8:00 PM | $30.08 | | | **$30.08** $30.08 |

Exhibit B
Page 261

# Uber



**Thomas Saylor**

+16618745492          vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Feb 12, 4:00 AM | $0.00 |
| **Your earnings** | **$65.11** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$1.70** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **$63.41** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Feb 14, 4:42 PM | $20.85 |
| Transferred to your bank account on Fri, Feb 16, 3:07 PM | $42.56 |

| | |
|---|---|
| **Ending balance at Mon, Feb 19, 4:00 AM** | **$0.00** |

# Uber

## Breakdown of Your earnings

| Fare | $65.11 |
|---|---|
| Fare | $43.32 |
| Base | $0.83 |
| Distance | $17.54 |
| Time | $3.33 |
| Wait Time at Pickup | $0.09 |

| Your earnings | $65.11 |
|---|---|

Uber

Weekly Statement
Feb 12, 2024 4 AM – Feb 19, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---|
| **Refunds & Expenses** | **-$1.70** |

# Uber

Weekly Statement
Feb 12, 2024 4 AM – Feb 19, 2024 4 AM

## Weekly Uber service fee summary

- This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price — $121.02
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| | |
|---|---|
| CA Driver Benefits*** | -$2.07 |
| Region or City Fee | -$0.20 |

### Other expenses such as commercial auto insurance — -$35.33
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings — -$65.11
Total money you made this week with Uber including tips

### Weekly Uber service fee — $18.31
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Feb 12, 2024 4 AM – Feb 19, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Feb 16 3:07 PM | **Transferred To Bank Account** Feb 16 3:07 PM | | | -$42.56 | **-$42.56** $0.00 |
| Fri, Feb 16 3:07 PM | **Instant Pay Fees** Feb 16 3:07 PM | | -$0.85 | | **-$0.85** $42.56 |
| Fri, Feb 16 10:58 AM | **UberX** Feb 16 9:41 AM | $43.41 | | | **$43.41** $43.41 |
| Wed, Feb 14 4:42 PM | **Transferred To Bank Account** Feb 14 4:42 PM | | | -$20.85 | **-$20.85** $0.00 |
| Wed, Feb 14 4:42 PM | **Instant Pay Fees** Feb 14 4:42 PM | | -$0.85 | | **-$0.85** $20.85 |
| Wed, Feb 14 10:13 AM | **UberX** Feb 14 9:29 AM | $21.70 | | | **$21.70** $21.70 |

# Uber

Weekly Statement
Feb 19, 2024 4 AM – Feb 26, 2024 4 AM

 **Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Feb 19, 4:00 AM | $0.00 |
| **Your earnings** | **$55.84** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$0.85** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $52.61 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Tue, Feb 20, 7:50 PM | $52.61 |

| | |
|---|---|
| **Ending balance at Mon, Feb 26, 4:00 AM** | **$2.38** |

# Uber

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$53.46** |
| Fare | $53.46 |
| **Other earnings** | **$2.38** |
| Prop 22 earnings guarantee | $2.38 |

| | |
|---|---:|
| **Your earnings** | **$55.84** |

**Uber**

Weekly Statement
Feb 19, 2024 4 AM – Feb 26, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | **-$0.85** |

# Uber

## Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**      **$103.80**

Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Third-party fees and operational expenses

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| | |
|---|---|
| CA Driver Benefits*** | -$1.58 |
| Region or City Fee | -$0.20 |

**Other expenses such as commercial auto insurance**      **-$34.12**

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**      **-$55.84**

Total money you made this week with Uber including tips

**Weekly Uber service fee**      **$12.06**

Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Feb 19, 2024 4 AM – Feb 26, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Feb 21<br>11:18 AM | **Prop 22 Earnings**<br>**Guarantees payments for**<br>**earnings period Feb 05,**<br>**2024 – Feb 19, 2024**<br>Feb 19 8:00 PM | $2.38 | | | **$2.38**<br>$2.38 |
| Tue, Feb 20<br>7:50 PM | **Transferred To Bank**<br>**Account**<br>Feb 20 7:50 PM | | | -$52.61 | **-$52.61**<br>$0.00 |
| Tue, Feb 20<br>7:50 PM | **Instant Pay Fees**<br>Feb 20 7:50 PM | | -$0.85 | | **-$0.85**<br>$52.61 |
| Tue, Feb 20<br>10:59 AM | **UberX**<br>Feb 20 9:43 AM | $43.12 | | | **$43.12**<br>$53.46 |
| Mon, Feb 19<br>12:21 PM | **UberX**<br>Feb 19 12:00 PM | $10.34 | | | **$10.34**<br>$10.34 |



# Uber

**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Feb 26, 4:00 AM | $2.38 |

| | |
|---|---|
| **Payouts** | $2.38 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Feb 26, 4:04 AM | $2.38 |

| | |
|---|---|
| Ending balance at Mon, Mar 4, 4:00 AM | $0.00 |



Weekly Statement
Feb 26, 2024 4 AM – Mar 4, 2024 4 AM

## Transactions

| Processed | Event | Payouts | Balance |
|-----------|-------|---------|---------|
| Mon, Feb 26<br>4:04 AM | **Transferred To Bank Account**<br>Feb 26 4:04 AM | -$2.38 | **-$2.38**<br>$0.00 |



Uber

Weekly Statement
Mar 4, 2024 4 AM – Mar 11, 2024 4 AM

**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

Starting balance at Mon, Mar 4, 4:00 AM                                    $0.00

**Your earnings**                                                              $1.90
For details, see: Breakdown of Your earnings

Ending balance at Mon, Mar 11, 4:00 AM                                     $1.90

Exhibit B
Page 274

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Other earnings** | **$1.90** |
| Prop 22 earnings guarantee | $1.90 |

| | |
|---|---|
| **Your earnings** | **$1.90** |



Weekly Statement
Mar 4, 2024 4 AM – Mar 11, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Balance |
|---|---|---|---|
| Wed, Mar 6 11:14 AM | **Prop 22 Earnings Guarantees payments for earnings period Feb 19, 2024 – Mar 04, 2024** <br> Mar 4 8:00 PM | $1.90 | **$1.90** <br> $1.90 |



**Uber**

Weekly Statement
Mar 11, 2024 4 AM – Mar 18, 2024 4 AM

**Thomas Saylor**
+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Mar 11, 4:00 AM | $1.90 |

| | |
|---|---|
| **Payouts** | $1.90 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Mar 11, 4:03 AM | $1.90 |

| | |
|---|---|
| Ending balance at Mon, Mar 18, 4:00 AM | $0.00 |

# Uber

## Transactions

| Processed | Event | Payouts | Balance |
|---|---|---|---|
| Mon, Mar 11 | **Transferred To Bank Account** | -$1.90 | **-$1.90** |
| 4:03 AM | Mar 11 4:03 AM | | $0.00 |

# Uber

Weekly Statement
Mar 18, 2024 4 AM – Mar 25, 2024 4 AM

 **Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Mar 18, 4:00 AM | $0.00 |
| **Your earnings** | $3.00 |
| For details, see: Breakdown of Your earnings | |

| | |
|---|---|
| Ending balance at Mon, Mar 25, 4:00 AM | $3.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Other earnings** | **$3.00** |
| Payment for past trip | $3.00 |

| | |
|---|---|
| **Your earnings** | **$3.00** |



## Transactions

| Processed | Event | Your earnings | Balance |
|---|---|---|---|
| Wed, Mar 20<br>1:54 PM | Payment for past trip – Between May 2023 and February 2024, you were underpaid for trips taken in your city due to technical issues on our end. We have corrected the error and adjusted the total amount you earned for these trips. We apologize for any inconvenience.<br>Mar 20 1:54 PM | $3.00 | **$3.00**<br>$3.00 |



Weekly Statement
Mar 25, 2024 4 AM – Apr 1, 2024 4 AM



**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

Starting balance at Mon, Mar 25, 4:00 AM                                $3.00

**Payouts**                                                              $3.00
This amount was withdrawn from your balance

Transferred to your bank account on Mon, Mar 25, 4:01 AM           $3.00

Ending balance at Mon, Apr 1, 4:00 AM                                  $0.00



Weekly Statement
**Mar 25, 2024 4 AM – Apr 1, 2024 4 AM**

## Transactions

| Processed | Event | Payouts | Balance |
|---|---|---|---|
| Mon, Mar 25<br>4:01 AM | **Transferred To Bank Account**<br>Mar 25 4:01 AM | -$3.00 | **-$3.00**<br>$0.00 |



Weekly Statement
Apr 1, 2024 4 AM – Apr 8, 2024 4 AM



**Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Apr 1, 4:00 AM** | $0.00 |
| **Your earnings** | $38.03 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$1.70 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $36.33 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Apr 3, 5:37 PM | $27.03 |
| Transferred to your bank account on Fri, Apr 5, 5:15 PM | $9.30 |

| | |
|---|---|
| **Ending balance at Mon, Apr 8, 4:00 AM** | $0.00 |

Exhibit B
Page 284



Weekly Statement
**Apr 1, 2024 4 AM – Apr 8, 2024 4 AM**

## Breakdown of Your earnings

| Fare | $38.03 |
|---|---|
| Fare | $33.73 |
| Cancellation | $4.30 |

| Your earnings | $38.03 |
|---|---|



Weekly Statement
**Apr 1, 2024 4 AM – Apr 8, 2024 4 AM**

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$1.70** |
| Instant Pay Fees | -$1.70 |

| | |
|---|---|
| **Refunds & Expenses** | **-$1.70** |



# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                          **$72.96**

Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Third-party fees and operational expenses**

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                              -$2.37

    Region or City Fee                                               -$0.30

**Other expenses such as commercial auto insurance**              **-$27.96**

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                           **-$38.03**

Total money you made this week with Uber including tips

---

**Weekly Uber service fee**                                                 **$4.30**

Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

---

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
**Apr 1, 2024 4 AM – Apr 8, 2024 4 AM**

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Apr 5 5:15 PM | **Transferred To Bank Account** Apr 5 5:15 PM | | | -$9.30 | **-$9.30** $0.00 |
| Fri, Apr 5 5:15 PM | **Instant Pay Fees** Apr 5 5:15 PM | | -$0.85 | | **-$0.85** $9.30 |
| Thu, Apr 4 10:22 AM | **UberX Share** Apr 4 9:54 AM | $10.15 | | | **$10.15** $10.15 |
| Wed, Apr 3 5:37 PM | **Transferred To Bank Account** Apr 3 5:37 PM | | | -$27.03 | **-$27.03** $0.00 |
| Wed, Apr 3 5:37 PM | **Instant Pay Fees** Apr 3 5:37 PM | | -$0.85 | | **-$0.85** $27.03 |
| Wed, Apr 3 12:42 PM | **UberX Share** Apr 3 12:10 PM | $14.61 | | | **$14.61** $27.88 |
| Wed, Apr 3 12:01 PM | **Comfort** Apr 3 11:37 AM | $4.30 | | | **$4.30** $13.27 |
| Wed, Apr 3 10:55 AM | **UberX** Apr 3 10:34 AM | $8.97 | | | **$8.97** $8.97 |



Weekly Statement
Apr 8, 2024 4 AM – Apr 15, 2024 4 AM

**Thomas Saylor**

+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---:|
| **Starting balance at Mon, Apr 8, 4:00 AM** | $0.00 |
| **Your earnings** | **$129.42** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---:|
| **Payouts** | $128.57 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Apr 10, 7:23 PM | $128.57 |

| | |
|---|---:|
| **Ending balance at Mon, Apr 15, 4:00 AM** | $0.00 |

Uber

Weekly Statement
Apr 8, 2024 4 AM – Apr 15, 2024 4 AM

## Breakdown of Your earnings

| **Fare** | **$129.42** |
|---|---|
| Fare | $127.54 |
| Wait Time at Pickup | $1.88 |

| **Your earnings** | **$129.42** |
|---|---|

# Uber

Weekly Statement
Apr 8, 2024 4 AM – Apr 15, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---|
| **Refunds & Expenses** | **-$0.85** |



# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price                                                                                    $260.94
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

  CA Driver Benefits***                                                                               -$1.58

  Region or City Fee                                                                                  -$0.20

### Other expenses such as commercial auto insurance                                                 -$83.84
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings                                                                                    -$129.42
Total money you made this week with Uber including tips

### Weekly Uber service fee                                                                           $45.90
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Exhibit B
Page 292



Weekly Statement
Apr 8, 2024 4 AM – Apr 15, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Apr 10<br>7:23 PM | **Transferred To Bank Account**<br>Apr 10 7:23 PM | | | -$128.57 | **-$128.57**<br>$0.00 |
| Wed, Apr 10<br>7:23 PM | **Instant Pay Fees**<br>Apr 10 7:23 PM | | -$0.85 | | **-$0.85**<br>$128.57 |
| Wed, Apr 10<br>4:51 PM | **UberX**<br>Apr 10 2:24 PM | $69.42 | | | **$69.42**<br>$129.42 |
| Wed, Apr 10<br>2:14 PM | **UberX**<br>Apr 10 12:23 PM | $60.00 | | | **$60.00**<br>$60.00 |

# Uber

Weekly Statement
Apr 15, 2024 4 AM – Apr 22, 2024 4 AM

 **Thomas Saylor**

+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Apr 15, 4:00 AM** | $0.00 |
| **Your earnings** | $20.53 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$0.85 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $19.68 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Thu, Apr 18, 6:37 AM | $19.68 |

| | |
|---|---|
| **Ending balance at Mon, Apr 22, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

**Other earnings** $20.53

Prop 22 earnings guarantee $20.53

**Your earnings** $20.53



Weekly Statement
Apr 15, 2024 4 AM – Apr 22, 2024 4 AM

## Breakdown of Refunds & Expenses

| **Expenses** | **-$0.85** |
|---|---|
| Instant Pay Fees | -$0.85 |

| **Refunds & Expenses** | **-$0.85** |
|---|---|

# Uber

Weekly Statement
Apr 15, 2024 4 AM – Apr 22, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Apr 18 6:37 AM | **Transferred To Bank Account** <br> Apr 18 6:37 AM | | | -$19.68 | **-$19.68** <br> $0.00 |
| Thu, Apr 18 6:37 AM | **Instant Pay Fees** <br> Apr 18 6:37 AM | | -$0.85 | | **-$0.85** <br> $19.68 |
| Wed, Apr 17 10:45 AM | **Prop 22 Earnings** <br> Guarantees payments for earnings period Apr 01, 2024 – Apr 15, 2024 <br> Apr 15 9:00 PM | $20.53 | | | **$20.53** <br> $20.53 |

Thomas Saylor

Exhibit B
Page 297

4 of 4
SAYLOR000592

# Uber



**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---:|
| **Starting balance at Mon, Apr 29, 4:00 AM** | $0.00 |
| **Your earnings**<br>For details, see: Breakdown of Your earnings | $36.58 |
| **Refunds & Expenses**<br>For details, see: Breakdown of Refunds & Expenses | -$0.85 |
| **Payouts**<br>This amount was withdrawn from your balance | $35.73 |
| Transferred to your bank account on Tue, Apr 30, 3:49 PM | $35.73 |
| **Ending balance at Mon, May 6, 4:00 AM** | $0.00 |

**Uber**

Weekly Statement
Apr 29, 2024 4 AM – May 6, 2024 4 AM

## Breakdown of Your earnings

| Fare | $36.58 |
|------|--------|
| Fare | $36.20 |
| Wait Time at Pickup | $0.38 |

| Your earnings | $36.58 |
|------|--------|



Weekly Statement
Apr 29, 2024 4 AM – May 6, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | **-$0.85** |
| Instant Pay Fees | -$0.85 |

| | |
|---|---:|
| **Refunds & Expenses** | **-$0.85** |



Weekly Statement
Apr 29, 2024 4 AM – May 6, 2024 4 AM

## Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                           **$73.47**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

CA Driver Benefits***                                                                                        -$0.79

Region or City Fee                                                                                           -$0.10

**Other expenses such as commercial auto insurance**                                                         **-$27.79**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                            **-$36.58**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                                  **$8.21**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Thomas Saylor                                                                                                4 of 5
SAYLOR000596

Exhibit B
Page 301



Weekly Statement
Apr 29, 2024 4 AM – May 6, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Apr 30<br>3:49 PM | **Transferred To Bank Account**<br>Apr 30 3:49 PM | | | -$35.73 | **-$35.73**<br>$0.00 |
| Tue, Apr 30<br>3:49 PM | **Instant Pay Fees**<br>Apr 30 3:49 PM | | -$0.85 | | **-$0.85**<br>$35.73 |
| Tue, Apr 30<br>11:27 AM | **UberX**<br>Apr 30 10:21 AM | $36.58 | | | **$36.58**<br>$36.58 |

# Uber

**Thomas Saylor**

+16618745492        vontom1962@yahoo.com



# Uber

**Weekly Statement**
**May 13, 2024 4 AM – May 20, 2024 4 AM**

**Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, May 13, 4:00 AM | $0.00 |
| **Your earnings** | **$3.31** |
| For details, see: Breakdown of Your earnings | |

| | |
|---|---|
| **Ending balance at Mon, May 20, 4:00 AM** | **$3.31** |

**Uber**

## Breakdown of Your earnings

| | |
|---|---|
| **Other earnings** | **$3.31** |
| Prop 22 earnings guarantee | $3.31 |

| | |
|---|---|
| **Your earnings** | **$3.31** |



## Transactions

| Processed | Event | Your earnings | Balance |
|-----------|-------|---------------|---------|
| Wed, May 15<br>10:46 AM | **Prop 22 Earnings Guarantees payments for earnings period Apr 29, 2024 - May 13, 2024**<br>May 13 9:00 PM | $3.31 | **$3.31**<br>$3.31 |

# Uber

Weekly Statement
**May 20, 2024 4 AM – May 27, 2024 4 AM**

 **Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---:|
| **Starting balance at Mon, May 20, 4:00 AM** | **$3.31** |
| **Your earnings** | **$156.25** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$5.00** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---:|
| **Payouts** | $154.56 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, May 20, 4:06 AM | $3.31 |
| Transferred to your bank account on Mon, May 20, 5:33 PM | $36.87 |
| Transferred to your bank account on Tue, May 21, 6:28 PM | $60.06 |
| Transferred to your bank account on Wed, May 22, 2:20 PM | $22.63 |
| Transferred to your bank account on Fri, May 24, 4:56 PM | $31.69 |

| | |
|---|---:|
| **Ending balance at Mon, May 27, 4:00 AM** | **$0.00** |

# Uber

Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$144.16** |
| Fare | $143.95 |
| Wait Time at Pickup | $0.21 |
| **Tip** | **$12.09** |

| | |
|---|---|
| **Your earnings** | **$156.25** |

Uber

Weekly Statement
**May 20, 2024 4 AM – May 27, 2024 4 AM**

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$5.00** |
| Instant Pay Fees | -$5.00 |

| | |
|---|---|
| **Refunds & Expenses** | **-$5.00** |



Weekly Statement
May 20, 2024 4 AM – May 27, 2024 4 AM

# Weekly Uber service fee summary

**:** This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price                                                                 $255.13
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Customer promotion                                                             -$2.70
Promotion to bring more customers to the Uber platform

### Tip                                                                            $12.09
Customer paid $264.52 after any promotions, tips, etc.

