# Exhibit C



SAYLOR000869

Exhibit C
Page 574



SAYLOR000870

Exhibit C
Page 575