# Exhibit D

SAYLOR000871



Exhibit D
Page 576