# Exhibit E



SAYLOR000872

Exhibit E
Page 577