GOMM LAW
Russell Gomm, SBN 231056
russell@gomm.law
510 N Darwood Ave
San Dimas, CA 91773
Tel: 213.254.5759

Attorneys for Plaintiff
THOMAS SAYLOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GUICE OFFSHORE LLC, a corporation, et al.,<br><br>Defendants. | Case No. 2:23-cv-03447 MRA (MARx)<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 4**<br><br>Trial Date:    (None set)<br>FPTC:    October 17, 2024 3:00 p.m.<br>Courtroom: 10B<br>Complaint filed:    March 15, 2023 |

Plaintiff concedes that Defendant's Motion in Limine No. 4 correctly states the law, and he therefore withdraws his opposition to the motion.

Dated: September 26, 2024                              GOMM LAW

                                                       By: /s/ Russell Gomm
                                                       Russell Gomm
                                                       Attorneys for Plaintiff