Russell Gomm (SBN 231056)
   E-Mail:  russell@gomm.law
GOMM LAW
510 N. Darwood Avenue
San Dimas, CA 91773
Telephone: (213) 254-5759

Attorneys for Plaintiff
THOMAS SAYLOR


William O. Stein (SBN 150124)
   E-Mail:  wstein@fisherphillips.com
Talar Tavlian (SBN 238538)
   E-Mail:  ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street
Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for Defendant
GUICE OFFSHORE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THOMAS SAYLOR, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>GUICE OFFSHORE LLC, a corporation, and DOES 1 through 25,<br><br>           Defendants. | CASE NO.:   2:23−cv−03447 MRA (MARx)<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Complaint Filed:   March 15, 2023<br>Final Pretrial Conf.: October 17, 2024<br>Trial Date:            None set |

# JOINT STATEMENT OF THE CASE

The Plaintiff in this case, Thomas Saylor, worked for Defendant Guice Offshore LLC ("Guice Offshore") as a deckhand. Guice Offshore is a corporation that owns and operates ships. In 2022, Guice Offshore operated a ship named the GO Quest out of the Long Beach Harbor.

Thomas Saylor worked for Guice Offshore as a deckhand on the GO Quest from April 2022 until October 2022. On October 24, 2022, Guice Offshore terminated Plaintiff's employment.

Plaintiff claims that while he was employed by Guice Offshore, Guice Offshore harassed him based on his race and religion and terminated him because of his race and religion and because he complained about the alleged harassment.

Guice Offshore denies all of Plaintiff's allegations and denies it engaged in any discriminatory, harassing or retaliatory conduct. Guice Offshore alleges that it terminated Plaintiff's employment only because of his continuous poor job performance.

DATE: September 27, 2024         GOMM LAW

                                 By: */s/ Russell Gomm*
                                 Russell Gomm
                                 Attorneys for Plaintiff
                                 THOMAS SAYLOR


DATE: September 27, 2024         FISHER & PHILLIPS LLP

                                 By: */s/ Talar Tavlian*
                                 Talar Tavlian
                                 Attorneys for Defendant
                                 GUICE OFFSHORE LLC

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Los Angeles with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On September 27, 2024, I served the following document(s) **JOINT STATEMENT OF THE CASE** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Russell Gomm<br>GOMM LAW LLC<br>510 N Darwood Ave<br>San Dimas, CA 91773 | Attorney for Plaintiff<br>THOMAS SAYLOR<br><br>Tel:   (213) 254-5759<br>Email: russell@gomm.law |

☐   **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Los Angeles California, in a sealed envelope with postage fully prepaid.

☐   **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☒   **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐   **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed September 27, 2024, at Los Angeles, California.

| | |
|---|---|
| Anh Tran<br><sub>Print Name</sub> | By:  */s/ Anh Tran*<br><sub>Signature</sub> |