Russell Gomm (SBN 231056)
 E-Mail: russell@gomm.law
GOMM LAW
510 N. Darwood Avenue
San Dimas, CA 91773
Telephone: (213) 254-5759

Attorneys for Plaintiff THOMAS SAYLOR

William O. Stein (SBN 150124)
 E-Mail: wstein@fisherphillips.com
Talar Tavlian (SBN 238538)
 E-Mail: ttavlian@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THOMAS SAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GUICE OFFSHORE LLC, a corporation, and DOES 1 through 25,<br><br>Defendants. | CASE NO.: 2:23-cv-03447-MRA (MARx)<br><br>*[Removed from Los Angeles County Superior Court, Case No.: 23STCV05738]*<br><br>**NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Complaint Filed: March 15, 2023<br>Trial Date: None set |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Defendant GUICE OFFSHORE LLC ("Defendant") and Plaintiff THOMAS SAYLOR ("Plaintiff") hereby lodge with the Court the following document:

[PROPOSED] FINAL PRETRIAL CONFERENCE ORDER

1

2    DATE:  September 27, 2024            GOMM LAW

3

4                                          By:  */s/ Russell Gomm*
                                                Russell Gomm
5                                               Attorneys for Plaintiff
                                                THOMAS SAYLOR

6

7    DATE:  September 27, 2024            FISHER & PHILLIPS LLP

8

9                                          By:  */s/ Talar Tavlian*
                                                Talar Tavlian
10                                              Attorneys for Defendant
                                                GUICE OFFSHORE LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER
FP 47064431.1

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Los Angeles with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On September 27, 2024,, I served the following document(s) **NOTICE OF LODGING [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Russell Gomm                                  Attorney for Plaintiff
GOMM LAW LLC                           THOMAS SAYLOR
510 N Darwood Ave
San Dimas, CA 91773                       Tel:    (213) 254-5759
                                                      Email: russell@gomm.law

☐  **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Los Angeles California, in a sealed envelope with postage fully prepaid.

☐  **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☒  **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐  **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

☐  **[by PERSONAL SERVICE]** - I delivered the document(s) to the person(s) at the address(es) listed above by (1) (a) personal delivery, or (b) by leaving the documents in an envelope/package with an individual in charge of the office, or (c) by leaving them in a conspicuous place in the office between the hours of 9:00 a.m. and 6:00 p.m., or (2) by messenger – a copy of the Messenger Declaration is attached.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed September 27, 2024, at Los Angeles, California.

Anh Tran                                      By:    */s/ Anh Tran*
_____                                    _____
Print Name                                              Signature

1
PROOF OF SERVICE