GOMM LAW
Russell Gomm, SBN 231056
russell@gomm.law
510 N Darwood Ave
San Dimas, CA 91773
Tel: 213.254.5759

Attorneys for Plaintiff
THOMAS SAYLOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GUICE OFFSHORE LLC, a corporation, et al.,<br><br>Defendants. | Case No. 2:23-cv-03447 MRA (MARx)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF FOURTH CAUSE OF ACTION**<br><br>Trial Date:   January 13, 2025<br>FPTC:         January 6, 2025 3:00 p.m.<br>Courtroom:  10B<br>Complaint filed:   March 15, 2023 |

TO THE COURT AND ALL PARTIES OF RECORD:

    Plaintiff Thomas Saylor hereby gives notice that he withdraws his Fourth Cause of Action in his Complaint, for Wrongful Discharge in Violation of Public Policy.

Dated: October 24, 2024

GOMM LAW

By: _/s/ Russell Gomm_
Russell Gomm
Attorneys for Plaintiff