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                       -$6.32

    Region or City Fee                                           -$0.80

### Other expenses such as commercial auto insurance                               -$91.46
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings                                                                  -$156.25
Total money you made this week with Uber including tips

### Weekly Uber service fee                                                        $9.69
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, May 24<br>4:56 PM | **Transferred To Bank Account**<br>May 24 4:56 PM | | | -$31.69 | **-$31.69**<br>$0.00 |
| Fri, May 24<br>4:56 PM | **Instant Pay Fees**<br>May 24 4:56 PM | | -$1.25 | | **-$1.25**<br>$31.69 |
| Fri, May 24<br>11:58 AM | **Tip**<br>May 24 11:24 AM | $4.00 | | | **$4.00**<br>$32.94 |
| Fri, May 24<br>11:51 AM | **UberXL**<br>May 24 11:24 AM | $15.21 | | | **$15.21**<br>$28.94 |
| Fri, May 24<br>9:58 AM | **UberX**<br>May 24 9:29 AM | $12.73 | | | **$12.73**<br>$13.73 |
| Wed, May 22<br>5:56 PM | **Tip**<br>May 22 1:07 PM | $1.00 | | | **$1.00**<br>$1.00 |
| Wed, May 22<br>2:20 PM | **Transferred To Bank Account**<br>May 22 2:20 PM | | | -$22.63 | **-$22.63**<br>$0.00 |
| Wed, May 22<br>2:20 PM | **Instant Pay Fees**<br>May 22 2:20 PM | | -$1.25 | | **-$1.25**<br>$22.63 |
| Wed, May 22<br>1:30 PM | **UberX**<br>May 22 1:07 PM | $8.42 | | | **$8.42**<br>$23.88 |
| Wed, May 22<br>12:19 PM | **Tip**<br>May 22 11:55 AM | $7.09 | | | **$7.09**<br>$15.46 |



Weekly Statement
May 20, 2024 4 AM – May 27, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, May 22<br>12:16 PM | **UberX**<br>May 22 11:55 AM | $8.37 | | | **$8.37**<br>$8.37 |
| Tue, May 21<br>6:28 PM | **Transferred To Bank Account**<br>May 21 6:28 PM | | | -$60.06 | **-$60.06**<br>$0.00 |
| Tue, May 21<br>6:28 PM | **Instant Pay Fees**<br>May 21 6:28 PM | | -$1.25 | | **-$1.25**<br>$60.06 |
| Tue, May 21<br>3:56 PM | **UberX**<br>May 21 3:26 PM | $10.36 | | | **$10.36**<br>$61.31 |
| Tue, May 21<br>3:27 PM | **UberX Share**<br>May 21 2:51 PM | $12.32 | | | **$12.32**<br>$50.95 |
| Tue, May 21<br>11:01 AM | **UberX**<br>May 21 9:41 AM | $38.63 | | | **$38.63**<br>$38.63 |
| Mon, May 20<br>5:33 PM | **Transferred To Bank Account**<br>May 20 5:33 PM | | | -$36.87 | **-$36.87**<br>$0.00 |
| Mon, May 20<br>5:33 PM | **Instant Pay Fees**<br>May 20 5:33 PM | | -$1.25 | | **-$1.25**<br>$36.87 |
| Mon, May 20<br>12:07 PM | **UberX**<br>May 20 10:53 AM | $38.12 | | | **$38.12**<br>$38.12 |
| Mon, May 20<br>4:06 AM | **Transferred To Bank Account**<br>May 20 4:06 AM | | | -$3.31 | **-$3.31**<br>$0.00 |

# Uber



**Thomas Saylor**

+16618745492        vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, May 27, 4:00 AM** | $0.00 |
| **Your earnings** | $36.72 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$2.50 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $34.22 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Thu, May 30, 8:21 AM | $27.28 |
| Transferred to your bank account on Sat, Jun 1, 12:51 PM | $6.94 |

| | |
|---|---|
| **Ending balance at Mon, Jun 3, 4:00 AM** | $0.00 |



Weekly Statement
May 27, 2024 4 AM – Jun 3, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$8.19** |
| Fare | $8.19 |
| **Other earnings** | **$28.53** |
| Prop 22 earnings guarantee | $28.53 |

| | |
|---|---|
| **Your earnings** | **$36.72** |



## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$2.50** |
| Instant Pay Fees | -$2.50 |

| | |
|---|---|
| **Refunds & Expenses** | **-$2.50** |



Weekly Statement
May 27, 2024 4 AM – Jun 3, 2024 4 AM

# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price** $15.24
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits*** -$0.79

    Region or City Fee -$0.10

**Other expenses such as commercial auto insurance** -$6.16
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings** -$36.72
Total money you made this week with Uber including tips

**Weekly Uber service fee** -$28.53
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

# Uber

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|-----------|-------|---------------|--------------------|---------| --------|
| Sat, Jun 1<br>12:51 PM | **Transferred To Bank Account**<br>Jun 1 12:51 PM | | | -$6.94 | **-$6.94**<br>$0.00 |
| Sat, Jun 1<br>12:51 PM | **Instant Pay Fees**<br>Jun 1 12:51 PM | | -$1.25 | | **-$1.25**<br>$6.94 |
| Thu, May 30<br>12:01 PM | **Comfort**<br>May 30 11:37 AM | $8.19 | | | **$8.19**<br>$8.19 |
| Thu, May 30<br>8:21 AM | **Transferred To Bank Account**<br>May 30 8:21 AM | | | -$27.28 | **-$27.28**<br>$0.00 |
| Thu, May 30<br>8:21 AM | **Instant Pay Fees**<br>May 30 8:21 AM | | -$1.25 | | **-$1.25**<br>$27.28 |
| Wed, May 29<br>10:49 AM | **Prop 22 Earnings**<br>Guarantees payments for earnings period May 13, 2024 - May 27, 2024<br>May 27 9:00 PM | $28.53 | | | **$28.53**<br>$28.53 |

Thomas Saylor

Exhibit B
Page 317



**Uber**

Weekly Statement
Jun 3, 2024 4 AM – Jun 10, 2024 4 AM

**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jun 3, 4:00 AM** | $0.00 |
| **Your earnings** | $10.57 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$1.25 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $9.32 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Jun 5, 6:34 AM | $9.32 |

| | |
|---|---|
| **Ending balance at Mon, Jun 10, 4:00 AM** | $0.00 |



Weekly Statement
Jun 3, 2024 4 AM – Jun 10, 2024 4 AM

## Breakdown of Your earnings

| Fare | $10.57 |
|---|---|
| Fare | $10.57 |

| Your earnings | $10.57 |
|---|---|

**Uber**

Weekly Statement
Jun 3, 2024 4 AM – Jun 10, 2024 4 AM

## Breakdown of Refunds & Expenses

| | |
|---|---:|
| **Expenses** | -$1.25 |
| Instant Pay Fees | -$1.25 |

| | |
|---|---:|
| **Refunds & Expenses** | -$1.25 |



Weekly Statement
Jun 3, 2024 4 AM – Jun 10, 2024 4 AM

# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                      $20.01
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                              -$0.79

    Region or City Fee                                                                 -$0.10

**Other expenses such as commercial auto insurance**                                    -$8.68
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                       -$10.57
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                             -$0.13
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

---

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

---



Weekly Statement
Jun 3, 2024 4 AM – Jun 10, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Jun 5 6:34 AM | **Transferred To Bank Account** Jun 5 6:34 AM | | | -$9.32 | **-$9.32** $0.00 |
| Wed, Jun 5 6:34 AM | **Instant Pay Fees** Jun 5 6:34 AM | | -$1.25 | | **-$1.25** $9.32 |
| Mon, Jun 3 11:56 AM | **UberX Share** Jun 3 11:34 AM | $10.57 | | | **$10.57** $10.57 |

**Uber**

Weekly Statement
Jun 10, 2024 4 AM – Jun 17, 2024 4 AM

 **Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jun 10, 4:00 AM** | $0.00 |
| **Your earnings** | $66.31 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$2.50 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $63.81 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Tue, Jun 11, 5:51 PM | $33.52 |
| Transferred to your bank account on Wed, Jun 12, 4:28 PM | $30.29 |

| | |
|---|---|
| **Ending balance at Mon, Jun 17, 4:00 AM** | $0.00 |



Weekly Statement
Jun 10, 2024 4 AM – Jun 17, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$63.91** |
| Fare | $48.78 |
| Cancellation | $12.90 |
| Wait Time at Pickup | $2.23 |
| **Other earnings** | **$2.40** |
| Prop 22 earnings guarantee | $2.40 |

| | |
|---|---|
| **Your earnings** | **$66.31** |

Uber

Weekly Statement
Jun 10, 2024 4 AM – Jun 17, 2024 4 AM

## Breakdown of Refunds & Expenses

| **Expenses** | **-$2.50** |
|---|---|
| Instant Pay Fees | -$2.50 |

| **Refunds & Expenses** | **-$2.50** |
|---|---|



# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**       **$99.32**

Total amount before promotions (excluding the price of items paid to restaurants and stores)

## Third-party fees and operational expenses

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***       -$3.16

    Region or City Fee       -$0.40

## Other expenses such as commercial auto insurance       -$33.92

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

## Your earnings       -$66.31

Total money you made this week with Uber including tips

## Weekly Uber service fee       -$4.47

Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

---

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

---

# Uber

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Wed, Jun 12 4:28 PM | **Transferred To Bank Account** Jun 12 4:28 PM | | | -$30.29 | **-$30.29** $0.00 |
| Wed, Jun 12 4:28 PM | **Instant Pay Fees** Jun 12 4:28 PM | | -$1.25 | | **-$1.25** $30.29 |
| Wed, Jun 12 4:26 PM | **Comfort** Jun 12 3:48 PM | $14.62 | | | **$14.62** $31.54 |
| Wed, Jun 12 11:51 AM | **UberX Share** Jun 12 11:18 AM | $14.52 | | | **$14.52** $16.92 |
| Wed, Jun 12 10:47 AM | **Prop 22 Earnings Guarantees payments for earnings period May 27, 2024 – Jun 10, 2024** Jun 10 9:00 PM | $2.40 | | | **$2.40** $2.40 |
| Tue, Jun 11 5:51 PM | **Transferred To Bank Account** Jun 11 5:51 PM | | | -$33.52 | **-$33.52** $0.00 |
| Tue, Jun 11 5:51 PM | **Instant Pay Fees** Jun 11 5:51 PM | | -$1.25 | | **-$1.25** $33.52 |
| Tue, Jun 11 3:28 PM | **UberXL** Jun 11 3:03 PM | $9.87 | | | **$9.87** $34.77 |
| Tue, Jun 11 1:19 PM | **UberX** Jun 11 12:49 PM | $12.00 | | | **$12.00** $24.90 |
| Tue, Jun 11 9:43 AM | **UberXL** Jun 11 9:11 AM | $12.90 | | | **$12.90** $12.90 |

# Uber

**Thomas Saylor**

+16618745492          vontom1962@yahoo.com



**Uber**

**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| Starting balance at Mon, Jun 24, 4:00 AM | $0.00 |
| **Your earnings** | **$58.95** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$1.25** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **$57.70** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Fri, Jun 28, 4:38 PM | $57.70 |

| | |
|---|---|
| Ending balance at Mon, Jul 1, 4:00 AM | $0.00 |

# Uber

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$33.47** |
| Fare | $33.47 |
| **Other earnings** | **$17.82** |
| Prop 22 earnings guarantee | $17.82 |
| **Tip** | **$7.66** |

| | |
|---|---:|
| **Your earnings** | **$58.95** |



## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$1.25** |
| Instant Pay Fees | -$1.25 |

| | |
|---|---|
| **Refunds & Expenses** | **-$1.25** |



# Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price** $42.83

Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip** $7.66

Customer paid $50.49 after any promotions, tips, etc.

**Third-party fees and operational expenses**

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

CA Driver Benefits*** -$0.79

Region or City Fee -$0.10

**Other expenses such as commercial auto insurance** -$14.04

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings** -$58.95

Total money you made this week with Uber including tips

**Weekly Uber service fee** -$23.39

Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

# Uber

Weekly Statement
Jun 24, 2024 4 AM – Jul 1, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Jun 28<br>4:38 PM | **Transferred To Bank Account**<br>Jun 28 4:38 PM | | | -$57.70 | **-$57.70**<br>$0.00 |
| Fri, Jun 28<br>4:38 PM | **Instant Pay Fees**<br>Jun 28 4:38 PM | | -$1.25 | | **-$1.25**<br>$57.70 |
| Fri, Jun 28<br>10:19 AM | **Tip**<br>Jun 28 9:13 AM | $7.66 | | | **$7.66**<br>$58.95 |
| Fri, Jun 28<br>10:18 AM | **UberXL**<br>Jun 28 9:13 AM | $33.47 | | | **$33.47**<br>$51.29 |
| Wed, Jun 26<br>11:02 AM | **Prop 22 Earnings**<br>Guarantees payments for earnings period Jun 10, 2024 – Jun 24, 2024<br>Jun 24 9:00 PM | $17.82 | | | **$17.82**<br>$17.82 |

**Uber**

Weekly Statement
**Jul 1, 2024 4 AM – Jul 8, 2024 4 AM**

**Thomas Saylor**

+16618745492          vontom1962@yahoo.com

# Uber



**Thomas Saylor**

+16618745492        vontom1962@yahoo.com

## Weekly Summary

Starting balance at Mon, Jul 8, 4:00 AM                                    $0.00

Ending balance at Mon, Jul 15, 4:00 AM                                    $0.00

# Uber

## Transactions

| Processed | Event | Balance |
|-----------|-------|---------|

# Uber

**Thomas Saylor**

+16618745492        vontom1962@yahoo.com

# Uber

**Thomas Saylor**

+16618745492        vontom1962@yahoo.com



Weekly Statement
Jul 29, 2024 4 AM – Aug 5, 2024 4 AM



**Thomas Saylor**

+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Jul 29, 4:00 AM** | **$0.00** |
| **Your earnings** | **$263.73** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$3.75** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $259.98 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Tue, Jul 30, 5:14 PM | $204.46 |
| Transferred to your bank account on Wed, Jul 31, 5:20 PM | $9.99 |
| Transferred to your bank account on Thu, Aug 1, 4:55 PM | $45.53 |

| | |
|---|---|
| **Ending balance at Mon, Aug 5, 4:00 AM** | **$0.00** |

**Uber**

Weekly Statement
Jul 29, 2024 4 AM – Aug 5, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$259.60** |
| Fare | $257.69 |
| Wait Time at Pickup | $1.91 |
| **Tip** | **$4.13** |

| | |
|---|---|
| **Your earnings** | **$263.73** |



Weekly Statement
Jul 29, 2024 4 AM – Aug 5, 2024 4 AM

## Breakdown of Refunds & Expenses

| **Expenses** | **-$3.75** |
|---|---|
| Instant Pay Fees | -$3.75 |

| **Refunds & Expenses** | **-$3.75** |
|---|---|



Weekly Statement
Jul 29, 2024 4 AM - Aug 5, 2024 4 AM

# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                  **$451.63**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Tip**                                                                                             **$4.13**
Customer paid $455.76 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                       -$4.74

    Region or City Fee                                                          -$0.60

**Other expenses such as commercial auto insurance**                                                **-$116.83**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                   **-$263.73**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                         **$69.86**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

# Uber

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Aug 1 4:55 PM | **Transferred To Bank Account** Aug 1 4:55 PM | | | -$45.53 | **-$45.53** $0.00 |
| Thu, Aug 1 4:55 PM | **Instant Pay Fees** Aug 1 4:55 PM | | -$1.25 | | **-$1.25** $45.53 |
| Thu, Aug 1 1:38 PM | **UberXL** Aug 1 12:35 PM | $46.78 | | | **$46.78** $46.78 |
| Wed, Jul 31 5:20 PM | **Transferred To Bank Account** Jul 31 5:20 PM | | | -$9.99 | **-$9.99** $0.00 |
| Wed, Jul 31 5:20 PM | **Instant Pay Fees** Jul 31 5:20 PM | | -$1.25 | | **-$1.25** $9.99 |
| Wed, Jul 31 2:56 PM | **Comfort** Jul 31 2:19 PM | $11.24 | | | **$11.24** $11.24 |
| Tue, Jul 30 5:14 PM | **Transferred To Bank Account** Jul 30 5:14 PM | | | -$204.46 | **-$204.46** $0.00 |
| Tue, Jul 30 5:14 PM | **Instant Pay Fees** Jul 30 5:14 PM | | -$1.25 | | **-$1.25** $204.46 |
| Tue, Jul 30 4:09 PM | **Tip** Jul 30 3:32 PM | $4.13 | | | **$4.13** $205.71 |
| Tue, Jul 30 4:08 PM | **UberXL** Jul 30 3:32 PM | $13.64 | | | **$13.64** $201.58 |

Exhibit B
Page 343



Weekly Statement
Jul 29, 2024 4 AM – Aug 5, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|-----------|-------|---------------|--------------------|---------|---------|
| Tue, Jul 30 3:15 PM | **UberX** Jul 30 2:34 PM | $11.15 | | | **$11.15** $187.94 |
| Tue, Jul 30 1:08 PM | **UberXL** Jul 30 11:06 AM | $160.98 | | | **$160.98** $176.79 |
| Tue, Jul 30 9:41 AM | **UberX** Jul 30 9:11 AM | $15.81 | | | **$15.81** $15.81 |



Weekly Statement
Aug 5, 2024 4 AM – Aug 12, 2024 4 AM



**Thomas Saylor**

+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Aug 5, 4:00 AM** | **$0.00** |
| **Your earnings** | **$165.65** |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | **-$3.75** |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | **$161.90** |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Wed, Aug 7, 4:22 PM | $16.70 |
| Transferred to your bank account on Thu, Aug 8, 5:03 PM | $93.75 |
| Transferred to your bank account on Fri, Aug 9, 5:00 PM | $51.45 |

| | |
|---|---|
| **Ending balance at Mon, Aug 12, 4:00 AM** | **$0.00** |

# Uber

## Breakdown of Your earnings

| | |
|---|---|
| **Fare** | **$151.42** |
| Fare | $151.39 |
| Wait Time at Pickup | $0.03 |
| **Other earnings** | **$0.00** |
| Supplemental Booking Fee (deduction) | -$7.50 |
| Supplemental Booking Fee (payment) | $7.50 |
| **Tip** | **$14.23** |

| | |
|---|---|
| **Your earnings** | **$165.65** |

Uber

Weekly Statement
**Aug 5, 2024 4 AM – Aug 12, 2024 4 AM**

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | **-$3.75** |
| Instant Pay Fees | -$3.75 |

| | |
|---|---|
| **Refunds & Expenses** | **-$3.75** |



# Weekly Uber service fee summary

This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                                                          **$261.73**

Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                                                        **-$1.45**

Promotion to bring more customers to the Uber platform

**Tip**                                                                                                     **$14.23**

Customer paid $274.51 after any promotions, tips, etc.

**Third-party fees and operational expenses**

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

| Fare | $1.64 |
|---|---|
| CA Driver Benefits*** | -$4.74 |
| Supplemental Booking Fee | -$7.50 |
| Region or City Fee | -$0.60 |

**Other expenses such as commercial auto insurance**                                                       **-$100.34**

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                                                          **-$165.65**

Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                                                  **-$2.68**

Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third

**Uber**

parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Exhibit B
Page 349

# Uber

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Fri, Aug 9 5:00 PM | **Transferred To Bank Account** Aug 9 5:00 PM | | | -$51.45 | **-$51.45** $0.00 |
| Fri, Aug 9 5:00 PM | **Instant Pay Fees** Aug 9 5:00 PM | | -$1.25 | | **-$1.25** $51.45 |
| Fri, Aug 9 4:57 PM | **UberX** Aug 9 4:33 PM | $10.20 | | | **$10.20** $52.70 |
| Fri, Aug 9 3:59 PM | **UberX Share** Aug 9 3:26 PM | $12.53 | | | **$12.53** $42.50 |
| Fri, Aug 9 12:03 PM | **Tip** Aug 9 11:39 AM | $6.23 | | | **$6.23** $29.97 |
| Fri, Aug 9 12:01 PM | **UberX** Aug 9 11:39 AM | $8.90 | | | **$8.90** $23.74 |
| Fri, Aug 9 9:58 AM | **Tip** Aug 9 9:34 AM | $5.00 | | | **$5.00** $14.84 |
| Fri, Aug 9 9:58 AM | **UberX Share** Aug 9 9:34 AM | $9.84 | | | **$9.84** $9.84 |
| Thu, Aug 8 5:03 PM | **Transferred To Bank Account** Aug 8 5:03 PM | | | -$93.75 | **-$93.75** $0.00 |
| Thu, Aug 8 5:03 PM | **Instant Pay Fees** Aug 8 5:03 PM | | -$1.25 | | **-$1.25** $93.75 |

Thomas Saylor

Exhibit B
Page 350



Weekly Statement
Aug 5, 2024 4 AM – Aug 12, 2024 4 AM

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Aug 8 4:04 PM | **Connect Saver** <br> Aug 8 4:04 PM | $35.00 | | | **$35.00** <br> $95.00 |
| Thu, Aug 8 11:57 AM | **UberX** <br> Aug 8 10:20 AM | $60.00 | | | **$60.00** <br> $60.00 |
| Wed, Aug 7 4:22 PM | **Transferred To Bank Account** <br> Aug 7 4:22 PM | | | -$16.70 | **-$16.70** <br> $0.00 |
| Wed, Aug 7 4:22 PM | **Instant Pay Fees** <br> Aug 7 4:22 PM | | -$1.25 | | **-$1.25** <br> $16.70 |
| Wed, Aug 7 9:49 AM | **Tip** <br> Aug 7 9:10 AM | $3.00 | | | **$3.00** <br> $17.95 |
| Wed, Aug 7 9:37 AM | **UberXL** <br> Aug 7 9:10 AM | $14.95 | | | **$14.95** <br> $14.95 |

Thomas Saylor

Exhibit B
Page 351

# Uber



**Thomas Saylor**

+16618745492      vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Aug 12, 4:00 AM** | $0.00 |
| **Your earnings** | $215.22 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$3.75 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $211.47 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Aug 12, 5:23 PM | $71.61 |
| Transferred to your bank account on Tue, Aug 13, 6:03 PM | $91.59 |
| Transferred to your bank account on Sat, Aug 17, 2:51 PM | $48.27 |

| | |
|---|---|
| **Ending balance at Mon, Aug 19, 4:00 AM** | $0.00 |

**Uber**

## Breakdown of Your earnings

| Fare | $212.22 |
|---|---|
| Fare | $121.90 |
| Base | $1.66 |
| Distance | $57.13 |
| Long Pickup - Distance | $7.11 |
| Long Pickup - Time | $1.76 |
| Surge | $5.00 |
| Time | $11.57 |
| Time at Stop | $0.37 |
| Uber Pet Surcharge | $5.32 |
| Wait Time at Pickup | $0.40 |
| **Tip** | **$3.00** |

| **Your earnings** | **$215.22** |
|---|---|

# Uber

Weekly Statement
**Aug 12, 2024 4 AM – Aug 19, 2024 4 AM**

## Breakdown of Refunds & Expenses

| | |
|---|---|
| **Expenses** | -$3.75 |
| Instant Pay Fees | -$3.75 |

| | |
|---|---|
| **Refunds & Expenses** | -$3.75 |



# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

### Customer price                                                                    $324.76
Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Customer promotion                                                                -$8.16
Promotion to bring more customers to the Uber platform

### Tip                                                                                $3.00
Customer paid $319.60 after any promotions, tips, etc.

### Third-party fees and operational expenses
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                                            -$8.09

    Region or City Fee                                                               -$0.90

### Other expenses such as commercial auto insurance                                  -$117.63
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings                                                                     -$215.22
Total money you made this week with Uber including tips

### Weekly Uber service fee                                                           -$22.24
Amount that Uber keeps to support the costs of giving drivers on the Uber app a high-quality experience when driving using the Uber app. This negative amount means that you had an exception this week in which your earnings beyond fares (such as promotions) were greater than the Uber service fees.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.

Exhibit B
Page 355



Weekly Statement
Aug 12, 2024 4 AM – Aug 19, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Sat, Aug 17<br>2:51 PM | **Transferred To Bank Account**<br>Aug 17 2:51 PM | | | -$48.27 | **-$48.27**<br>$0.00 |
| Sat, Aug 17<br>2:51 PM | **Instant Pay Fees**<br>Aug 17 2:51 PM | | -$1.25 | | **-$1.25**<br>$48.27 |
| Sat, Aug 17<br>10:47 AM | **UberX**<br>Aug 17 9:30 AM | $49.52 | | | **$49.52**<br>$49.52 |
| Tue, Aug 13<br>6:03 PM | **Transferred To Bank Account**<br>Aug 13 6:03 PM | | | -$91.59 | **-$91.59**<br>$0.00 |
| Tue, Aug 13<br>6:03 PM | **Instant Pay Fees**<br>Aug 13 6:03 PM | | -$1.25 | | **-$1.25**<br>$91.59 |
| Tue, Aug 13<br>5:21 PM | **UberXL**<br>Aug 13 4:30 PM | $33.48 | | | **$33.48**<br>$92.84 |
| Tue, Aug 13<br>1:33 PM | **Comfort**<br>Aug 13 1:03 PM | $20.25 | | | **$20.25**<br>$59.36 |
| Tue, Aug 13<br>12:33 PM | **UberX**<br>Aug 13 12:08 PM | $9.35 | | | **$9.35**<br>$39.11 |
| Tue, Aug 13<br>9:53 AM | **UberX**<br>Aug 13 8:44 AM | $29.76 | | | **$29.76**<br>$29.76 |
| Mon, Aug 12<br>5:23 PM | **Transferred To Bank Account**<br>Aug 12 5:23 PM | | | -$71.61 | **-$71.61**<br>$0.00 |

Exhibit B
Page 356



| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Mon, Aug 12<br>5:23 PM | **Instant Pay Fees**<br>Aug 12 5:23 PM | | -$1.25 | | **-$1.25**<br>$71.61 |
| Mon, Aug 12<br>4:18 PM | **Comfort**<br>Aug 12 3:50 PM | $10.98 | | | **$10.98**<br>$72.86 |
| Mon, Aug 12<br>12:38 PM | **Uber Pet**<br>Aug 12 11:54 AM | $21.79 | | | **$21.79**<br>$61.88 |
| Mon, Aug 12<br>10:56 AM | **UberXL**<br>Aug 12 10:12 AM | $18.65 | | | **$18.65**<br>$40.09 |
| Mon, Aug 12<br>10:15 AM | **Tip**<br>Aug 12 9:37 AM | $3.00 | | | **$3.00**<br>$21.44 |
| Mon, Aug 12<br>10:08 AM | **UberXL**<br>Aug 12 9:37 AM | $18.44 | | | **$18.44**<br>$18.44 |



Weekly Statement
Aug 19, 2024 4 AM – Aug 26, 2024 4 AM



**Thomas Saylor**
+16618745492    vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Aug 19, 4:00 AM** | $0.00 |
| **Your earnings** | $62.46 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$3.75 |
| For details, see: Breakdown of Refunds & Expenses | |

| | |
|---|---|
| **Payouts** | $58.71 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Aug 19, 4:32 PM | $10.03 |
| Transferred to your bank account on Tue, Aug 20, 4:13 PM | $42.44 |
| Transferred to your bank account on Thu, Aug 22, 4:52 PM | $6.24 |

| | |
|---|---|
| **Ending balance at Mon, Aug 26, 4:00 AM** | $0.00 |

# Uber

## Breakdown of Your earnings

| Fare | $62.46 |
|------|-------:|
| Fare | $61.92 |
| Wait Time at Pickup | $0.54 |

| Your earnings | $62.46 |
|------|-------:|



Weekly Statement
Aug 19, 2024 4 AM – Aug 26, 2024 4 AM

## Breakdown of Refunds & Expenses

| **Expenses** | **-$3.75** |
|---|---|
| Instant Pay Fees | -$3.75 |

| **Refunds & Expenses** | **-$3.75** |
|---|---|



# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**      **$154.47**

Total amount before promotions (excluding the price of items paid to restaurants and stores)

### Third-party fees and operational expenses

Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***      -$2.37

    Region or City Fee      -$0.30

### Other expenses such as commercial auto insurance      -$58.33

This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

### Your earnings      -$62.46

Total money you made this week with Uber including tips

**Weekly Uber service fee**      **$31.01**

Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
Aug 19, 2024 4 AM – Aug 26, 2024 4 AM

## Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Thu, Aug 22<br>4:52 PM | **Transferred To Bank Account**<br>Aug 22 4:52 PM | | | -$6.24 | **-$6.24**<br>$0.00 |
| Thu, Aug 22<br>4:52 PM | **Instant Pay Fees**<br>Aug 22 4:52 PM | | -$1.25 | | **-$1.25**<br>$6.24 |
| Thu, Aug 22<br>9:58 AM | **UberX**<br>Aug 22 9:35 AM | $7.49 | | | **$7.49**<br>$7.49 |
| Tue, Aug 20<br>4:13 PM | **Transferred To Bank Account**<br>Aug 20 4:13 PM | | | -$42.44 | **-$42.44**<br>$0.00 |
| Tue, Aug 20<br>4:13 PM | **Instant Pay Fees**<br>Aug 20 4:13 PM | | -$1.25 | | **-$1.25**<br>$42.44 |
| Tue, Aug 20<br>12:34 PM | **UberX**<br>Aug 20 11:25 AM | $43.69 | | | **$43.69**<br>$43.69 |
| Mon, Aug 19<br>4:32 PM | **Transferred To Bank Account**<br>Aug 19 4:32 PM | | | -$10.03 | **-$10.03**<br>$0.00 |
| Mon, Aug 19<br>4:32 PM | **Instant Pay Fees**<br>Aug 19 4:32 PM | | -$1.25 | | **-$1.25**<br>$10.03 |
| Mon, Aug 19<br>1:10 PM | **UberX**<br>Aug 19 12:36 PM | $11.28 | | | **$11.28**<br>$11.28 |

Exhibit B
Page 362



Weekly Statement
Aug 26, 2024 4 AM – Sep 2, 2024 4 AM



**Thomas Saylor**
+16618745492     vontom1962@yahoo.com

## Weekly Summary

| | |
|---|---|
| **Starting balance at Mon, Aug 26, 4:00 AM** | $0.00 |
| **Your earnings** | $87.95 |
| For details, see: Breakdown of Your earnings | |
| **Refunds & Expenses** | -$2.50 |
| For details, see: Breakdown of Refunds & Expenses | |
| **Payouts** | $85.45 |
| This amount was withdrawn from your balance | |
| Transferred to your bank account on Mon, Aug 26, 4:38 PM | $62.34 |
| Transferred to your bank account on Tue, Aug 27, 4:40 PM | $23.11 |
| **Ending balance at Mon, Sep 2, 4:00 AM** | $0.00 |

**Uber**

Weekly Statement
Aug 26, 2024 4 AM – Sep 2, 2024 4 AM

## Breakdown of Your earnings

| | |
|---|---:|
| **Fare** | **$85.95** |
| Fare | $58.27 |
| Base | $0.83 |
| Distance | $17.91 |
| Long Pickup - Distance | $5.61 |
| Long Pickup - Time | $1.45 |
| Time | $3.82 |
| Shared Rides Match Savings | -$2.00 |
| Wait Time at Pickup | $0.06 |
| **Other earnings** | **$2.00** |
| Shared Rides Service Fee Adjustment | $2.00 |

| | |
|---|---:|
| **Your earnings** | **$87.95** |



Weekly Statement
**Aug 26, 2024 4 AM – Sep 2, 2024 4 AM**

## Breakdown of Refunds & Expenses

**Expenses**                                                      -$2.50

    Instant Pay Fees                          -$2.50

**Refunds & Expenses**                                            -$2.50



Weekly Statement
Aug 26, 2024 4 AM – Sep 2, 2024 4 AM

# Weekly Uber service fee summary

> This statement shows the total amount of Uber service fees left from customer payments after your earnings, third-party fees, and operational expenses for this period.

**Customer price**                                                              **$175.41**
Total amount before promotions (excluding the price of items paid to restaurants and stores)

**Customer promotion**                                                           **-$2.00**
Customer paid $173.41 after any promotions, tips, etc.

**Third-party fees and operational expenses**
Fees charged to customers and paid out to cover items like commercial auto insurance*, tolls, and other trip-related expenses**

    CA Driver Benefits***                                     -$3.65

    Region or City Fee                                         -$0.40

**Other expenses such as commercial auto insurance**                            **-$77.19**
This amount is the Booking Fee paid by the rider to help cover government-mandated commercial auto insurance Uber maintains on transportation network company/rideshare drivers' behalf as well as other regulatory, safety, and operational costs. Booking Fees vary by trip. Uber may maintain insurance beyond that required by law.

**Your earnings**                                                               **-$87.95**
Total money you made this week with Uber including tips

**Weekly Uber service fee**                                                      **$4.22**
Amount we take to serve our users and grow our business; it goes toward things like improving our apps and expanding earnings opportunities.

*Uber is not an insurer, insurance agent, or insurance broker. TNC/rideshare drivers must maintain personal auto insurance as required by local law.

**Certain charges, such as "airport surcharges", relate to obligations imposed by third parties, including governmental entities. These charges may be paid to those third parties or used by Uber.

***CA Driver Benefits Fee is payable by Riders directly to Uber and not part of your Driver earnings.



Weekly Statement
**Aug 26, 2024 4 AM – Sep 2, 2024 4 AM**

# Transactions

| Processed | Event | Your earnings | Refunds & Expenses | Payouts | Balance |
|---|---|---|---|---|---|
| Tue, Aug 27<br>4:40 PM | **Transferred To Bank Account**<br>Aug 27 4:40 PM | | | -$23.11 | **-$23.11**<br>$0.00 |
| Tue, Aug 27<br>4:40 PM | **Instant Pay Fees**<br>Aug 27 4:40 PM | | -$1.25 | | **-$1.25**<br>$23.11 |
| Tue, Aug 27<br>4:18 PM | **Share**<br>Aug 27 3:24 PM | $24.36 | | | **$24.36**<br>$24.36 |
| Mon, Aug 26<br>4:38 PM | **Transferred To Bank Account**<br>Aug 26 4:38 PM | | | -$62.34 | **-$62.34**<br>$0.00 |
| Mon, Aug 26<br>4:38 PM | **Instant Pay Fees**<br>Aug 26 4:38 PM | | -$1.25 | | **-$1.25**<br>$62.34 |
| Mon, Aug 26<br>3:31 PM | **UberX**<br>Aug 26 2:24 PM | $33.97 | | | **$33.97**<br>$63.59 |
| Mon, Aug 26<br>9:49 AM | **UberX**<br>Aug 26 8:35 AM | $29.62 | | | **$29.62**<br>$29.62 |

Thomas Saylor

Exhibit B
Page 367

# Uber

**Thomas Saylor**

+16618745492          vontom1962@yahoo.com



Lyft
EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

# 2023

2022
2024

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements

SAYLOR000664

- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app

SAYLOR000665

[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000666

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Oct 09 - Oct 15, 2023

# Thomas Saylor

Download Weekly Summary

## $670.54

Net earnings

## 37

Rides

SAYLOR000667

**24h 52m**

Booked time

**43h 52m**

Online time

- Earnings
- Ride earnings
$635.16
- Tips
$9.81
- Cancel earnings
$6.07
- Bonus details
- Other bonuses
$19.50
- Net earnings $670.54
Net earnings
$670.54

# Payout Activity

- October 14, 2023 at 04:06 PM PDT Lyft Direct $20.10
October 14, 2023 at 04:06 PM PDT
Lyft Direct
$20.10
- October 14, 2023 at 03:25 PM PDT Lyft Direct $9.07
October 14, 2023 at 03:25 PM PDT
Lyft Direct
$9.07
- October 14, 2023 at 12:37 PM PDT Lyft Direct $75.25
October 14, 2023 at 12:37 PM PDT
Lyft Direct
$75.25
- October 14, 2023 at 10:36 AM PDT Lyft Direct $27.39
October 14, 2023 at 10:36 AM PDT
Lyft Direct
$27.39
- October 13, 2023 at 03:39 PM PDT Lyft Direct $10.01
October 13, 2023 at 03:39 PM PDT
Lyft Direct
$10.01
- October 13, 2023 at 03:05 PM PDT Lyft Direct $8.07

SAYLOR000668

October 13, 2023 at 03:05 PM PDT
Lyft Direct
$8.07
• October 13, 2023 at 02:33 PM PDT Lyft Direct $10.76
October 13, 2023 at 02:33 PM PDT
Lyft Direct
$10.76
• October 13, 2023 at 01:47 PM PDT Lyft Direct $13.28
October 13, 2023 at 01:47 PM PDT
Lyft Direct
$13.28
• October 13, 2023 at 01:19 PM PDT Lyft Direct $4.00
October 13, 2023 at 01:19 PM PDT
Lyft Direct
$4.00
• October 13, 2023 at 01:18 PM PDT Lyft Direct $12.08
October 13, 2023 at 01:18 PM PDT
Lyft Direct
$12.08
View more payouts
• Total Payouts $670.54
Total Payouts
$670.54

# Ride History

• Oct 14, 2023 (Sat) 4 Rides $131.81
Oct 14, 2023 (Sat)
4 Rides
$131.81
• Oct 13, 2023 (Fri) 9 Rides $113.98
Oct 13, 2023 (Fri)
9 Rides
$113.98
• Oct 12, 2023 (Thu) 8 Rides $101.83
Oct 12, 2023 (Thu)
8 Rides
$101.83
• Oct 11, 2023 (Wed) 6 Rides $104.46
Oct 11, 2023 (Wed)
6 Rides
$104.46
• Oct 10, 2023 (Tue) 6 Rides $125.23
Oct 10, 2023 (Tue)
6 Rides

SAYLOR000669

$125.23
- Oct 9, 2023 (Mon) 4 Rides $93.23
Oct 9, 2023 (Mon)
4 Rides
$93.23
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses

- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000671

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

# 2023

2022
2024

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements

- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app

SAYLOR000673

Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000674

Lyft
EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Oct 23 - Oct 29, 2023

# Thomas Saylor

Download Weekly Summary

**$717.03**

Net earnings

**44**

Rides

SAYLOR000675

**25h 30m**

Booked time

**43h 9m**

Online time

- Earnings
- Ride earnings
$612.28
- Tips
$32.41
- Cancel earnings
$6.84
- Bonus details
- Ride challenge bonuses
$30.00
- Streak bonuses
$21.00
- Other bonuses
$14.50
See bonus details
- Net earnings $717.03
Net earnings
$717.03

# Payout Activity

- October 28, 2023 at 03:32 PM PDT Lyft Direct $35.29
October 28, 2023 at 03:32 PM PDT
Lyft Direct
$35.29
- October 28, 2023 at 02:20 PM PDT Lyft Direct $23.94
October 28, 2023 at 02:20 PM PDT
Lyft Direct
$23.94
- October 28, 2023 at 01:24 PM PDT Lyft Direct $22.92
October 28, 2023 at 01:24 PM PDT
Lyft Direct
$22.92
- October 28, 2023 at 12:18 PM PDT Lyft Direct $7.00
October 28, 2023 at 12:18 PM PDT
Lyft Direct
$7.00

Exhibit B
Page 381

SAYLOR000676

- October 28, 2023 at 12:18 PM PDT Lyft Direct $52.05
October 28, 2023 at 12:18 PM PDT
Lyft Direct
$52.05
- October 28, 2023 at 09:26 AM PDT Lyft Direct $4.84
October 28, 2023 at 09:26 AM PDT
Lyft Direct
$4.84
- October 27, 2023 at 04:10 PM PDT Lyft Direct $7.31
October 27, 2023 at 04:10 PM PDT
Lyft Direct
$7.31
- October 27, 2023 at 03:51 PM PDT Lyft Direct $7.27
October 27, 2023 at 03:51 PM PDT
Lyft Direct
$7.27
- October 27, 2023 at 03:19 PM PDT Lyft Direct $8.99
October 27, 2023 at 03:19 PM PDT
Lyft Direct
$8.99
- October 27, 2023 at 02:54 PM PDT Lyft Direct $7.18
October 27, 2023 at 02:54 PM PDT
Lyft Direct
$7.18
View more payouts
- Total Payouts $717.03
Total Payouts
$717.03

# Ride History

- Oct 28, 2023 (Sat) 4 Rides $146.04
Oct 28, 2023 (Sat)
4 Rides
$146.04
- Oct 27, 2023 (Fri) 9 Rides $134.06
Oct 27, 2023 (Fri)
9 Rides
$134.06
- Oct 26, 2023 (Thu) 7 Rides $153.77
Oct 26, 2023 (Thu)
7 Rides
$153.77
- Oct 25, 2023 (Wed) 4 Rides $59.94
Oct 25, 2023 (Wed)

Exhibit B
Page 382

SAYLOR000677

4 Rides
$59.94
• Oct 24, 2023 (Tue) 11 Rides $121.82
Oct 24, 2023 (Tue)
11 Rides
$121.82
• Oct 23, 2023 (Mon) 9 Rides $101.40
Oct 23, 2023 (Mon)
9 Rides
$101.40
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards

SAYLOR000678

- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

-
-
-

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000679

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Oct 30 - Nov 05, 2023

# Thomas Saylor

Download Weekly Summary

## $693.40

Net earnings

## 31

Rides

**20h 2m**

Booked time

**46h 49m**

Online time

- Earnings
- Ride earnings
$518.09
- Tips
$22.28
- CA earnings adjustment
$141.03
- Bonus details
- Other bonuses
$12.00
- Net earnings $693.40
Net earnings
$693.40

# Payout Activity

- November 08, 2023 at 10:46 AM PST Lyft Direct $141.03
November 08, 2023 at 10:46 AM PST
Lyft Direct
$141.03
- November 04, 2023 at 03:12 PM PDT Lyft Direct $10.38
November 04, 2023 at 03:12 PM PDT
Lyft Direct
$10.38
- November 04, 2023 at 12:45 PM PDT Lyft Direct $4.00
November 04, 2023 at 12:45 PM PDT
Lyft Direct
$4.00
- November 04, 2023 at 12:19 PM PDT Lyft Direct $18.10
November 04, 2023 at 12:19 PM PDT
Lyft Direct
$18.10
- November 04, 2023 at 10:54 AM PDT Lyft Direct $7.20
November 04, 2023 at 10:54 AM PDT
Lyft Direct
$7.20
- November 04, 2023 at 10:54 AM PDT Lyft Direct $20.33

SAYLOR000681

November 04, 2023 at 10:54 AM PDT
Lyft Direct
$20.33
• November 03, 2023 at 01:56 PM PDT Lyft Direct $16.58
November 03, 2023 at 01:56 PM PDT
Lyft Direct
$16.58
• November 03, 2023 at 12:54 PM PDT Lyft Direct $13.06
November 03, 2023 at 12:54 PM PDT
Lyft Direct
$13.06
• November 03, 2023 at 12:15 PM PDT Lyft Direct $23.96
November 03, 2023 at 12:15 PM PDT
Lyft Direct
$23.96
• November 03, 2023 at 10:57 AM PDT Lyft Direct $11.21
November 03, 2023 at 10:57 AM PDT
Lyft Direct
$11.21
View more payouts
• Total Payouts $693.40
Total Payouts
$693.40

# Ride History

• Nov 4, 2023 (Sat) 3 Rides $60.01
Nov 4, 2023 (Sat)
3 Rides
$60.01
• Nov 3, 2023 (Fri) 5 Rides $80.10
Nov 3, 2023 (Fri)
5 Rides
$80.10
• Nov 2, 2023 (Thu) 2 Rides $52.43
Nov 2, 2023 (Thu)
2 Rides
$52.43
• Nov 1, 2023 (Wed) 7 Rides $132.01
Nov 1, 2023 (Wed)
7 Rides
$132.01
• Oct 31, 2023 (Tue) 9 Rides $117.28
Oct 31, 2023 (Tue)
9 Rides

SAYLOR000682

$117.28
- Oct 30, 2023 (Mon) 5 Rides $110.54

Oct 30, 2023 (Mon)

5 Rides

$110.54

© Lyft, Inc. 2024

185 Berry Street, Suite 5000

San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses

SAYLOR000683

- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000684

Lyft
EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Nov 06 - Nov 12, 2023

# Thomas Saylor

Download Weekly Summary

## $589.43

Net earnings

## 39

Rides

SAYLOR000685

**24h 58m**

Booked time

**42h 33m**

Online time

- Earnings
- Ride earnings
$554.05
- Tips
$23.75
- Cancel earnings
$5.13
- Bonus details
- Other bonuses
$6.50
- Net earnings $589.43
Net earnings
$589.43

# Payout Activity

- November 11, 2023 at 05:13 PM PST Lyft Direct $11.75
November 11, 2023 at 05:13 PM PST
Lyft Direct
$11.75
- November 11, 2023 at 04:34 PM PST Lyft Direct $12.09
November 11, 2023 at 04:34 PM PST
Lyft Direct
$12.09
- November 11, 2023 at 04:01 PM PST Lyft Direct $4.31
November 11, 2023 at 04:01 PM PST
Lyft Direct
$4.31
- November 11, 2023 at 03:41 PM PST Lyft Direct $6.04
November 11, 2023 at 03:41 PM PST
Lyft Direct
$6.04
- November 11, 2023 at 02:40 PM PST Lyft Direct $18.30
November 11, 2023 at 02:40 PM PST
Lyft Direct
$18.30
- November 11, 2023 at 01:37 PM PST Lyft Direct $17.36

SAYLOR000686

November 11, 2023 at 01:37 PM PST
Lyft Direct
$17.36
• November 11, 2023 at 12:56 PM PST Lyft Direct $9.00
November 11, 2023 at 12:56 PM PST
Lyft Direct
$9.00
• November 11, 2023 at 12:56 PM PST Lyft Direct $19.34
November 11, 2023 at 12:56 PM PST
Lyft Direct
$19.34
• November 11, 2023 at 12:25 PM PST Lyft Direct $20.31
November 11, 2023 at 12:25 PM PST
Lyft Direct
$20.31
• November 11, 2023 at 11:45 AM PST Lyft Direct $18.02
November 11, 2023 at 11:45 AM PST
Lyft Direct
$18.02
View more payouts
• Total Payouts $589.43
Total Payouts
$589.43

# Ride History

• Nov 11, 2023 (Sat) 10 Rides $152.23
Nov 11, 2023 (Sat)
10 Rides
$152.23
• Nov 10, 2023 (Fri) 9 Rides $89.37
Nov 10, 2023 (Fri)
9 Rides
$89.37
• Nov 9, 2023 (Thu) 7 Rides $96.97
Nov 9, 2023 (Thu)
7 Rides
$96.97
• Nov 7, 2023 (Tue) 6 Rides $111.20
Nov 7, 2023 (Tue)
6 Rides
$111.20
• Nov 6, 2023 (Mon) 7 Rides $139.66
Nov 6, 2023 (Mon)
7 Rides

SAYLOR000687

$139.66
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

SAYLOR000688

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000689

Lyft
EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Nov 13 - Nov 19, 2023

# Thomas Saylor

Download Weekly Summary

**$803.92**

Net earnings

**34**

Rides

SAYLOR000690

**20h 34m**

Booked time

**41h 38m**

Online time

- Earnings
- Ride earnings
$530.33
- Tips
$5.00
- Cancel earnings
$4.00
- CA earnings adjustment
$249.09
- Bonus details
- Other bonuses
$15.50
- Net earnings $803.92
Net earnings
$803.92

# Payout Activity

- November 22, 2023 at 10:47 AM PST Lyft Direct $249.09
November 22, 2023 at 10:47 AM PST
Lyft Direct
$249.09
- November 17, 2023 at 04:10 PM PST Lyft Direct $5.00
November 17, 2023 at 04:10 PM PST
Lyft Direct
$5.00
- November 17, 2023 at 04:05 PM PST Lyft Direct $13.35
November 17, 2023 at 04:05 PM PST
Lyft Direct
$13.35
- November 17, 2023 at 03:37 PM PST Lyft Direct $11.29
November 17, 2023 at 03:37 PM PST
Lyft Direct
$11.29
- November 17, 2023 at 03:01 PM PST Lyft Direct $7.03
November 17, 2023 at 03:01 PM PST
Lyft Direct

SAYLOR000691

$7.03
- November 17, 2023 at 02:36 PM PST Lyft Direct $24.52
November 17, 2023 at 02:36 PM PST
Lyft Direct
$24.52
- November 17, 2023 at 01:05 PM PST Lyft Direct $23.90
November 17, 2023 at 01:05 PM PST
Lyft Direct
$23.90
- November 17, 2023 at 12:08 PM PST Lyft Direct $53.10
November 17, 2023 at 12:08 PM PST
Lyft Direct
$53.10
- November 17, 2023 at 10:32 AM PST Lyft Direct $5.98
November 17, 2023 at 10:32 AM PST
Lyft Direct
$5.98
- November 17, 2023 at 09:30 AM PST Lyft Direct $11.36
November 17, 2023 at 09:30 AM PST
Lyft Direct
$11.36
View more payouts
- Total Payouts $803.92
Total Payouts
$803.92

# Ride History

- Nov 17, 2023 (Fri) 8 Rides $155.53
Nov 17, 2023 (Fri)
8 Rides
$155.53
- Nov 16, 2023 (Thu) 8 Rides $119.62
Nov 16, 2023 (Thu)
8 Rides
$119.62
- Nov 15, 2023 (Wed) 10 Rides $104.56
Nov 15, 2023 (Wed)
10 Rides
$104.56
- Nov 14, 2023 (Tue) 5 Rides $47.88
Nov 14, 2023 (Tue)
5 Rides
$47.88
- Nov 13, 2023 (Mon) 3 Rides $127.24

SAYLOR000692

Nov 13, 2023 (Mon)
3 Rides
$127.24
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)
- [Bonus](#)
- [Lyft Rewards](#)
- [Go Electric](#)
- [Insurance](#)
- [Black Car Fleets](#)
- [Driver Blog](#)

# RIDER

# RIDER

- [Sign up to ride](#)
- [Lyft Pink](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Business Profile](#)
- [Rewards](#)
- [Events](#)
- [Airports](#)
- [Gift Cards](#)
- [Lyft Family](#)
- [Shuttles & Buses](#)
- [Donate](#)

SAYLOR000693

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000694

[Lyft](#)
EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2023

2022
2024

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)

Exhibit B
Page 400

SAYLOR000695

- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app

Exhibit B
Page 401

SAYLOR000696

[Lyft rider app](#)

-   
-   
-   

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000697

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Nov 27 - Dec 03, 2023

# Thomas Saylor

Download Weekly Summary

## $815.24

Net earnings

## 24

Rides

SAYLOR000698

**22h 2m**

Booked time

**33h 22m**

Online time

- Earnings
- Ride earnings
$625.86
- Tips
$64.14
- Cancel earnings
$2.73
- CA earnings adjustment
$114.76
- Bonus details
- Other bonuses
$7.75
- Net earnings $815.24
Net earnings
$815.24

# Payout Activity

- December 06, 2023 at 10:48 AM PST Lyft Direct $114.76
December 06, 2023 at 10:48 AM PST
Lyft Direct
$114.76
- December 02, 2023 at 04:48 PM PST Lyft Direct $5.00
December 02, 2023 at 04:48 PM PST
Lyft Direct
$5.00
- December 02, 2023 at 04:47 PM PST Lyft Direct $9.15
December 02, 2023 at 04:47 PM PST
Lyft Direct
$9.15
- December 02, 2023 at 04:15 PM PST Lyft Direct $21.16
December 02, 2023 at 04:15 PM PST
Lyft Direct
$21.16
- December 02, 2023 at 03:04 PM PST Lyft Direct $2.73
December 02, 2023 at 03:04 PM PST
Lyft Direct

SAYLOR000699

$2.73
- December 02, 2023 at 02:49 PM PST Lyft Direct $12.00
December 02, 2023 at 02:49 PM PST
Lyft Direct
$12.00
- December 02, 2023 at 02:08 PM PST Lyft Direct $17.29
December 02, 2023 at 02:08 PM PST
Lyft Direct
$17.29
- December 02, 2023 at 12:04 PM PST Lyft Direct $4.39
December 02, 2023 at 12:04 PM PST
Lyft Direct
$4.39
- December 02, 2023 at 12:03 PM PST Lyft Direct $11.10
December 02, 2023 at 12:03 PM PST
Lyft Direct
$11.10
- December 02, 2023 at 11:40 AM PST Lyft Direct $56.00
December 02, 2023 at 11:40 AM PST
Lyft Direct
$56.00
View more payouts
- Total Payouts $815.24
Total Payouts
$815.24

# Ride History

- Dec 2, 2023 (Sat) 6 Rides $138.82
Dec 2, 2023 (Sat)
6 Rides
$138.82
- Dec 1, 2023 (Fri) 7 Rides $130.58
Dec 1, 2023 (Fri)
7 Rides
$130.58
- Nov 30, 2023 (Thu) 6 Rides $128.02
Nov 30, 2023 (Thu)
6 Rides
$128.02
- Nov 29, 2023 (Wed) 3 Rides $181.51
Nov 29, 2023 (Wed)
3 Rides
$181.51
- Nov 28, 2023 (Tue) 2 Rides $121.55

Exhibit B
Page 405

SAYLOR000700

Nov 28, 2023 (Tue)
2 Rides
$121.55
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

SAYLOR000701

# LYFT

## LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000702

Lyft
EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Dec 04 - Dec 10, 2023

# Thomas Saylor

Download Weekly Summary

## $554.48

Net earnings

## 29

Rides

**20h 39m**

Booked time

**44h 21m**

Online time

- Earnings
- Ride earnings
$520.87
- Tips
$25.86
- Bonus details
- Other bonuses
$7.75
See bonus details
- Net earnings $554.48
Net earnings
$554.48

# Payout Activity

- December 08, 2023 at 04:35 PM PST Lyft Direct $12.00
December 08, 2023 at 04:35 PM PST
Lyft Direct
$12.00
- December 08, 2023 at 03:55 PM PST Lyft Direct $24.14
December 08, 2023 at 03:55 PM PST
Lyft Direct
$24.14
- December 08, 2023 at 02:51 PM PST Lyft Direct $5.00
December 08, 2023 at 02:51 PM PST
Lyft Direct
$5.00
- December 08, 2023 at 02:45 PM PST Lyft Direct $8.24
December 08, 2023 at 02:45 PM PST
Lyft Direct
$8.24
- December 08, 2023 at 02:17 PM PST Lyft Direct $7.16
December 08, 2023 at 02:17 PM PST
Lyft Direct
$7.16
- December 08, 2023 at 01:50 PM PST Lyft Direct $7.16
December 08, 2023 at 01:50 PM PST

Exhibit B
Page 409

SAYLOR000704

Lyft Direct
$7.16
• December 08, 2023 at 01:27 PM PST Lyft Direct $15.35
December 08, 2023 at 01:27 PM PST
Lyft Direct
$15.35
• December 08, 2023 at 12:10 PM PST Lyft Direct $37.20
December 08, 2023 at 12:10 PM PST
Lyft Direct
$37.20
• December 08, 2023 at 10:48 AM PST Lyft Direct $2.45
December 08, 2023 at 10:48 AM PST
Lyft Direct
$2.45
• December 08, 2023 at 10:46 AM PST Lyft Direct $9.18
December 08, 2023 at 10:46 AM PST
Lyft Direct
$9.18
View more payouts
• Total Payouts $554.48
Total Payouts
$554.48

# Ride History

• Dec 8, 2023 (Fri) 9 Rides $139.77
Dec 8, 2023 (Fri)
9 Rides
$139.77
• Dec 7, 2023 (Thu) 4 Rides $71.97
Dec 7, 2023 (Thu)
4 Rides
$71.97
• Dec 6, 2023 (Wed) 6 Rides $216.75
Dec 6, 2023 (Wed)
6 Rides
$216.75
• Dec 5, 2023 (Tue) 6 Rides $64.33
Dec 5, 2023 (Tue)
6 Rides
$64.33
• Dec 4, 2023 (Mon) 4 Rides $61.66
Dec 4, 2023 (Mon)
4 Rides
$61.66

Exhibit B
Page 410

SAYLOR000705

© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

SAYLOR000706

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000707

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Dec 11 - Dec 17, 2023

# Thomas Saylor

Download Weekly Summary

## $1,109.30

Net earnings

## 31

Rides

**31h 37m**

Booked time

**54h 50m**

Online time

- Earnings
- Ride earnings
$887.75
- Tips
$68.46
- CA earnings adjustment
$136.84
- Bonus details
- Other bonuses
$16.25
See bonus details
- Net earnings $1,109.30
Net earnings
$1,109.30

# Payout Activity

- December 20, 2023 at 10:48 AM PST Lyft Direct $136.84
December 20, 2023 at 10:48 AM PST
Lyft Direct
$136.84
- December 16, 2023 at 03:21 PM PST Lyft Direct $9.21
December 16, 2023 at 03:21 PM PST
Lyft Direct
$9.21
- December 16, 2023 at 02:56 PM PST Lyft Direct $11.24
December 16, 2023 at 02:56 PM PST
Lyft Direct
$11.24
- December 16, 2023 at 02:00 PM PST Lyft Direct $10.93
December 16, 2023 at 02:00 PM PST
Lyft Direct
$10.93
- December 16, 2023 at 01:39 PM PST Lyft Direct $23.20
December 16, 2023 at 01:39 PM PST
Lyft Direct
$23.20

Exhibit B
Page 414

- December 16, 2023 at 12:53 PM PST Lyft Direct $15.17
December 16, 2023 at 12:53 PM PST
Lyft Direct
$15.17
- December 16, 2023 at 11:18 AM PST Lyft Direct $59.33
December 16, 2023 at 11:18 AM PST
Lyft Direct
$59.33
- December 16, 2023 at 09:38 AM PST Lyft Direct $2.53
December 16, 2023 at 09:38 AM PST
Lyft Direct
$2.53
- December 15, 2023 at 06:09 PM PST Lyft Direct $13.03
December 15, 2023 at 06:09 PM PST
Lyft Direct
$13.03
- December 15, 2023 at 05:33 PM PST Lyft Direct $42.04
December 15, 2023 at 05:33 PM PST
Lyft Direct
$42.04
View more payouts
- Total Payouts $1,109.30
Total Payouts
$1,109.30

# Ride History

- Dec 16, 2023 (Sat) 5 Rides $131.61
Dec 16, 2023 (Sat)
5 Rides
$131.61
- Dec 15, 2023 (Fri) 6 Rides $172.59
Dec 15, 2023 (Fri)
6 Rides
$172.59
- Dec 14, 2023 (Thu) 4 Rides $237.28
Dec 14, 2023 (Thu)
4 Rides
$237.28
- Dec 13, 2023 (Wed) 8 Rides $127.99
Dec 13, 2023 (Wed)
8 Rides
$127.99
- Dec 12, 2023 (Tue) 3 Rides $139.34
Dec 12, 2023 (Tue)

SAYLOR000710

3 Rides
$139.34
• Dec 11, 2023 (Mon) 5 Rides $163.65
Dec 11, 2023 (Mon)
5 Rides
$163.65
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family

Exhibit B
Page 416

SAYLOR000711

- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000712

[Lyft](#)
EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2023

2022
2024

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)

SAYLOR000713

- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app

Exhibit B
Page 419

SAYLOR000714

Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2023

# Dec 25 - Dec 31, 2023

# Thomas Saylor

Download Weekly Summary

## $875.18

Net earnings

## 29

Rides

SAYLOR000716

**23h 22m**

Booked time

**52h 25m**

Online time

- Earnings
- Ride earnings
$707.45
- Tips
$7.49
- Cancel earnings
$3.83
- CA earnings adjustment
$148.41
- Bonus details
- Other bonuses
$8.00
- Net earnings $875.18
Net earnings
$875.18

# Payout Activity

- January 03, 2024 at 07:27 PM PST Lyft Direct $148.41
January 03, 2024 at 07:27 PM PST
Lyft Direct
$148.41
- December 31, 2023 at 02:56 PM PST Lyft Direct $16.77
December 31, 2023 at 02:56 PM PST
Lyft Direct
$16.77
- December 31, 2023 at 12:53 PM PST Lyft Direct $40.09
December 31, 2023 at 12:53 PM PST
Lyft Direct
$40.09
- December 31, 2023 at 11:33 AM PST Lyft Direct $28.04
December 31, 2023 at 11:33 AM PST
Lyft Direct
$28.04
- December 30, 2023 at 04:09 PM PST Lyft Direct $4.00
December 30, 2023 at 04:09 PM PST
Lyft Direct

SAYLOR000717

$4.00
- December 30, 2023 at 02:47 PM PST Lyft Direct $141.00
December 30, 2023 at 02:47 PM PST
Lyft Direct
$141.00
- December 30, 2023 at 10:48 AM PST Lyft Direct $14.88
December 30, 2023 at 10:48 AM PST
Lyft Direct
$14.88
- December 29, 2023 at 04:47 PM PST Lyft Direct $12.10
December 29, 2023 at 04:47 PM PST
Lyft Direct
$12.10
- December 29, 2023 at 04:20 PM PST Lyft Direct $3.49
December 29, 2023 at 04:20 PM PST
Lyft Direct
$3.49
- December 29, 2023 at 04:09 PM PST Lyft Direct $14.16
December 29, 2023 at 04:09 PM PST
Lyft Direct
$14.16
View more payouts
- Total Payouts $875.18
Total Payouts
$875.18

# Ride History

- Dec 31, 2023 (Sun) 3 Rides $233.31
Dec 31, 2023 (Sun)
3 Rides
$233.31
- Dec 30, 2023 (Sat) 2 Rides $155.88
Dec 30, 2023 (Sat)
2 Rides
$155.88
- Dec 29, 2023 (Fri) 5 Rides $138.86
Dec 29, 2023 (Fri)
5 Rides
$138.86
- Dec 28, 2023 (Thu) 8 Rides $138.85
Dec 28, 2023 (Thu)
8 Rides
$138.85
- Dec 27, 2023 (Wed) 6 Rides $95.45

SAYLOR000718

Dec 27, 2023 (Wed)
6 Rides
$95.45
• Dec 26, 2023 (Tue) 5 Rides $112.83
Dec 26, 2023 (Tue)
5 Rides
$112.83
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards

SAYLOR000719

- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000720

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000721

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app

Lyft rider app

Exhibit B

Page 427

SAYLOR000722

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

[Lyft](#)
EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

Back to all of 2024

# Jan 08 - Jan 14, 2024

# Thomas Saylor

Download Weekly Summary

**$1,020.21**

Net earnings

**35**

Rides

SAYLOR000724

**27h 49m**

Booked time

**50h 48m**

Online time

- Earnings
- Ride earnings
$748.48
- Tips
$33.99
- Cancel earnings
$3.02
- CA earnings adjustment
$208.97
- Bonus details
- Other bonuses
$13.75
- Assisted Ride bonus
$12.00
See bonus details
- Net earnings $1,020.21
Net earnings
$1,020.21

# Payout Activity

- January 17, 2024 at 10:46 AM PST Lyft Direct $208.97
January 17, 2024 at 10:46 AM PST
Lyft Direct
$208.97
- January 13, 2024 at 12:54 PM PST Lyft Direct $11.25
January 13, 2024 at 12:54 PM PST
Lyft Direct
$11.25
- January 13, 2024 at 11:51 AM PST Lyft Direct $34.07
January 13, 2024 at 11:51 AM PST
Lyft Direct
$34.07
- January 13, 2024 at 10:54 AM PST Lyft Direct $11.00
January 13, 2024 at 10:54 AM PST
Lyft Direct
$11.00

SAYLOR000725

- January 13, 2024 at 10:23 AM PST Lyft Direct $2.00
January 13, 2024 at 10:23 AM PST
Lyft Direct
$2.00
- January 13, 2024 at 10:23 AM PST Lyft Direct $5.10
January 13, 2024 at 10:23 AM PST
Lyft Direct
$5.10
- January 12, 2024 at 03:06 PM PST Lyft Direct $47.67
January 12, 2024 at 03:06 PM PST
Lyft Direct
$47.67
- January 12, 2024 at 01:26 PM PST Lyft Direct $12.16
January 12, 2024 at 01:26 PM PST
Lyft Direct
$12.16
- January 12, 2024 at 12:47 PM PST Lyft Direct $91.10
January 12, 2024 at 12:47 PM PST
Lyft Direct
$91.10
- January 11, 2024 at 04:11 PM PST Lyft Direct $13.39
January 11, 2024 at 04:11 PM PST
Lyft Direct
$13.39
View more payouts
- Total Payouts $1,020.21
Total Payouts
$1,020.21

# Ride History

- Jan 13, 2024 (Sat) 4 Rides $63.42
Jan 13, 2024 (Sat)
4 Rides
$63.42
- Jan 12, 2024 (Fri) 3 Rides $150.93
Jan 12, 2024 (Fri)
3 Rides
$150.93
- Jan 11, 2024 (Thu) 9 Rides $101.22
Jan 11, 2024 (Thu)
9 Rides
$101.22
- Jan 10, 2024 (Wed) 6 Rides $151.69
Jan 10, 2024 (Wed)

SAYLOR000726

6 Rides
$151.69
• Jan 9, 2024 (Tue) 6 Rides $200.05
Jan 9, 2024 (Tue)
6 Rides
$200.05
• Jan 8, 2024 (Mon) 7 Rides $143.93
Jan 8, 2024 (Mon)
7 Rides
$143.93
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)
- [Bonus](#)
- [Lyft Rewards](#)
- [Go Electric](#)
- [Insurance](#)
- [Black Car Fleets](#)
- [Driver Blog](#)

# RIDER

# RIDER

- [Sign up to ride](#)
- [Lyft Pink](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Business Profile](#)
- [Rewards](#)

SAYLOR000727

- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000728

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jan 15 - Jan 21, 2024

# Thomas Saylor

Download Weekly Summary

**$526.26**

Net earnings

**36**

Rides

SAYLOR000729

**21h 16m**

Booked time

**46h 17m**

Online time

- Earnings
- Ride earnings
$491.53
- Tips
$22.73
- Cancel earnings
$2.00
- Bonus details
- Assisted Ride bonus
$8.00
- Other bonuses
$2.00
- Net earnings $526.26
Net earnings
$526.26

# Payout Activity

- January 20, 2024 at 05:11 PM PST Lyft Direct $11.24
January 20, 2024 at 05:11 PM PST
Lyft Direct
$11.24
- January 20, 2024 at 04:17 PM PST Lyft Direct $9.57
January 20, 2024 at 04:17 PM PST
Lyft Direct
$9.57
- January 20, 2024 at 03:51 PM PST Lyft Direct $9.23
January 20, 2024 at 03:51 PM PST
Lyft Direct
$9.23
- January 20, 2024 at 03:24 PM PST Lyft Direct $8.13
January 20, 2024 at 03:24 PM PST
Lyft Direct
$8.13
- January 19, 2024 at 06:54 PM PST Lyft Direct $10.33
January 19, 2024 at 06:54 PM PST
Lyft Direct

SAYLOR000730

$10.33
- January 19, 2024 at 05:02 PM PST Lyft Direct $39.00
January 19, 2024 at 05:02 PM PST
Lyft Direct
$39.00
- January 19, 2024 at 03:46 PM PST Lyft Direct $10.00
January 19, 2024 at 03:46 PM PST
Lyft Direct
$10.00
- January 19, 2024 at 03:11 PM PST Lyft Direct $13.18
January 19, 2024 at 03:11 PM PST
Lyft Direct
$13.18
- January 19, 2024 at 02:27 PM PST Lyft Direct $15.37
January 19, 2024 at 02:27 PM PST
Lyft Direct
$15.37
- January 19, 2024 at 12:38 PM PST Lyft Direct $12.01
January 19, 2024 at 12:38 PM PST
Lyft Direct
$12.01
View more payouts
- Total Payouts $526.26
Total Payouts
$526.26

# Ride History

- Jan 20, 2024 (Sat) 4 Rides $38.17
Jan 20, 2024 (Sat)
4 Rides
$38.17
- Jan 19, 2024 (Fri) 10 Rides $142.84
Jan 19, 2024 (Fri)
10 Rides
$142.84
- Jan 18, 2024 (Thu) 3 Rides $71.63
Jan 18, 2024 (Thu)
3 Rides
$71.63
- Jan 17, 2024 (Wed) 11 Rides $143.93
Jan 17, 2024 (Wed)
11 Rides
$143.93
- Jan 16, 2024 (Tue) 4 Rides $58.46

SAYLOR000731

Jan 16, 2024 (Tue)
4 Rides
$58.46
• Jan 15, 2024 (Mon) 4 Rides $71.23
Jan 15, 2024 (Mon)
4 Rides
$71.23
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards

- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

-
-
-

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000733

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

# 2024

2023

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 440

SAYLOR000735

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000736

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

Back to all of 2024

# Jan 29 - Feb 04, 2024

# Thomas Saylor

Download Weekly Summary

## $644.50

Net earnings

## 32

Rides

SAYLOR000737

**24h 1m**

Booked time

**49h 41m**

Online time

- Earnings
- Ride earnings
$582.83
- Tips
$7.00
- Cancel earnings
$15.00
- CA Prop 22 retro payment
$24.17
- Bonus details
- Assisted Ride bonus
$8.00
- Other bonuses
$4.50
- Bonus Hours
$3.00
- Net earnings $644.50
Net earnings
$644.50

# Payout Activity

- February 03, 2024 at 04:13 PM PST Lyft Direct $12.94
February 03, 2024 at 04:13 PM PST
Lyft Direct
$12.94
- February 03, 2024 at 03:34 PM PST Lyft Direct $16.12
February 03, 2024 at 03:34 PM PST
Lyft Direct
$16.12
- February 03, 2024 at 01:34 PM PST Lyft Direct $49.12
February 03, 2024 at 01:34 PM PST
Lyft Direct
$49.12
- February 03, 2024 at 11:43 AM PST Lyft Direct $24.17
February 03, 2024 at 11:43 AM PST
Lyft Direct

SAYLOR000738

$24.17
- February 03, 2024 at 10:34 AM PST Lyft Direct $12.31
February 03, 2024 at 10:34 AM PST
Lyft Direct
$12.31
- February 03, 2024 at 09:47 AM PST Lyft Direct $14.16
February 03, 2024 at 09:47 AM PST
Lyft Direct
$14.16
- February 02, 2024 at 03:58 PM PST Lyft Direct $13.22
February 02, 2024 at 03:58 PM PST
Lyft Direct
$13.22
- February 02, 2024 at 03:28 PM PST Lyft Direct $17.13
February 02, 2024 at 03:28 PM PST
Lyft Direct
$17.13
- February 02, 2024 at 02:50 PM PST Lyft Direct $7.00
February 02, 2024 at 02:50 PM PST
Lyft Direct
$7.00
- February 02, 2024 at 02:22 PM PST Lyft Direct $7.21
February 02, 2024 at 02:22 PM PST
Lyft Direct
$7.21
View more payouts
- Total Payouts $644.50
Total Payouts
$644.50

# Ride History

- Feb 3, 2024 (Sat) 6 Rides $128.82
Feb 3, 2024 (Sat)
6 Rides
$128.82
- Feb 2, 2024 (Fri) 9 Rides $124.13
Feb 2, 2024 (Fri)
9 Rides
$124.13
- Feb 1, 2024 (Thu) 1 Ride $134.54
Feb 1, 2024 (Thu)
1 Ride
$134.54
- Jan 31, 2024 (Wed) 4 Rides $93.39

SAYLOR000739

Jan 31, 2024 (Wed)
4 Rides
$93.39
• Jan 30, 2024 (Tue) 7 Rides $110.49
Jan 30, 2024 (Tue)
7 Rides
$110.49
• Jan 29, 2024 (Mon) 5 Rides $53.13
Jan 29, 2024 (Mon)
5 Rides
$53.13
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile

SAYLOR000740

- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000741

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Feb 05 - Feb 11, 2024

# Thomas Saylor

Download Weekly Summary

## $677.36

Net earnings

## 40

Rides

SAYLOR000742

**26h 58m**

Booked time

**46h 52m**

Online time

- Earnings
- Ride earnings
$590.19
- Tips
$53.42
- Cancel earnings
$2.00
- Bonus details
- Other bonuses
$23.75
- Assisted Ride bonus
$8.00
- Net earnings $677.36
Net earnings
$677.36

# Payout Activity

- February 10, 2024 at 02:40 PM PST Lyft Direct $15.00
February 10, 2024 at 02:40 PM PST
Lyft Direct
$15.00
- February 10, 2024 at 01:44 PM PST Lyft Direct $28.10
February 10, 2024 at 01:44 PM PST
Lyft Direct
$28.10
- February 10, 2024 at 11:43 AM PST Lyft Direct $33.98
February 10, 2024 at 11:43 AM PST
Lyft Direct
$33.98
- February 10, 2024 at 09:13 AM PST Lyft Direct $12.34
February 10, 2024 at 09:13 AM PST
Lyft Direct
$12.34
- February 10, 2024 at 07:57 AM PST Lyft Direct $10.00
February 10, 2024 at 07:57 AM PST
Lyft Direct

Exhibit B
Page 448

SAYLOR000743

$10.00
- February 10, 2024 at 07:38 AM PST Lyft Direct $26.08
February 10, 2024 at 07:38 AM PST
Lyft Direct
$26.08
- February 09, 2024 at 04:36 PM PST Lyft Direct $11.33
February 09, 2024 at 04:36 PM PST
Lyft Direct
$11.33
- February 09, 2024 at 03:58 PM PST Lyft Direct $8.00
February 09, 2024 at 03:58 PM PST
Lyft Direct
$8.00
- February 09, 2024 at 03:50 PM PST Lyft Direct $9.03
February 09, 2024 at 03:50 PM PST
Lyft Direct
$9.03
- February 09, 2024 at 03:13 PM PST Lyft Direct $10.28
February 09, 2024 at 03:13 PM PST
Lyft Direct
$10.28
View more payouts
- Total Payouts $677.36
Total Payouts
$677.36

# Ride History

- Feb 10, 2024 (Sat) 5 Rides $125.50
Feb 10, 2024 (Sat)
5 Rides
$125.50
- Feb 9, 2024 (Fri) 7 Rides $104.39
Feb 9, 2024 (Fri)
7 Rides
$104.39
- Feb 8, 2024 (Thu) 7 Rides $171.86
Feb 8, 2024 (Thu)
7 Rides
$171.86
- Feb 7, 2024 (Wed) 9 Rides $106.10
Feb 7, 2024 (Wed)
9 Rides
$106.10
- Feb 6, 2024 (Tue) 3 Rides $35.89

SAYLOR000744

Feb 6, 2024 (Tue)
3 Rides
$35.89
● Feb 5, 2024 (Mon) 9 Rides $133.62
Feb 5, 2024 (Mon)
9 Rides
$133.62
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards

Exhibit B
Page 450

SAYLOR000745

- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000746

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Feb 12 - Feb 18, 2024

# Thomas Saylor

Download Weekly Summary

## $1,119.01

Net earnings

## 45

Rides

**30h 16m**

Booked time

**49h 6m**

Online time

- Earnings
- Ride earnings
$738.50
- Tips
$11.57
- Cancel earnings
$11.05
- CA earnings adjustment
$342.39
- Bonus details
- Other bonuses
$11.50
- Assisted Ride bonus
$4.00
- Net earnings $1,119.01
Net earnings
$1,119.01

# Payout Activity

- February 17, 2024 at 05:03 PM PST Lyft Direct $9.07
February 17, 2024 at 05:03 PM PST
Lyft Direct
$9.07
- February 17, 2024 at 04:24 PM PST Lyft Direct $12.44
February 17, 2024 at 04:24 PM PST
Lyft Direct
$12.44
- February 17, 2024 at 03:06 PM PST Lyft Direct $38.60
February 17, 2024 at 03:06 PM PST
Lyft Direct
$38.60
- February 17, 2024 at 01:21 PM PST Lyft Direct $14.01
February 17, 2024 at 01:21 PM PST
Lyft Direct
$14.01
- February 17, 2024 at 12:41 PM PST Lyft Direct $16.80

Exhibit B
Page 453

SAYLOR000748

February 17, 2024 at 12:41 PM PST
Lyft Direct
$16.80
• February 17, 2024 at 11:15 AM PST Lyft Direct $8.11
February 17, 2024 at 11:15 AM PST
Lyft Direct
$8.11
• February 17, 2024 at 10:38 AM PST Lyft Direct $8.04
February 17, 2024 at 10:38 AM PST
Lyft Direct
$8.04
• February 17, 2024 at 10:18 AM PST Lyft Direct $2.37
February 17, 2024 at 10:18 AM PST
Lyft Direct
$2.37
• February 17, 2024 at 10:17 AM PST Lyft Direct $10.00
February 17, 2024 at 10:17 AM PST
Lyft Direct
$10.00
• February 17, 2024 at 09:53 AM PST Lyft Direct $11.16
February 17, 2024 at 09:53 AM PST
Lyft Direct
$11.16
View more payouts
• Total Payouts $1,119.01
Total Payouts
$1,119.01

# Ride History

• Feb 17, 2024 (Sat) 9 Rides $130.60
Feb 17, 2024 (Sat)
9 Rides
$130.60
• Feb 16, 2024 (Fri) 5 Rides $117.57
Feb 16, 2024 (Fri)
5 Rides
$117.57
• Feb 15, 2024 (Thu) 10 Rides $99.51
Feb 15, 2024 (Thu)
10 Rides
$99.51
• Feb 14, 2024 (Wed) 10 Rides $99.44
Feb 14, 2024 (Wed)
10 Rides

SAYLOR000749

$99.44
- Feb 13, 2024 (Tue) 7 Rides $196.63
Feb 13, 2024 (Tue)
7 Rides
$196.63
- Feb 12, 2024 (Mon) 4 Rides $475.26
Feb 12, 2024 (Mon)
4 Rides
$475.26
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events

SAYLOR000750

- [Airports](#)
- [Gift Cards](#)
- [Lyft Family](#)
- [Shuttles & Buses](#)
- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000751



Lyft
EN
Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Feb 19 - Feb 25, 2024

# Thomas Saylor

Download Weekly Summary

## $687.88

Net earnings

## 41

Rides

SAYLOR000752

**29h 6m**

Booked time

**49h 25m**

Online time

- Earnings
- Ride earnings
$641.59
- Tips
$6.38
- Cancel earnings
$9.41
- Bonus details
- Other bonuses
$26.50
- Assisted Ride bonus
$4.00
- Net earnings $687.88
Net earnings
$687.88

# Payout Activity

- February 24, 2024 at 05:29 PM PST Lyft Direct $16.78
February 24, 2024 at 05:29 PM PST
Lyft Direct
$16.78
- February 24, 2024 at 04:49 PM PST Lyft Direct $15.00
February 24, 2024 at 04:49 PM PST
Lyft Direct
$15.00
- February 24, 2024 at 04:16 PM PST Lyft Direct $13.00
February 24, 2024 at 04:16 PM PST
Lyft Direct
$13.00
- February 24, 2024 at 03:41 PM PST Lyft Direct $7.41
February 24, 2024 at 03:41 PM PST
Lyft Direct
$7.41
- February 24, 2024 at 03:13 PM PST Lyft Direct $9.04
February 24, 2024 at 03:13 PM PST
Lyft Direct

SAYLOR000753

$9.04
- February 24, 2024 at 01:52 PM PST Lyft Direct $10.32
February 24, 2024 at 01:52 PM PST
Lyft Direct
$10.32
- February 24, 2024 at 01:18 PM PST Lyft Direct $10.00
February 24, 2024 at 01:18 PM PST
Lyft Direct
$10.00
- February 24, 2024 at 12:38 PM PST Lyft Direct $13.04
February 24, 2024 at 12:38 PM PST
Lyft Direct
$13.04
- February 24, 2024 at 11:48 AM PST Lyft Direct $16.20
February 24, 2024 at 11:48 AM PST
Lyft Direct
$16.20
- February 24, 2024 at 10:31 AM PST Lyft Direct $31.02
February 24, 2024 at 10:31 AM PST
Lyft Direct
$31.02
View more payouts
- Total Payouts $687.88
Total Payouts
$687.88

# Ride History

- Feb 24, 2024 (Sat) 10 Rides $141.81
Feb 24, 2024 (Sat)
10 Rides
$141.81
- Feb 23, 2024 (Fri) 6 Rides $92.84
Feb 23, 2024 (Fri)
6 Rides
$92.84
- Feb 22, 2024 (Thu) 8 Rides $117.72
Feb 22, 2024 (Thu)
8 Rides
$117.72
- Feb 21, 2024 (Wed) 5 Rides $103.00
Feb 21, 2024 (Wed)
5 Rides
$103.00
- Feb 20, 2024 (Tue) 5 Rides $131.94

SAYLOR000754

Feb 20, 2024 (Tue)
5 Rides
$131.94
● Feb 19, 2024 (Mon) 7 Rides $100.57
Feb 19, 2024 (Mon)
7 Rides
$100.57
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)
- [Bonus](#)
- [Lyft Rewards](#)
- [Go Electric](#)
- [Insurance](#)
- [Black Car Fleets](#)
- [Driver Blog](#)

# RIDER

# RIDER

- [Sign up to ride](#)
- [Lyft Pink](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Business Profile](#)
- [Rewards](#)
- [Events](#)
- [Airports](#)
- [Gift Cards](#)

Exhibit B
Page 460

SAYLOR000755

- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000756

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Feb 26 - Mar 03, 2024

# Thomas Saylor

Download Weekly Summary

## $1,006.91

Net earnings

## 36

Rides

SAYLOR000757

**22h 30m**

Booked time

**37h 46m**

Online time

- Earnings
- Ride earnings
$529.34
- Tips
$12.00
- Cancel earnings
$14.98
- Adjustments
$10.00
- CA earnings adjustment
$413.09
- Bonus details
- Other bonuses
$23.50
- Assisted Ride bonus
$4.00
See bonus details
- Net earnings $1,006.91
Net earnings
$1,006.91

# Payout Activity

- March 02, 2024 at 12:43 PM PST Lyft Direct $11.12
March 02, 2024 at 12:43 PM PST
Lyft Direct
$11.12
- March 02, 2024 at 11:00 AM PST Lyft Direct $3.85
March 02, 2024 at 11:00 AM PST
Lyft Direct
$3.85
- March 02, 2024 at 10:41 AM PST Lyft Direct $10.34
March 02, 2024 at 10:41 AM PST
Lyft Direct
$10.34
- March 01, 2024 at 04:27 PM PST Lyft Direct $10.34
March 01, 2024 at 04:27 PM PST

Exhibit B
Page 463

SAYLOR000758

Lyft Direct
$10.34
• March 01, 2024 at 03:56 PM PST Lyft Direct $10.08
March 01, 2024 at 03:56 PM PST
Lyft Direct
$10.08
• March 01, 2024 at 03:16 PM PST Lyft Direct $10.37
March 01, 2024 at 03:16 PM PST
Lyft Direct
$10.37
• March 01, 2024 at 02:45 PM PST Lyft Direct $21.22
March 01, 2024 at 02:45 PM PST
Lyft Direct
$21.22
• March 01, 2024 at 01:38 PM PST Lyft Direct $16.14
March 01, 2024 at 01:38 PM PST
Lyft Direct
$16.14
• March 01, 2024 at 12:54 PM PST Lyft Direct $8.07
March 01, 2024 at 12:54 PM PST
Lyft Direct
$8.07
• March 01, 2024 at 12:49 PM PST Lyft Direct $5.00
March 01, 2024 at 12:49 PM PST
Lyft Direct
$5.00
View more payouts
• Total Payouts $1,006.91
Total Payouts
$1,006.91

# Ride History

• Mar 2, 2024 (Sat) 2 Rides $25.31
Mar 2, 2024 (Sat)
2 Rides
$25.31
• Mar 1, 2024 (Fri) 12 Rides $147.99
Mar 1, 2024 (Fri)
12 Rides
$147.99
• Feb 29, 2024 (Thu) 7 Rides $116.81
Feb 29, 2024 (Thu)
7 Rides
$116.81

Exhibit B
Page 464

- Feb 28, 2024 (Wed) 7 Rides $135.98
Feb 28, 2024 (Wed)
7 Rides
$135.98
- Feb 27, 2024 (Tue) 5 Rides $131.32
Feb 27, 2024 (Tue)
5 Rides
$131.32
- Feb 26, 2024 (Mon) 3 Rides $449.50
Feb 26, 2024 (Mon)
3 Rides
$449.50
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety

SAYLOR000760

- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

-
-
-

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000761

Lyft

EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Mar 04 - Mar 10, 2024

# Thomas Saylor

Download Weekly Summary

## $879.35

Net earnings

## 37

Rides

SAYLOR000762

**29h 34m**

Booked time

**45h 59m**

Online time

- Earnings
- Ride earnings
$819.28
- Tips
$47.82
- Bonus details
- Other bonuses
$8.25
- Assisted Ride bonus
$4.00
- Net earnings $879.35
Net earnings
$879.35

# Payout Activity

- March 16, 2024 at 02:01 PM PDT Lyft Direct $16.22
March 16, 2024 at 02:01 PM PDT
Lyft Direct
$16.22
- March 16, 2024 at 12:04 PM PDT Lyft Direct $16.17
March 16, 2024 at 12:04 PM PDT
Lyft Direct
$16.17
- March 15, 2024 at 04:17 PM PDT Lyft Direct $2.00
March 15, 2024 at 04:17 PM PDT
Lyft Direct
$2.00
- March 15, 2024 at 04:08 PM PDT Lyft Direct $10.35
March 15, 2024 at 04:08 PM PDT
Lyft Direct
$10.35
- March 15, 2024 at 03:14 PM PDT Lyft Direct $10.33
March 15, 2024 at 03:14 PM PDT
Lyft Direct
$10.33
- March 15, 2024 at 02:35 PM PDT Lyft Direct $50.06

SAYLOR000763

March 15, 2024 at 02:35 PM PDT
Lyft Direct
$50.06
• March 15, 2024 at 01:23 PM PDT Lyft Direct $7.14
March 15, 2024 at 01:23 PM PDT
Lyft Direct
$7.14
• March 15, 2024 at 12:44 PM PDT Lyft Direct $19.19
March 15, 2024 at 12:44 PM PDT
Lyft Direct
$19.19
• March 15, 2024 at 11:24 AM PDT Lyft Direct $37.23
March 15, 2024 at 11:24 AM PDT
Lyft Direct
$37.23
• March 15, 2024 at 09:28 AM PDT Lyft Direct $2.58
March 15, 2024 at 09:28 AM PDT
Lyft Direct
$2.58
View more payouts
• Total Payouts $1,779.17
Total Payouts
$1,779.17

# Ride History

• Mar 9, 2024 (Sat) 6 Rides $130.16
Mar 9, 2024 (Sat)
6 Rides
$130.16
• Mar 8, 2024 (Fri) 9 Rides $188.31
Mar 8, 2024 (Fri)
9 Rides
$188.31
• Mar 7, 2024 (Thu) 5 Rides $184.32
Mar 7, 2024 (Thu)
5 Rides
$184.32
• Mar 6, 2024 (Wed) 10 Rides $111.41
Mar 6, 2024 (Wed)
10 Rides
$111.41
• Mar 5, 2024 (Tue) 2 Rides $113.80
Mar 5, 2024 (Tue)
2 Rides

SAYLOR000764

$113.80
• Mar 4, 2024 (Mon) 5 Rides $151.35
Mar 4, 2024 (Mon)
5 Rides
$151.35
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses

SAYLOR000765

- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000766

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Mar 11 - Mar 17, 2024

# Thomas Saylor

Download Weekly Summary

**$899.82**

Net earnings

**26**

Rides

SAYLOR000767

**19h 56m**

Booked time

**37h 38m**

Online time

- Earnings
- Ride earnings
$563.37
- Tips
$15.80
- Cancel earnings
$8.79
- Express Pay fees
-$1.70
- CA earnings adjustment
$287.06
- Bonus details
- Other bonuses
$14.50
- Assisted Ride bonus
$12.00
See bonus details
- Net earnings $899.82
Net earnings
$899.82

# Payout Activity

- March 16, 2024 at 02:01 PM PDT Lyft Direct $16.22
March 16, 2024 at 02:01 PM PDT
Lyft Direct
$16.22
- March 16, 2024 at 12:04 PM PDT Lyft Direct $16.17
March 16, 2024 at 12:04 PM PDT
Lyft Direct
$16.17
- March 15, 2024 at 04:17 PM PDT Lyft Direct $2.00
March 15, 2024 at 04:17 PM PDT
Lyft Direct
$2.00
- March 15, 2024 at 04:08 PM PDT Lyft Direct $10.35
March 15, 2024 at 04:08 PM PDT

SAYLOR000768

Lyft Direct
$10.35
- March 15, 2024 at 03:14 PM PDT Lyft Direct $10.33
March 15, 2024 at 03:14 PM PDT
Lyft Direct
$10.33
- March 15, 2024 at 02:35 PM PDT Lyft Direct $50.06
March 15, 2024 at 02:35 PM PDT
Lyft Direct
$50.06
- March 15, 2024 at 01:23 PM PDT Lyft Direct $7.14
March 15, 2024 at 01:23 PM PDT
Lyft Direct
$7.14
- March 15, 2024 at 12:44 PM PDT Lyft Direct $19.19
March 15, 2024 at 12:44 PM PDT
Lyft Direct
$19.19
- March 15, 2024 at 11:24 AM PDT Lyft Direct $37.23
March 15, 2024 at 11:24 AM PDT
Lyft Direct
$37.23
- March 15, 2024 at 09:28 AM PDT Lyft Direct $2.58
March 15, 2024 at 09:28 AM PDT
Lyft Direct
$2.58
View more payouts
- Total Payouts $899.82
Total Payouts
$899.82

# Ride History

- Mar 16, 2024 (Sat) 2 Rides $32.39
Mar 16, 2024 (Sat)
2 Rides
$32.39
- Mar 15, 2024 (Fri) 5 Rides $138.88
Mar 15, 2024 (Fri)
5 Rides
$138.88
- Mar 14, 2024 (Thu) 3 Rides $102.07
Mar 14, 2024 (Thu)
3 Rides
$102.07

SAYLOR000769

- Mar 13, 2024 (Wed) 4 Rides $43.84

Mar 13, 2024 (Wed)

4 Rides

$43.84

- Mar 12, 2024 (Tue) 9 Rides $128.38

Mar 12, 2024 (Tue)

9 Rides

$128.38

- Mar 11, 2024 (Mon) 3 Rides $454.26

Mar 11, 2024 (Mon)

3 Rides

$454.26

© Lyft, Inc. 2024

185 Berry Street, Suite 5000

San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety

SAYLOR000770

- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

-
-
-

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000771

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Mar 18 - Mar 24, 2024

# Thomas Saylor

Download Weekly Summary

## $664.06

Net earnings

## 41

Rides

SAYLOR000772

**24h 39m**

Booked time

**42h 19m**

Online time

- Earnings
- Ride earnings
$611.57
- Tips
$14.99
- Cancel earnings
$2.00
- Bonus details
- Other bonuses
$27.50
- Assisted Ride bonus
$8.00
- Net earnings $664.06
Net earnings
$664.06

# Payout Activity

- March 22, 2024 at 05:13 PM PDT Lyft Direct $5.00
March 22, 2024 at 05:13 PM PDT
Lyft Direct
$5.00
- March 22, 2024 at 05:08 PM PDT Lyft Direct $10.68
March 22, 2024 at 05:08 PM PDT
Lyft Direct
$10.68
- March 22, 2024 at 04:32 PM PDT Lyft Direct $11.21
March 22, 2024 at 04:32 PM PDT
Lyft Direct
$11.21
- March 22, 2024 at 03:58 PM PDT Lyft Direct $5.00
March 22, 2024 at 03:58 PM PDT
Lyft Direct
$5.00
- March 22, 2024 at 03:52 PM PDT Lyft Direct $8.34
March 22, 2024 at 03:52 PM PDT
Lyft Direct

SAYLOR000773

$8.34
- March 22, 2024 at 03:30 PM PDT Lyft Direct $14.15
March 22, 2024 at 03:30 PM PDT
Lyft Direct
$14.15
- March 22, 2024 at 02:30 PM PDT Lyft Direct $9.24
March 22, 2024 at 02:30 PM PDT
Lyft Direct
$9.24
- March 22, 2024 at 01:59 PM PDT Lyft Direct $10.03
March 22, 2024 at 01:59 PM PDT
Lyft Direct
$10.03
- March 22, 2024 at 01:23 PM PDT Lyft Direct $16.28
March 22, 2024 at 01:23 PM PDT
Lyft Direct
$16.28
- March 22, 2024 at 12:43 PM PDT Lyft Direct $12.37
March 22, 2024 at 12:43 PM PDT
Lyft Direct
$12.37
View more payouts
- Total Payouts $664.06
Total Payouts
$664.06

# Ride History

- Mar 22, 2024 (Fri) 11 Rides $149.41
Mar 22, 2024 (Fri)
11 Rides
$149.41
- Mar 21, 2024 (Thu) 7 Rides $142.84
Mar 21, 2024 (Thu)
7 Rides
$142.84
- Mar 20, 2024 (Wed) 11 Rides $118.35
Mar 20, 2024 (Wed)
11 Rides
$118.35
- Mar 19, 2024 (Tue) 5 Rides $109.34
Mar 19, 2024 (Tue)
5 Rides
$109.34
- Mar 18, 2024 (Mon) 7 Rides $144.12

SAYLOR000774

Mar 18, 2024 (Mon)
7 Rides
$144.12
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

## LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000776

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000777

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 483

SAYLOR000778

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000779

[Lyft](#)

EN

Thomas Saylor

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 486

SAYLOR000781

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000782

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 489

SAYLOR000784

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000785

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Apr 15 - Apr 21, 2024

# Thomas Saylor

Download Weekly Summary

## $413.76

Net earnings

## 23

Rides

SAYLOR000786

**16h 2m**

Booked time

**28h 27m**

Online time

- Earnings
- Ride earnings
$394.01
- Tips
$4.25
- Bonus details
- Other bonuses
$15.50
See bonus details
- Net earnings $413.76
Net earnings
$413.76

# Payout Activity

- April 19, 2024 at 04:43 PM PDT Lyft Direct $9.00
April 19, 2024 at 04:43 PM PDT
Lyft Direct
$9.00
- April 19, 2024 at 04:06 PM PDT Lyft Direct $11.01
April 19, 2024 at 04:06 PM PDT
Lyft Direct
$11.01
- April 19, 2024 at 03:29 PM PDT Lyft Direct $9.15
April 19, 2024 at 03:29 PM PDT
Lyft Direct
$9.15
- April 19, 2024 at 02:59 PM PDT Lyft Direct $8.00
April 19, 2024 at 02:59 PM PDT
Lyft Direct
$8.00
- April 19, 2024 at 02:35 PM PDT Lyft Direct $10.00
April 19, 2024 at 02:35 PM PDT
Lyft Direct
$10.00
- April 19, 2024 at 10:39 AM PDT Lyft Direct $7.07
April 19, 2024 at 10:39 AM PDT

SAYLOR000787

Lyft Direct
$7.07
• April 18, 2024 at 04:27 PM PDT Lyft Direct $44.09
April 18, 2024 at 04:27 PM PDT
Lyft Direct
$44.09
• April 18, 2024 at 02:42 PM PDT Lyft Direct $33.10
April 18, 2024 at 02:42 PM PDT
Lyft Direct
$33.10
• April 18, 2024 at 11:53 AM PDT Lyft Direct $2.00
April 18, 2024 at 11:53 AM PDT
Lyft Direct
$2.00
• April 18, 2024 at 11:53 AM PDT Lyft Direct $53.87
April 18, 2024 at 11:53 AM PDT
Lyft Direct
$53.87
View more payouts
• Total Payouts $413.76
Total Payouts
$413.76

# Ride History

• Apr 19, 2024 (Fri) 6 Rides $54.23
Apr 19, 2024 (Fri)
6 Rides
$54.23
• Apr 18, 2024 (Thu) 4 Rides $140.20
Apr 18, 2024 (Thu)
4 Rides
$140.20
• Apr 17, 2024 (Wed) 5 Rides $118.54
Apr 17, 2024 (Wed)
5 Rides
$118.54
• Apr 16, 2024 (Tue) 8 Rides $100.79
Apr 16, 2024 (Tue)
8 Rides
$100.79
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

## LYFT

- Careers
- Lyft Up

Exhibit B
Page 494

SAYLOR000789

- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000790

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000791

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 497

SAYLOR000792

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000793

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Apr 29 - May 05, 2024

# Thomas Saylor

Download Weekly Summary

## $700.96

Net earnings

## 35

Rides

Exhibit B
Page 499

SAYLOR000794

**25h 36m**

Booked time

**41h 7m**

Online time

- Earnings
- Ride earnings
$641.46
- Tips
$5.00
- Bonus details
- Other bonuses
$38.50
- Assisted Ride bonus
$16.00
See bonus details
- Net earnings $700.96
Net earnings
$700.96

# Payout Activity

- May 03, 2024 at 04:59 PM PDT Lyft Direct $14.30
May 03, 2024 at 04:59 PM PDT
Lyft Direct
$14.30
- May 03, 2024 at 04:14 PM PDT Lyft Direct $13.09
May 03, 2024 at 04:14 PM PDT
Lyft Direct
$13.09
- May 03, 2024 at 03:06 PM PDT Lyft Direct $12.20
May 03, 2024 at 03:06 PM PDT
Lyft Direct
$12.20
- May 03, 2024 at 02:21 PM PDT Lyft Direct $9.00
May 03, 2024 at 02:21 PM PDT
Lyft Direct
$9.00
- May 03, 2024 at 12:39 PM PDT Lyft Direct $17.84
May 03, 2024 at 12:39 PM PDT
Lyft Direct
$17.84

SAYLOR000795

- May 03, 2024 at 12:19 PM PDT Lyft Direct $5.00

May 03, 2024 at 12:19 PM PDT

Lyft Direct

$5.00

- May 03, 2024 at 11:55 AM PDT Lyft Direct $9.06

May 03, 2024 at 11:55 AM PDT

Lyft Direct

$9.06

- May 03, 2024 at 11:27 AM PDT Lyft Direct $43.51

May 03, 2024 at 11:27 AM PDT

Lyft Direct

$43.51

- May 02, 2024 at 06:04 PM PDT Lyft Direct $78.42

May 02, 2024 at 06:04 PM PDT

Lyft Direct

$78.42

- May 02, 2024 at 02:07 PM PDT Lyft Direct $62.65

May 02, 2024 at 02:07 PM PDT

Lyft Direct

$62.65

View more payouts

- Total Payouts $700.96

Total Payouts

$700.96

# Ride History

- May 3, 2024 (Fri) 7 Rides $124.00

May 3, 2024 (Fri)

7 Rides

$124.00

- May 2, 2024 (Thu) 5 Rides $205.54

May 2, 2024 (Thu)

5 Rides

$205.54

- May 1, 2024 (Wed) 7 Rides $126.17

May 1, 2024 (Wed)

7 Rides

$126.17

- Apr 30, 2024 (Tue) 7 Rides $110.67

Apr 30, 2024 (Tue)

7 Rides

$110.67

- Apr 29, 2024 (Mon) 9 Rides $134.58

Apr 29, 2024 (Mon)

9 Rides
$134.58
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

SAYLOR000797

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000798

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# May 06 - May 12, 2024

# Thomas Saylor

Download Weekly Summary

## $844.90

Net earnings

## 32

Rides

**20h 42m**

Booked time

**35h 37m**

Online time

- Earnings
- Ride earnings
$544.31
- Tips
$5.30
- Cancel earnings
$13.36
- CA earnings adjustment
$239.43
- Bonus details
- Other bonuses
$42.50
See bonus details
- Net earnings $844.90
Net earnings
$844.90

# Payout Activity

- May 10, 2024 at 03:24 PM PDT Lyft Direct $45.02
May 10, 2024 at 03:24 PM PDT
Lyft Direct
$45.02
- May 10, 2024 at 01:43 PM PDT Lyft Direct $35.35
May 10, 2024 at 01:43 PM PDT
Lyft Direct
$35.35
- May 10, 2024 at 12:46 PM PDT Lyft Direct $34.18
May 10, 2024 at 12:46 PM PDT
Lyft Direct
$34.18
- May 10, 2024 at 10:41 AM PDT Lyft Direct $40.48
May 10, 2024 at 10:41 AM PDT
Lyft Direct
$40.48
- May 09, 2024 at 03:03 PM PDT Lyft Direct $2.00
May 09, 2024 at 03:03 PM PDT

SAYLOR000800

Lyft Direct
$2.00
- May 09, 2024 at 02:55 PM PDT Lyft Direct $13.08
May 09, 2024 at 02:55 PM PDT
Lyft Direct
$13.08
- May 09, 2024 at 02:15 PM PDT Lyft Direct $14.33
May 09, 2024 at 02:15 PM PDT
Lyft Direct
$14.33
- May 09, 2024 at 01:33 PM PDT Lyft Direct $15.04
May 09, 2024 at 01:33 PM PDT
Lyft Direct
$15.04
- May 09, 2024 at 12:43 PM PDT Lyft Direct $14.02
May 09, 2024 at 12:43 PM PDT
Lyft Direct
$14.02
- May 09, 2024 at 11:19 AM PDT Lyft Direct $11.48
May 09, 2024 at 11:19 AM PDT
Lyft Direct
$11.48
View more payouts
- Total Payouts $844.90
Total Payouts
$844.90

# Ride History

- May 10, 2024 (Fri) 4 Rides $155.03
May 10, 2024 (Fri)
4 Rides
$155.03
- May 9, 2024 (Thu) 7 Rides $116.02
May 9, 2024 (Thu)
7 Rides
$116.02
- May 8, 2024 (Wed) 9 Rides $103.41
May 8, 2024 (Wed)
9 Rides
$103.41
- May 7, 2024 (Tue) 3 Rides $87.68
May 7, 2024 (Tue)
3 Rides
$87.68

SAYLOR000801

- May 6, 2024 (Mon) 9 Rides $382.76

May 6, 2024 (Mon)
9 Rides
$382.76
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

SAYLOR000802

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000803

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# May 13 - May 19, 2024

# Thomas Saylor

Download Weekly Summary

## $556.58

Net earnings

## 24

Rides

SAYLOR000804

**18h 23m**

Booked time

**45h 20m**

Online time

- Earnings
- Ride earnings
$512.65
- Cancel earnings
$10.48
- Express Pay fees
-$2.55
- Bonus details
- Other bonuses
$28.00
- Assisted Ride bonus
$8.00
See bonus details
- Net earnings $556.58
Net earnings
$556.58

# Payout Activity

- May 17, 2024 at 03:59 PM PDT Lyft Direct $12.51
May 17, 2024 at 03:59 PM PDT
Lyft Direct
$12.51
- May 17, 2024 at 03:09 PM PDT Lyft Direct $13.40
May 17, 2024 at 03:09 PM PDT
Lyft Direct
$13.40
- May 17, 2024 at 02:26 PM PDT Lyft Direct $37.23
May 17, 2024 at 02:26 PM PDT
Lyft Direct
$37.23
- May 17, 2024 at 12:48 PM PDT Lyft Direct $13.04
May 17, 2024 at 12:48 PM PDT
Lyft Direct
$13.04
- May 17, 2024 at 12:02 PM PDT Lyft Direct $89.88
May 17, 2024 at 12:02 PM PDT

Exhibit B
Page 510

SAYLOR000805

Lyft Direct
$89.88
• May 16, 2024 at 06:28 PM PDT Express Pay $112.41
May 16, 2024 at 06:28 PM PDT
Express Pay
$112.41
• May 15, 2024 at 03:31 PM PDT Express Pay $52.07
May 15, 2024 at 03:31 PM PDT
Express Pay
$52.07
• May 15, 2024 at 05:55 AM PDT Express Pay $113.53
May 15, 2024 at 05:55 AM PDT
Express Pay
$113.53
• May 13, 2024 at 04:09 PM PDT Lyft Direct $19.16
May 13, 2024 at 04:09 PM PDT
Lyft Direct
$19.16
• May 13, 2024 at 01:26 PM PDT Lyft Direct $93.35
May 13, 2024 at 01:26 PM PDT
Lyft Direct
$93.35
• Total Payouts $556.58
Total Payouts
$556.58

# Ride History

• May 17, 2024 (Fri) 6 Rides $166.06
May 17, 2024 (Fri)
6 Rides
$166.06
• May 16, 2024 (Thu) 7 Rides $112.41
May 16, 2024 (Thu)
7 Rides
$112.41
• May 15, 2024 (Wed) 5 Rides $51.22
May 15, 2024 (Wed)
5 Rides
$51.22
• May 14, 2024 (Tue) 4 Rides $114.38
May 14, 2024 (Tue)
4 Rides
$114.38
• May 13, 2024 (Mon) 2 Rides $112.51

May 13, 2024 (Mon)
2 Rides
$112.51
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

SAYLOR000807

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000808

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# May 20 - May 26, 2024

# Thomas Saylor

Download Weekly Summary

**$689.47**

Net earnings

**35**

Rides

**21h 28m**

Booked time

**48h 26m**

Online time

- Earnings
- Ride earnings
$473.81
- Tips
$31.78
- Cancel earnings
$2.00
- CA earnings adjustment
$133.63
- Bonus details
- Other bonuses
$32.25
- Assisted Ride bonus
$16.00
See bonus details
- Net earnings $689.47
Net earnings
$689.47

# Payout Activity

- May 25, 2024 at 02:34 PM PDT Lyft Direct $10.20
May 25, 2024 at 02:34 PM PDT
Lyft Direct
$10.20
- May 25, 2024 at 01:56 PM PDT Lyft Direct $13.08
May 25, 2024 at 01:56 PM PDT
Lyft Direct
$13.08
- May 25, 2024 at 12:26 PM PDT Lyft Direct $14.54
May 25, 2024 at 12:26 PM PDT
Lyft Direct
$14.54
- May 25, 2024 at 12:08 PM PDT Lyft Direct $14.92
May 25, 2024 at 12:08 PM PDT
Lyft Direct
$14.92

SAYLOR000810

- May 25, 2024 at 11:45 AM PDT Lyft Direct $40.57
May 25, 2024 at 11:45 AM PDT
Lyft Direct
$40.57
- May 24, 2024 at 04:42 PM PDT Lyft Direct $4.44
May 24, 2024 at 04:42 PM PDT
Lyft Direct
$4.44
- May 24, 2024 at 04:41 PM PDT Lyft Direct $8.10
May 24, 2024 at 04:41 PM PDT
Lyft Direct
$8.10
- May 24, 2024 at 04:03 PM PDT Lyft Direct $12.03
May 24, 2024 at 04:03 PM PDT
Lyft Direct
$12.03
- May 24, 2024 at 02:57 PM PDT Lyft Direct $21.17
May 24, 2024 at 02:57 PM PDT
Lyft Direct
$21.17
- May 24, 2024 at 01:15 PM PDT Lyft Direct $35.01
May 24, 2024 at 01:15 PM PDT
Lyft Direct
$35.01
View more payouts
- Total Payouts $689.47
Total Payouts
$689.47

# Ride History

- May 25, 2024 (Sat) 4 Rides $93.31
May 25, 2024 (Sat)
4 Rides
$93.31
- May 24, 2024 (Fri) 6 Rides $100.58
May 24, 2024 (Fri)
6 Rides
$100.58
- May 23, 2024 (Thu) 8 Rides $151.56
May 23, 2024 (Thu)
8 Rides
$151.56
- May 22, 2024 (Wed) 3 Rides $37.46
May 22, 2024 (Wed)

SAYLOR000811

3 Rides
$37.46
• May 21, 2024 (Tue) 6 Rides $83.19
May 21, 2024 (Tue)
6 Rides
$83.19
• May 20, 2024 (Mon) 8 Rides $223.37
May 20, 2024 (Mon)
8 Rides
$223.37
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards

Exhibit B
Page 517

SAYLOR000812

- [Events](#)
- [Airports](#)
- [Gift Cards](#)
- [Lyft Family](#)
- [Shuttles & Buses](#)
- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000814

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000816

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jun 03 - Jun 09, 2024

# Thomas Saylor

Download Weekly Summary

**$909.22**

Net earnings

**29**

Rides

SAYLOR000817

**22h 56m**

Booked time

**38h 50m**

Online time

- Earnings
- Ride earnings
$639.60
- Tips
$4.78
- Cancel earnings
$8.59
- Express Pay fees
-$3.40
- CA earnings adjustment
$231.40
- Bonus details
- Other bonuses
$14.25
- Bonus Hours
$10.00
- Assisted Ride bonus
$4.00
See bonus details
- Net earnings $909.22
Net earnings
$909.22

# Payout Activity

- June 07, 2024 at 02:40 PM PDT Lyft Direct $4.31
June 07, 2024 at 02:40 PM PDT
Lyft Direct
$4.31
- June 07, 2024 at 02:06 PM PDT Lyft Direct $41.71
June 07, 2024 at 02:06 PM PDT
Lyft Direct
$41.71
- June 07, 2024 at 11:54 AM PDT Lyft Direct $25.28
June 07, 2024 at 11:54 AM PDT
Lyft Direct
$25.28

SAYLOR000818

- June 07, 2024 at 10:21 AM PDT Lyft Direct $17.55
June 07, 2024 at 10:21 AM PDT
Lyft Direct
$17.55
- June 07, 2024 at 09:42 AM PDT Lyft Direct $48.44
June 07, 2024 at 09:42 AM PDT
Lyft Direct
$48.44
- June 06, 2024 at 05:13 PM PDT Express Pay $169.62
June 06, 2024 at 05:13 PM PDT
Express Pay
$169.62
- June 05, 2024 at 05:08 PM PDT Express Pay $337.16
June 05, 2024 at 05:08 PM PDT
Express Pay
$337.16
- June 04, 2024 at 04:23 PM PDT Express Pay $128.95
June 04, 2024 at 04:23 PM PDT
Express Pay
$128.95
- June 03, 2024 at 08:21 PM PDT Express Pay $136.20
June 03, 2024 at 08:21 PM PDT
Express Pay
$136.20
- Total Payouts $909.22
Total Payouts
$909.22

# Ride History

- Jun 7, 2024 (Fri) 4 Rides $137.29
Jun 7, 2024 (Fri)
4 Rides
$137.29
- Jun 6, 2024 (Thu) 7 Rides $164.84
Jun 6, 2024 (Thu)
7 Rides
$164.84
- Jun 5, 2024 (Wed) 8 Rides $110.54
Jun 5, 2024 (Wed)
8 Rides
$110.54
- Jun 4, 2024 (Tue) 5 Rides $128.95
Jun 4, 2024 (Tue)
5 Rides

SAYLOR000819

$128.95
- Jun 3, 2024 (Mon) 5 Rides $367.60

Jun 3, 2024 (Mon)

5 Rides

$367.60

© Lyft, Inc. 2024

185 Berry Street, Suite 5000

San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses

SAYLOR000820

- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000821

Lyft

EN

Thomas Saylor

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jun 10 - Jun 16, 2024

# Thomas Saylor

Download Weekly Summary

**$578.95**

Net earnings

**30**

Rides

SAYLOR000822

**19h 48m**

Booked time

**35h 22m**

Online time

- Earnings
- Ride earnings
$522.19
- Tips
$4.48
- Cancel earnings
$13.53
- Bonus details
- Other bonuses
$26.75
- Assisted Ride bonus
$8.00
- Bonus Hours
$4.00
- Net earnings $578.95
Net earnings
$578.95

# Payout Activity

- June 14, 2024 at 03:07 PM PDT Lyft Direct $33.10
June 14, 2024 at 03:07 PM PDT
Lyft Direct
$33.10
- June 14, 2024 at 02:06 PM PDT Lyft Direct $36.05
June 14, 2024 at 02:06 PM PDT
Lyft Direct
$36.05
- June 14, 2024 at 01:03 PM PDT Lyft Direct $16.21
June 14, 2024 at 01:03 PM PDT
Lyft Direct
$16.21
- June 14, 2024 at 11:52 AM PDT Lyft Direct $7.15
June 14, 2024 at 11:52 AM PDT
Lyft Direct
$7.15
- June 14, 2024 at 11:34 AM PDT Lyft Direct $7.06

SAYLOR000823

June 14, 2024 at 11:34 AM PDT
Lyft Direct
$7.06
• June 14, 2024 at 10:55 AM PDT Lyft Direct $10.01
June 14, 2024 at 10:55 AM PDT
Lyft Direct
$10.01
• June 13, 2024 at 04:28 PM PDT Lyft Direct $37.32
June 13, 2024 at 04:28 PM PDT
Lyft Direct
$37.32
• June 13, 2024 at 03:26 PM PDT Lyft Direct $8.53
June 13, 2024 at 03:26 PM PDT
Lyft Direct
$8.53
• June 13, 2024 at 02:46 PM PDT Lyft Direct $11.01
June 13, 2024 at 02:46 PM PDT
Lyft Direct
$11.01
• June 13, 2024 at 01:49 PM PDT Lyft Direct $7.41
June 13, 2024 at 01:49 PM PDT
Lyft Direct
$7.41
View more payouts
• Total Payouts $578.95
Total Payouts
$578.95

# Ride History

• Jun 14, 2024 (Fri) 6 Rides $109.58
Jun 14, 2024 (Fri)
6 Rides
$109.58
• Jun 13, 2024 (Thu) 9 Rides $145.68
Jun 13, 2024 (Thu)
9 Rides
$145.68
• Jun 12, 2024 (Wed) 5 Rides $102.12
Jun 12, 2024 (Wed)
5 Rides
$102.12
• Jun 11, 2024 (Tue) 6 Rides $123.75
Jun 11, 2024 (Tue)
6 Rides

SAYLOR000824

$123.75
- Jun 10, 2024 (Mon) 4 Rides $97.82
Jun 10, 2024 (Mon)
4 Rides
$97.82
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

## DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

## RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses

SAYLOR000825

- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

-
-
-

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000826

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jun 17 - Jun 23, 2024

# Thomas Saylor

Download Weekly Summary

**$699.96**

Net earnings

**16**

Rides

SAYLOR000827

**16h 19m**

Booked time

**32h 38m**

Online time

- Earnings
- Ride earnings
$490.65
- 6/20/24
$7.03
- Cancel earnings
$2.00
- CA earnings adjustment
$166.53
- Bonus details
- Other bonuses
$21.75
- Assisted Ride bonus
$12.00
- Net earnings $699.96
Net earnings
$699.96

# Payout Activity

- June 20, 2024 at 01:46 PM PDT Lyft Direct $57.04
June 20, 2024 at 01:46 PM PDT
Lyft Direct
$57.04
- June 20, 2024 at 12:09 PM PDT Lyft Direct $49.44
June 20, 2024 at 12:09 PM PDT
Lyft Direct
$49.44
- June 20, 2024 at 10:25 AM PDT Lyft Direct $10.04
June 20, 2024 at 10:25 AM PDT
Lyft Direct
$10.04
- June 19, 2024 at 03:03 PM PDT Lyft Direct $45.16
June 19, 2024 at 03:03 PM PDT
Lyft Direct
$45.16
- June 19, 2024 at 01:18 PM PDT Lyft Direct $166.53

Exhibit B
Page 533

SAYLOR000828

June 19, 2024 at 01:18 PM PDT
Lyft Direct
$166.53
- June 19, 2024 at 01:10 PM PDT Lyft Direct $56.13
June 19, 2024 at 01:10 PM PDT
Lyft Direct
$56.13
- June 19, 2024 at 11:24 AM PDT Lyft Direct $22.30
June 19, 2024 at 11:24 AM PDT
Lyft Direct
$22.30
- June 19, 2024 at 10:44 AM PDT Lyft Direct $20.56
June 19, 2024 at 10:44 AM PDT
Lyft Direct
$20.56
- June 18, 2024 at 05:38 PM PDT Lyft Direct $44.04
June 18, 2024 at 05:38 PM PDT
Lyft Direct
$44.04
- June 18, 2024 at 02:23 PM PDT Lyft Direct $46.28
June 18, 2024 at 02:23 PM PDT
Lyft Direct
$46.28
View more payouts
- Total Payouts $699.96
Total Payouts
$699.96

# Ride History

- Jun 20, 2024 (Thu) 3 Rides $116.52
Jun 20, 2024 (Thu)
3 Rides
$116.52
- Jun 19, 2024 (Wed) 4 Rides $144.15
Jun 19, 2024 (Wed)
4 Rides
$144.15
- Jun 18, 2024 (Tue) 5 Rides $128.26
Jun 18, 2024 (Tue)
5 Rides
$128.26
- Jun 17, 2024 (Mon) 4 Rides $311.03
Jun 17, 2024 (Mon)
4 Rides

SAYLOR000829

$311.03
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

SAYLOR000830

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000831

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jun 24 - Jun 30, 2024

# Thomas Saylor

Download Weekly Summary

## $596.86

Net earnings

## 24

Rides

SAYLOR000832

**18h 16m**

Booked time

**26h 12m**

Online time

- Earnings
- Ride earnings
$504.43
- Tips
$15.55
- Cancel earnings
$20.55
- 6/28/24
$11.33
- Bonus details
- Other bonuses
$29.00
- Assisted Ride bonus
$16.00
See bonus details
- Net earnings $596.86
Net earnings
$596.86

# Payout Activity

- June 28, 2024 at 06:19 PM PDT Lyft Direct $11.33
June 28, 2024 at 06:19 PM PDT
Lyft Direct
$11.33
- June 28, 2024 at 04:32 PM PDT Lyft Direct $14.23
June 28, 2024 at 04:32 PM PDT
Lyft Direct
$14.23
- June 28, 2024 at 03:56 PM PDT Lyft Direct $33.44
June 28, 2024 at 03:56 PM PDT
Lyft Direct
$33.44
- June 28, 2024 at 01:53 PM PDT Lyft Direct $58.60
June 28, 2024 at 01:53 PM PDT
Lyft Direct
$58.60

SAYLOR000833

- June 28, 2024 at 11:22 AM PDT Lyft Direct $26.08
June 28, 2024 at 11:22 AM PDT
Lyft Direct
$26.08
- June 28, 2024 at 10:33 AM PDT Lyft Direct $2.00
June 28, 2024 at 10:33 AM PDT
Lyft Direct
$2.00
- June 28, 2024 at 10:18 AM PDT Lyft Direct $5.77
June 28, 2024 at 10:18 AM PDT
Lyft Direct
$5.77
- June 27, 2024 at 02:23 PM PDT Lyft Direct $12.00
June 27, 2024 at 02:23 PM PDT
Lyft Direct
$12.00
- June 27, 2024 at 01:07 PM PDT Lyft Direct $39.58
June 27, 2024 at 01:07 PM PDT
Lyft Direct
$39.58
- June 27, 2024 at 11:47 AM PDT Lyft Direct $42.28
June 27, 2024 at 11:47 AM PDT
Lyft Direct
$42.28
View more payouts
- Total Payouts $596.86
Total Payouts
$596.86

# Ride History

- Jun 28, 2024 (Fri) 4 Rides $151.45
Jun 28, 2024 (Fri)
4 Rides
$151.45
- Jun 27, 2024 (Thu) 4 Rides $130.25
Jun 27, 2024 (Thu)
4 Rides
$130.25
- Jun 26, 2024 (Wed) 5 Rides $186.18
Jun 26, 2024 (Wed)
5 Rides
$186.18
- Jun 25, 2024 (Tue) 11 Rides $128.98
Jun 25, 2024 (Tue)

SAYLOR000834

11 Rides
$128.98
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

SAYLOR000835

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000836

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Jul 01 - Jul 07, 2024

# Thomas Saylor

Download Weekly Summary

## $680.50

Net earnings

## 38

Rides

SAYLOR000837

**20h 13m**

Booked time

**33h 1m**

Online time

- Earnings
- Ride earnings
$487.11
- Tips
$3.69
- Cancel earnings
$4.88
- CA earnings adjustment
$110.57
- Bonus details
- Other bonuses
$66.25
- Assisted Ride bonus
$8.00
- Net earnings $680.50
Net earnings
$680.50

# Payout Activity

- July 06, 2024 at 10:55 AM PDT Lyft Direct $3.69
July 06, 2024 at 10:55 AM PDT
Lyft Direct
$3.69
- July 06, 2024 at 10:50 AM PDT Lyft Direct $12.04
July 06, 2024 at 10:50 AM PDT
Lyft Direct
$12.04
- July 06, 2024 at 09:38 AM PDT Lyft Direct $10.27
July 06, 2024 at 09:38 AM PDT
Lyft Direct
$10.27
- July 05, 2024 at 03:33 PM PDT Lyft Direct $7.15
July 05, 2024 at 03:33 PM PDT
Lyft Direct
$7.15
- July 05, 2024 at 03:04 PM PDT Lyft Direct $9.15

SAYLOR000838

July 05, 2024 at 03:04 PM PDT
Lyft Direct
$9.15
• July 05, 2024 at 02:39 PM PDT Lyft Direct $9.09
July 05, 2024 at 02:39 PM PDT
Lyft Direct
$9.09
• July 05, 2024 at 02:15 PM PDT Lyft Direct $8.06
July 05, 2024 at 02:15 PM PDT
Lyft Direct
$8.06
• July 05, 2024 at 01:51 PM PDT Lyft Direct $10.00
July 05, 2024 at 01:51 PM PDT
Lyft Direct
$10.00
• July 05, 2024 at 01:14 PM PDT Lyft Direct $7.57
July 05, 2024 at 01:14 PM PDT
Lyft Direct
$7.57
• July 05, 2024 at 12:56 PM PDT Lyft Direct $5.03
July 05, 2024 at 12:56 PM PDT
Lyft Direct
$5.03
View more payouts
• Total Payouts $680.50
Total Payouts
$680.50

# Ride History

• Jul 6, 2024 (Sat) 2 Rides $26.00
Jul 6, 2024 (Sat)
2 Rides
$26.00
• Jul 5, 2024 (Fri) 10 Rides $141.20
Jul 5, 2024 (Fri)
10 Rides
$141.20
• Jul 3, 2024 (Wed) 7 Rides $95.78
Jul 3, 2024 (Wed)
7 Rides
$95.78
• Jul 2, 2024 (Tue) 12 Rides $141.06
Jul 2, 2024 (Tue)
12 Rides

SAYLOR000839

$141.06

- Jul 1, 2024 (Mon) 7 Rides $276.46

Jul 1, 2024 (Mon)

7 Rides

$276.46

© Lyft, Inc. 2024

185 Berry Street, Suite 5000

San Francisco, CA 94107

# DRIVER

## DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)
- [Bonus](#)
- [Lyft Rewards](#)
- [Go Electric](#)
- [Insurance](#)
- [Black Car Fleets](#)
- [Driver Blog](#)

# RIDER

## RIDER

- [Sign up to ride](#)
- [Lyft Pink](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Business Profile](#)
- [Rewards](#)
- [Events](#)
- [Airports](#)
- [Gift Cards](#)
- [Lyft Family](#)
- [Shuttles & Buses](#)

Exhibit B
Page 545

SAYLOR000840

- [Donate](#)

# LYFT

# LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

[Lyft driver app](#)
[Lyft rider app](#)

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000841

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000842

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 548

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000844

[Lyft](#)

EN

Thomas Saylor 

Thomas Saylor

[Dashboard](#)
[Lyft.com](#)
[Log Out](#)

# Driver

- [Dashboard](#)
- [Driving History](#)
- [Express Drive](#)
- [Tutorials](#)
- [Rate Card](#)
- [Tax Center](#)
- [Payout Information](#)
- [Waybill](#)
- [Settings](#)

- [Connected Services](#)
- [Help](#)

# 2024

2023

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Application Requirements](#)
- [Express Drive](#)

SAYLOR000845

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000847

Lyft
EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

# 2024

2023

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive

SAYLOR000848

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 554

SAYLOR000849

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000850

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Aug 05 - Aug 11, 2024

# Thomas Saylor

Download Weekly Summary

**$503.54**

Net earnings

**29**

Rides

**17h 32m**

Booked time

**41h 34m**

Online time

- Earnings
- Ride earnings
$462.14
- Tips
$3.56
- Cancel earnings
$5.09
- Express Pay fees
-$4.25
- Bonus details
- Other bonuses
$29.00
- Assisted Ride bonus
$8.00
See bonus details
- Net earnings $503.54
Net earnings
$503.54

# Payout Activity

- August 09, 2024 at 05:01 PM PDT Express Pay $97.74
August 09, 2024 at 05:01 PM PDT
Express Pay
$97.74
- August 08, 2024 at 05:04 PM PDT Express Pay $50.85
August 08, 2024 at 05:04 PM PDT
Express Pay
$50.85
- August 07, 2024 at 04:22 PM PDT Express Pay $93.90
August 07, 2024 at 04:22 PM PDT
Express Pay
$93.90
- August 06, 2024 at 04:19 PM PDT Express Pay $128.72
August 06, 2024 at 04:19 PM PDT
Express Pay
$128.72

Exhibit B
Page 557

SAYLOR000852

- August 05, 2024 at 04:40 PM PDT Express Pay $132.33

August 05, 2024 at 04:40 PM PDT

Express Pay

$132.33

- Total Payouts $503.54

Total Payouts

$503.54

# Ride History

- Aug 9, 2024 (Fri) 6 Rides $94.18

Aug 9, 2024 (Fri)

6 Rides

$94.18

- Aug 8, 2024 (Thu) 5 Rides $54.41

Aug 8, 2024 (Thu)

5 Rides

$54.41

- Aug 7, 2024 (Wed) 7 Rides $93.90

Aug 7, 2024 (Wed)

7 Rides

$93.90

- Aug 6, 2024 (Tue) 4 Rides $128.72

Aug 6, 2024 (Tue)

4 Rides

$128.72

- Aug 5, 2024 (Mon) 7 Rides $132.33

Aug 5, 2024 (Mon)

7 Rides

$132.33

© Lyft, Inc. 2024

185 Berry Street, Suite 5000

San Francisco, CA 94107

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)
- [Safety](#)

SAYLOR000853

- [Application Requirements](#)
- [Express Drive](#)
- [Bonus](#)
- [Lyft Rewards](#)
- [Go Electric](#)
- [Insurance](#)
- [Black Car Fleets](#)
- [Driver Blog](#)

# RIDER

## RIDER

- [Sign up to ride](#)
- [Lyft Pink](#)
- [Cities](#)
- [Help](#)
- [Safety](#)
- [Business Profile](#)
- [Rewards](#)
- [Events](#)
- [Airports](#)
- [Gift Cards](#)
- [Lyft Family](#)
- [Shuttles & Buses](#)
- [Donate](#)

# LYFT

## LYFT

- [Careers](#)
- [Lyft Up](#)
- [Business](#)
- [Healthcare](#)
- [Bikes](#)
- [Scooters](#)
- [Autonomous](#)
- [Lyft Media](#)
- [Developers](#)
- [Newsroom](#)
- [Press](#)
- [Investor Relations](#)

SAYLOR000854

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000855

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

# 2024

2023

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive

SAYLOR000856

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 562

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000858

Lyft

EN

Thomas Saylor 

Thomas Saylor

Dashboard

Lyft.com

Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Aug 19 - Aug 25, 2024

# Thomas Saylor

Download Weekly Summary

## $478.61

Net earnings

## 23

Rides

**16h 41m**

Booked time

**41h 43m**

Online time

- Earnings
- Ride earnings
$443.98
- Tips
$7.13
- Express Pay fees
-$4.25
- Bonus details
- Assisted Ride bonus
$16.00
- Other bonuses
$15.75
See bonus details
- Net earnings $478.61
Net earnings
$478.61

# Payout Activity

- August 23, 2024 at 04:25 PM PDT Express Pay $131.78
August 23, 2024 at 04:25 PM PDT
Express Pay
$131.78
- August 22, 2024 at 04:53 PM PDT Express Pay $91.90
August 22, 2024 at 04:53 PM PDT
Express Pay
$91.90
- August 21, 2024 at 04:11 PM PDT Express Pay $49.23
August 21, 2024 at 04:11 PM PDT
Express Pay
$49.23
- August 20, 2024 at 04:15 PM PDT Express Pay $60.35
August 20, 2024 at 04:15 PM PDT
Express Pay
$60.35
- August 19, 2024 at 04:32 PM PDT Express Pay $145.35
August 19, 2024 at 04:32 PM PDT

SAYLOR000860

Express Pay
$145.35
• Total Payouts $478.61
Total Payouts
$478.61

# Ride History

• Aug 23, 2024 (Fri) 5 Rides $131.78
Aug 23, 2024 (Fri)
5 Rides
$131.78
• Aug 22, 2024 (Thu) 5 Rides $85.77
Aug 22, 2024 (Thu)
5 Rides
$85.77
• Aug 21, 2024 (Wed) 4 Rides $55.36
Aug 21, 2024 (Wed)
4 Rides
$55.36
• Aug 20, 2024 (Tue) 3 Rides $60.35
Aug 20, 2024 (Tue)
3 Rides
$60.35
• Aug 19, 2024 (Mon) 6 Rides $145.35
Aug 19, 2024 (Mon)
6 Rides
$145.35
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- Become a Driver
- New Driver Guide
- Earnings
- Cities
- Help
- Safety
- Application Requirements
- Express Drive

SAYLOR000861

- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

Lyft driver app
Lyft rider app

Exhibit B
Page 567

SAYLOR000862

- 
- 
- 

- [Terms](#)
- [Privacy](#)
- [Accessibility Statement](#)
- [Your Privacy Choices](#)
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000863

Lyft

EN

Thomas Saylor

Thomas Saylor

Dashboard
Lyft.com
Log Out

# Driver

- Dashboard
- Driving History
- Express Drive
- Tutorials
- Rate Card
- Tax Center
- Payout Information
- Waybill
- Settings

- Connected Services
- Help

Back to all of 2024

# Aug 26 - Sep 01, 2024

# Thomas Saylor

Download Weekly Summary option for this week will be available on Sep 5, 2024

## $906.23

Net earnings

## 31

Rides

Exhibit B
Page 569

SAYLOR000864

**21h 34m**

Booked time

**37h 32m**

Online time

- Earnings
- Ride earnings
$745.65
- Tips
$20.00
- Cancel earnings
$2.31
- Express Pay fees
-$4.25
- CA earnings adjustment
$119.02
- Bonus details
- Other bonuses
$19.50
- Assisted Ride bonus
$4.00
- Net earnings $906.23
Net earnings
$906.23

# Payout Activity

- August 30, 2024 at 06:11 PM PDT Express Pay $219.53
August 30, 2024 at 06:11 PM PDT
Express Pay
$219.53
- August 29, 2024 at 04:07 PM PDT Express Pay $168.03
August 29, 2024 at 04:07 PM PDT
Express Pay
$168.03
- August 28, 2024 at 03:59 PM PDT Express Pay $275.65
August 28, 2024 at 03:59 PM PDT
Express Pay
$275.65
- August 27, 2024 at 04:41 PM PDT Express Pay $129.64
August 27, 2024 at 04:41 PM PDT
Express Pay

Exhibit B
Page 570

SAYLOR000865

$129.64
- August 26, 2024 at 04:39 PM PDT Express Pay $113.38
August 26, 2024 at 04:39 PM PDT
Express Pay
$113.38
- Total Payouts $906.23
Total Payouts
$906.23

# Ride History

- Aug 30, 2024 (Fri) 6 Rides $219.53
Aug 30, 2024 (Fri)
6 Rides
$219.53
- Aug 29, 2024 (Thu) 5 Rides $168.03
Aug 29, 2024 (Thu)
5 Rides
$168.03
- Aug 28, 2024 (Wed) 6 Rides $156.63
Aug 28, 2024 (Wed)
6 Rides
$156.63
- Aug 27, 2024 (Tue) 6 Rides $129.64
Aug 27, 2024 (Tue)
6 Rides
$129.64
- Aug 26, 2024 (Mon) 8 Rides $232.40
Aug 26, 2024 (Mon)
8 Rides
$232.40
© Lyft, Inc. 2024
185 Berry Street, Suite 5000
San Francisco, CA 94107

# DRIVER

# DRIVER

- [Become a Driver](#)
- [New Driver Guide](#)
- [Earnings](#)
- [Cities](#)
- [Help](#)

Exhibit B
Page 571

SAYLOR000866

- Safety
- Application Requirements
- Express Drive
- Bonus
- Lyft Rewards
- Go Electric
- Insurance
- Black Car Fleets
- Driver Blog

# RIDER

# RIDER

- Sign up to ride
- Lyft Pink
- Cities
- Help
- Safety
- Business Profile
- Rewards
- Events
- Airports
- Gift Cards
- Lyft Family
- Shuttles & Buses
- Donate

# LYFT

# LYFT

- Careers
- Lyft Up
- Business
- Healthcare
- Bikes
- Scooters
- Autonomous
- Lyft Media
- Developers
- Newsroom
- Press
- Investor Relations

SAYLOR000867

Lyft driver app
Lyft rider app

- 
- 
- 

- Terms
- Privacy
- Accessibility Statement
- Your Privacy Choices
- © 2024 Lyft, Inc.
- CPUC ID No. TCP0032513-P

Driving History - Lyft

SAYLOR000868